UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:18-CV-14371-ROSENBERG/MAYNARD

ELLEN BERMAN, et al.

   Plaintiffs,

v.

GENERAL MOTORS LLC,

   Defendant.
_____/

### ORDER GRANTING IN PART AND DENYING IN PARTPARTIES' JOINT MOTION TO STAY PROCEEDINGS

**THIS CAUSE** is before the Court on the parties' Joint Motion to Stay Proceedings, DE 8. Upon review, the Court is persuaded that a stay pending the parties' scheduled mediation is appropriate, given that there is a date-specific mediation scheduled, strong evidence of efforts by the parties to resolve the dispute, and similar cases pending in other district courts. However, the Court finds that a sixty day, rather than ninety day, stay is appropriate. Furthermore, the parties shall file a notice with the Court on the outcome of mediation on December 5, 2018. If necessary, the parties shall move to reopen the case and lift the stay at that time. Furthermore, the Defendant's responsive pleading will be due December 15, 2018, ten days after the parties file their notice with the Court.[1]

Accordingly, it is hereby **ORDERED AND ADJUDGED**

1. The Joint Motion to Stay [DE 8] is **GRANTED IN PART AND DENIED IN PART**.

---

[1] The Court notes that the Motion to Stay [DE 8] was filed on October 2, only one day prior Defendant's deadline for responding to the Complaint (October 3), and no responsive pleading was ultimately filed by Defendant. The parties are reminded that a pending motion before the Court does not relieve them of their obligations to meet deadlines set by the Federal Rules and this Court.

2. This case is **STAYED**.

3. The Clerk of the Court is ordered to **CLOSE THIS CASE FOR STATISTICAL PURPOSES**.

4. The parties are ordered to file a joint notice no later than December 5, 2018 informing the Court of the outcome of mediation. In the event that the parties have not resolved their dispute, they shall move the Court to reopen the case.

5. In the event that the parties have not resolved their dispute, Defendant's responsive pleading is due no later than December 15, 2018.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 5th day of October, 2018.

Copies furnished to Counsel of Record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE