UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| ELLEN BERMAN and DAYANA GUACH on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>    Defendant. | CASE NO. 2:18-cv-14371<br>ROSENBERG/MAYNARD |

## ORDER SUSPENDING ALL DEADLINES PENDING THE FILING OF THE MOTION FOR PRELIMINARY APPROVAL

**THIS CAUSE** is before the Court on the parties' Joint Notice of Settlement, DE __, filed herein by Plaintiffs Ellen Berman and Dayana Guach ("Plaintiffs") and Defendant General Motors LLC ("GM"). The Court has considered the Notice, the record and is otherwise fully advised in premises. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. Plaintiffs shall file their motion for preliminary approval with the Court no later than April 26, 2019.

2. All deadlines in the case, including GM's deadline for filing a responsive pleading, are suspended pending the filing of the motion for preliminary approval.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this _____ day of April, 2019.

                                                                                       ROBIN L. ROSENBERG
                                                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

{N3807861.1}