# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT PIERCE DIVISION

| | |
|---|---|
| ELLEN BERMAN and DAYANA GUACH, on behalf of herself and others similarly situated, | **Case No. 2:18-cv-14371 ROSENBERG/MAYNARD** |
| Plaintiffs, | |
| v. | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| GENERAL MOTORS LLC, a Delaware limited liability company, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Dayana Guach ("Plaintiff"), through counsel, hereby voluntarily dismisses all claims without prejudice against all Defendants.

This the 22nd day of April, 2019.

GREG COLEMAN LAW PC

*/s/Rachel Soffin*
Rachel Soffin
FL Bar No. 0018084
rachel@gregcolemanlaw.com
GREG COLEMAN LAW PC
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
T: 865-247-0080
F: 865-522-0049
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing document was filed electronically with the clerk of court via ECF which provided notice to all parties through their counsel of record.

Thomas A. Casey, Jr.
Jones Walker LLP
201 St. Charles Av,
New Orleans, LA 70170
tcaseyjr@joneswalker.com
Gregory R. Oxford
Isaacs Clouse Crose & Oxford LLP
21515 Hawthorne Blvd., Suite 950
Torrance CA 90503
goxford@icclawfirm.com

*Attorneys for Defendant*

Daniel K. Bryson*
J. Hunter Bryson*
900 West Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
dan@wbmllp.com
hunter@wbmllp.com
*Admitted Pro Hac Vice

*Attorneys for Plaintiffs*

GREG COLEMAN LAW PC

*/s/Rachel Soffin*
Rachel Soffin
FL Bar No. 0018084
rachel@gregcolemanlaw.com
GREG COLEMAN LAW PC
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
T: 865-247-0080
F: 865-522-0049
*Attorneys for Plaintiff*