**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 2:18-cv-14371 ROSENBERG/MAYNARD**

ELLEN BERMAN and DAYANA GUACH
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

v.

GENERAL MOTORS LLC, a Delaware
limited liability company,

      Defendant.

**ORDER SUSPENDING ALL DEADLINES PENDING**
**THE FILING OF THE MOTION FOR PRELIMINARY APPROVAL**

**THIS CAUSE** is before the Court on the parties' Joint Notice of Settlement, DE 24, filed

herein by Plaintiffs Ellen Berman and Dayana Guach ("Plaintiffs') and Defendant General Motors

LLC ("GM").  The Court has considered the Notice, the record and is otherwise fully advised in

premises.  Accordingly,

      **IT IS HEREBY ORDERED AND ADJUDGED:**

1.     Plaintiffs shall file their motion for preliminary approval with the Court no later
than April 26, 2019.

2.     All deadlines in the case, including GM's deadline for filing a responsive pleading,
are suspended pending the filing of the motion for preliminary approval.

      **DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 22nd day of April,

2019.

                             ROBIN L. ROSENBERG

Copies furnished to:                ROBIN L. ROSENBERG
Counsel of Record                UNITED STATES DISTRICT JUDGE