UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| ELLEN BERMAN and DAYANA GUACH on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>      Defendant. | CASE NO. 2:18-cv-14371<br>ROSENBERG/MAYNARD |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED CLASS SETTLEMENT

On April 26, 2019, Plaintiff Ellen Berman ("Plaintiff") filed "Plaintiff's Unopposed Motion for Preliminary Approval of the Proposed Class Settlement, Preliminary Certification of Settlement Class, and Approval of Class Notice" ("Motion") (DE 27).

In response, and as indicated in the Motion, Defendant General Motors LLC ("GM") consents to the Motion (DE 27) and to the terms of Plaintiff's proposed preliminary approval order (DE 27-5). GM consents to the Motion for purposes of settlement only pursuant to Fed. R. Civ. P. 23(e) and the terms of the parties' "Settlement Agreement and Release" (DE 27-1).

Dated: May 9, 2019

                                              Respectfully submitted,

                                              /s/ *Laurie M. Riley*
                                              Laurie M. Riley, Esq., FL Bar No. 657751
                                              Jones Walker LLP
                                              201 South Biscayne Boulevard, Suite 2600
                                              Miami, FL 33131
                                              Telephone: 305-679-5728
                                              Facsimile: 305-679-5816
                                              E-mail: lriley@joneswalker.com

        AND

        Thomas A. Casey, Jr.
*Admitted Pro Hac Vice*
Jones Walker LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana  70170
Telephone:  (504) 582-8000
Facsimile:  (504) 582-8011
E-mail:  tcaseyjr@joneswalker.com

*Counsel for Defendant General Motors LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby states a copy of the foregoing was served through the Court's CM/ECF system on all parties of record on May 9, 2019.

/s/ *Laurie M. Riley*
Laurie M. Riley, Esq.
Jones Walker LLP
201 South Biscayne Boulevard, Suite 2600
Miami, FL 33131
Telephone: 305-679-5728
Facsimile: 305-679-5818
Email: lriley@joneswalker.com