*Dale & Jean Hoak*
*1325 W. Jenkins Blvd.*
*Raymore, Missouri 64083-9010*

FILED BY_____D.C.
JUL 30 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

July 24, 2019

2.4 Liter Oil Consumption Litigation
c/o Analytics Consulting LLC
P.O. Box 2003
Chanhassen, MN 55317-2003

Vehicle: 2012 GMC Terrain; Vehicle Number: 2GKALUEK6C6154905

We wish to be excluded from the Settlement in *Berman v General Motors, LLC*, Case No. 2:18-cv-14371. Consider this document as a Request for Exclusion, also known as our Opt-Out,

   BRM00411B1C6D Claim Number 1707474.

   Dale C Hoak

   1325 W JENKINS BLVD

   RAYMORE MO  64083-9010

   Phone: 816-331-6405;  cell phone: 816-521-9314

   Email: dale.hoak@gmail.com

Case:  *Ellen Berman, et al. v. General Motors LLC*

   Case No. 2:18-cv-14371

Objector's Signatures  *Dale C Hoak*  *Jean R. Hoak*

- Copies to Class Counsel
  - Daniel K. Bryson
  - J. Hunter Bryson
  - Whitfield Bryson & Mason LLP
  - 900 W. Morgan St.
  - Raleigh, NC 27603

Defendant's Counsel:
Thomas A. Casey, Jr
Jones Walker LLP
201 St. Charles Ave
New Orleans, LA 70170-5100

*Phone: 816-331-6405           email: dale.hoak@gmail.org*

# TRANSFER MOTOR VEHICLE REGISTRATION RECEIPT




2012220176007DF319000250002

Page 1 of 1

## OWNER INFORMATION

HOAK DALE C TOD DALE C HOAK & JEAN R HOAK LIVING TRUST
1325 W JENKINS BLVD
RAYMORE, MO 64083

TELEPHONE: (816) 331-6405
COUNTY: CASS

## VEHICLE INFORMATION

| MAKE | YEAR | VEHICLE ID NUMBER | KIND OF VEHICLE | BODY STYLE | FUEL TYPE | ODOMETER | HORSEPOWER |
|---|---|---|---|---|---|---|---|
| GMC | 2012 | 2GKALUEK6C6154905 | PASSENGER | UTILI | GASOLINE | | 19 |

| TITLE NUMBER | PURCHASE DATE |
|---|---|
| | 2/20/2012 |

## REGISTRATION INFORMATION

| CURRENT REGISTRATION TYPE | CURRENT NUMBER | EXPIRATION |
|---|---|---|
| PLATE STANDARD PASSENGER NON-VANPOOL | MB1H8J | 07/2014 |

## ISSUED INVENTORY INFORMATION

| INVENTORY TYPE | INVENTORY NUMBER |
|---|---|
| SET TABS - 2014 | W3250211 |

## FEE INFORMATION

| DESCRIPTION - CODE | AMOUNT |
|---|---|
| REGISTRATION FEE / PASSENGER - 0001 | $42.50 |
| AGENT FEE / AGENT FEE - 0708 | $10.50 |
| TRANSFER FEE / LICENSE TRANSFER - 0071 | $2.00 |
| **TOTAL PAID:** | **$55.00** |

You must present your insurance card (a copy is acceptable) or other acceptable proof of financial responsibility. Any false statement in this receipt is a violation of the law and may be punished by fine or imprisonment or both.

## SIGNATURE STATEMENT

I hereby certify that the statement(s) herein are true to the best of my knowledge. I also certify that I have and will maintain, during the period of registration, financial responsibility with respect to each motor vehicle that I own, license or operate on the streets or highways.

SIGNATURE: X

NOTE: The Missouri Department of Revenue may electronically resubmit checks returned for insufficient or uncollected funds. Other restrictions may apply.

## FOR OFFICE USE ONLY

| PREVIOUS NUMBER | EXPIRATION DATE | VERIFICATION |
|---|---|---|
| MB1H8J | 07/2012 | Financial Responsibility: Verified |
| | | Personal Property Tax: Verified 2011 |

**Your Opinion Matters!** Please tell us if our service met your expectations at www.dor.mo.gov.

BELTON
Office: 176007
Operator - Time: DF3190 - 3/13/2012 10:33:36 AM
Workstation: 3
Shipment: 220

Missouri Department of Revenue
PO Box 100
Jefferson City, MO 65105-0100
(573) 526-3669
www.dor.mo.gov/mvdl



2012220176007DF31900025

Dale & Jean Hoak
1325 W. Jenkins Blvd.
Raymore, MO 64083-9010

KANSAS CITY 640
29 JUL 2019 PM 4 L

Clerk of the Court
United States District Court
Southern District of Florida
Atta: Lee Adams, Jr.
United States Courthouse
101 South U.S. Highway 1
Fort Pierce, FL 34950-4490

