Stephen J & Arleen F Harr
414 Monarch Trail
Georgetown, TX 78633

Clerk of the Court
United States District Court
Southern District of Florida
Alto Lee Adams, Sr. United States Courthouse
101 South US Highway 1
Fort Pierce, FL 34950

FILED BY _____ D.C.
JUL 30 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

Subject: OBJECTION to proposed settlement in Berman v General Motors, LLC
Case No. 2:18-cv-14371

Statement regarding the Objection: Vehicle involved is a 2012 Chevrolet Equinox LT purchased on January 25, 2012. The terms of this settlement are identical to a warranty extension granted by Chevrolet in May, 2017 and adds no further extension. By virtue of the fact that this vehicle was purchased more than the maximum term of the settlement, it would be excluded from any benefit from the proposed settlement. It seems pointless to agree to a settlement that would not have any chance of benefiting a representative of the plaintiff class.

Submitted by: Arleen F. Harr, 414 Monarch Trail, Georgetown, TX 78633, 512-869-8348, arleen@suddenlink.net.

Stephen J. Harr, 414 Monarch Trail, Georgetown, TX 78633, 713-443-3503, essjay511@outlook.com.

*[signature]* Arleen F. Harr     *[signature]* Stephen J. Harr

Attachments:

CC: Class Counsel (Bryson & Bryson)
     Defendant's Counsel (Thomas A. Casey, Jr.)

 Chevrolet
P.O. Box 909989
Milwaukee, WI 53209-9989

17097 2GNALPEK8C6240804 13 0024317
STEPHEN J HARR
414 MONARCH TRL
GEORGETOWN, TX 78633-5218

May 2017

This notice applies to your vehicle, **VIN: 2GNALPEK8C6240804.**

Dear Stephen J Harr:

As the owner of a 2012 model year Chevrolet Equinox, your satisfaction with our product is very important to us.

This letter is intended to make you aware that some 2012 model year Chevrolet Equinox vehicles equipped with flex fuel E85 capability, may have been built with the fuel composition sensor mounted below the frame, exposing the sensor and fuel lines to road debris. This may result in the fuel line emitting fuel odor, weeping, or leaking. In addition, the vehicle may experience engine stumble, loss of power and stall while driving.

**Do not take your vehicle to your Chevrolet dealer as a result of this letter unless you believe that your vehicle has the condition as described above.**

**What We Have Done:** General Motors is providing owners with additional protection for the condition described above. If this condition occurs on your 2012 Chevrolet Equinox within 10 years of the date your vehicle was originally placed in service or 150,000 miles (240,000 km), whichever occurs first, the condition will be repaired for you at **no charge.** Diagnosis or repair for conditions other than the condition described above is not covered under this special coverage program.

**What You Should Do:** If you believe that your vehicle has the condition described above, repairs and adjustments qualifying under this special coverage must be performed by a Chevrolet dealer. You may want to contact your Chevrolet dealer to find out how long they will need to have your vehicle so that you may schedule the appointment at a time that is convenient for you. This will also allow your dealer to order parts if they are not already in stock. Keep this letter with your other important glove box literature for future reference.

**Reimbursement:** If you have paid for repairs for the condition described in this letter, please complete the enclosed reimbursement form and present it to your dealer with all required documents. Working with your dealer will expedite your request, however, if this is not convenient, you may mail the completed reimbursement form and all required documents to Reimbursement Department, PO Box 33170, Detroit, MI 48232-5170. The completed form and required documents must be presented to your dealer or received by the Reimbursement Department by May 31, 2018, unless state law specifies a longer reimbursement period.



The right to submit reimbursement claims is provided by GM solely in the interest of customer satisfaction and is personal to vehicle owners and lessees who previously paid for repairs referenced in this Special Coverage ("Customers"). **Customers may not assign and GM does not consent to any assignment of any Customer's right to submit reimbursement claims, or to receive reimbursement, or any other rights granted by this Special Coverage to any third party, including but not limited to service contract providers, and this Special Coverage is not intended to and does not confer any third party beneficiary, subrogation or contribution rights, or any other rights to reimbursement, against GM, whether in law, equity or otherwise, on any third parties.**

If you have any questions or concerns that your dealer is unable to resolve, please contact the Chevrolet Customer Assistance Center at 1.800.222.1020 (TTY 1.800.833.2438).

We are sorry for any inconvenience you may experience; however, we have taken this action in the interest of your continued satisfaction with our products.

Terry M. Inch
Executive Director
Global Connected Customer Experience

Enclosure
17097

# TEXAS CERTIFICATE OF TITLE

**TxDMV**

TEXAS DEPARTMENT OF MOTOR VEHICLES

104190756

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 2GNALPEK8C6240804 | 2012 | CHEV | LL |

| | | | TITLE/DOCUMENT NUMBER | DATE TITLE ISSUED |
|---|---|---|---|---|
| MODEL | MFG CAPACITY IN TONS | WEIGHT | 24632540940153255 | 02/14/2012 |
| EQU | | 3900 | LICENSE NUMBER DL4V602 | |

PREVIOUS OWNER
DON HEWLETT CHEV BUICK I GEORGETOWN TX

ODOMETER READING: 9

OWNER
ARLEEN F HARR
STEPHEN J HARR
414 MONARCH TRL
GEORGETOWN, TX 78633

REMARK(S)
ACTUAL MILEAGE
SURVIVORSHIP RIGHTS

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN                1ST LIENHOLDER
01/25/2012   BANK OF AMERICA
             POB 2759
             JACKSONVILLE, FL 32203

1ST LIEN RELEASED 2/15/13
BY _____ AUTHORIZED AGENT

DATE OF LIEN                2ND LIENHOLDER

2ND LIEN RELEASED _____ DATE
BY _____ AUTHORIZED AGENT

DATE OF LIEN                3RD LIENHOLDER

3RD LIEN RELEASED _____ DATE
BY _____ AUTHORIZED AGENT

**VOID**

**FOR INFO ONLY**

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS

**RIGHTS OF SURVIVORSHIP AGREEMENT**
WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____ DATE
SIGNATURE _____ DATE
SIGNATURE _____ DATE

FORM 30-C REV. 11/2011        DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

Mr. & Mrs Stephen Harr
414 Monarch Trl
Georgetown, TX 78633-5218

RECEIVED
JUL 30 2019
FTP
CLEARED X-RAY

AUSTIN TX
RIO GRANDE DISTRIC
27 JUL 2019 PM 4 L



34950-420901

Clerk of the Court, US District Court
Southern District of Florida
Alto L Adams, Sr U.S. Courthouse
101 S US Hwy 1
Fort Pierce FL 34950