Whitfield Bryson & Mason LLP
900 W. Morgan St
Raleigh, NC 27603

Attn: D.K.Bryson / J.H. Bryson

Reference: Berman v General Motors, LLC
Case # 2:19-cv-14371

July 25, 2019



FILED BY _____ D.C.

JUL 31 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

To whom it may concern,

      I am writing in reference to the above stated case. On April 25th, 2018 I purchased a used 2010 Chevrolet Equinox, VIN # 2CNFLCEW0A6408728 from Marshall Motors of Florence, Ky. I am retired and do not drive that much anymore, but sometime in December of 2018 a few strange things started to happen. I was almost at the point of getting an oil change, but a few times the engine died on me and several times it just felt funny while driving it. I asked a friend who knows cars a little, and he wasn't sure of what I was telling him, so they got on line and found out that it might be a oil consumption issue. And sure enough, when I checked the oil, the dip stick was bone dry, did not have any oil on it to register. I wound up putting 3 quarts of oil in it and it still said to add oil. The thing that pisses me off is that the oil light NEVER EVER came on to let me know that I was low on oil. On January 5th, 2019 I took it in to Tire Discounters for an oil change. Asked him if he knew anything about an oil consumption problem with the Equinox and he said no he did not.

      We also found out that there was a law suit against GM out in the state of California. I have been trying to find out about that but have been unable to so far. It was said that for about every 1,000 miles driven it uses up one quart of oil. And since my last oil change (Jan 2019) until now (of which I am about due) I have driven 3,500 miles and have added 3 quarts of oil. It states in your letter that GM took steps to remedy this potential issue, but I don't know if the prior owner had any knowledge of this or not. I am getting a car fax on the car today and will include that with my other paperwork. If they did have it worked on it has not fixed the problem. If I had known this was a problem with this car, I would not have bought it. I do not like the fact that I have to check my oil every 1,000 miles I drive and add oil to it as well. I have not had any major expense so far, and was lucky to catch it before I did. I feel GM should still do something as stated in the first paragraph of your letter, items (a) & (b) OR they should buy my car back.

I hope I have included everything that is needed for you. If more info is needed please contact me as soon as possible. Thank you in advance for your help in this matter.

Sincerely,

Paul Anthony (Tony) Weber
3041 Allens Fork Drive
Burlington, KY 41005
(859) 801-7415
Tweb1951@gmail.com

CC: Thomas A. Casey, Jr.
Jones Walker LLP
201 St. Charles Ave
New Orleans, LA 70170-5100

CC: Clerk of the Court
U.S. District Court
Southern District of Florida
Alto Lee Adams, Sr
United States Courthouse
101 South U.S. Highway 1
Fort Pierce, FL 34950

Enclosed: Certificate of Title
Vehicle Purchase Order
Vehicle History Report (Carfax)

# COMMONWEALTH OF KENTUCKY
## CERTIFICATE OF TITLE

| TITLE NO. | YEAR | MAKE | MODEL NAME | VIN/HIN | TITLE TYPE | MODEL NO. |
|---|---|---|---|---|---|---|
| 181230410041 | 10 | CHEV | EQUINOX | 2CNFLCEW0A6408728 | TRANSFER | |

| BODY TYPE | COLOR | NO. CYL | ODOMETER | MOTOR NO. | WEIGHT | PREV. TITLE NO/STATE |
|---|---|---|---|---|---|---|
| 4D | BLK | 04 | 137541 | | | 180940960005 KY |

| KY NO. | BOAT TYPE | LENGTH | BEAM | CAPACITY | HULL MATERIAL | PROPULSION |
|---|---|---|---|---|---|---|

DATE OF ISSUE 05/31/18   FUEL   USAGE TAX PAID 252.00

OWNER(S) NAME

T11  WEBER, TONY
3041 ALLENS FORK DR
BURLINGTON KY 41005-9586

REMARKS:

BRAND(S):

FIRST LIENHOLDER

| | FIRST LIEN | | | SECOND LIEN | | SECOND LIENHOLDER |
|---|---|---|---|---|---|---|
| Notation No | | County | Notation No | | County | |
| Filing Date | | | Filing Date | | | |
| Released By | | | Released By | | | |
| County Clerk's use Only | | Date | County Clerk's use Only | | Date | |

I certify that the Department of Vehicle Regulation has exercised due diligence in examining an application for a certificate of title for the above described vehicle and to the best of our knowledge and belief the applicant whose name appears above is the lawful owner of the apparently legitimate vehicle described herein.

Commissioner, Department of Vehicle Regulation, Kentucky Transportation Cabinet

CONTROL NO. C26507686

*** TRANSFER OF TITLE BY OWNER: 49 USC SEC. 32705 AND KRS 190.300 REQUIRE THAT YOU STATE THE VEHICLE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE, OR PROVIDING A FALSE STATEMENT, MAY RESULT IN PENALTIES. ***

## FIRST DEALER ASSIGNMENT

The undersigned owner hereby certifies that the vehicle described in this title has been transferred to the following (print name and address of transferee/buyer):

_____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

****CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK****

☐ 1. The mileage stated is in **excess of its mechanical limits**.
☐ 2. The odometer reading is **not the actual mileage. WARNING — ODOMETER DISCREPANCY**

Odometer Reading _____ (no tenths)

Transferor/Seller Signature _____  Transferee/Buyer Signature _____

Transferor/Seller Printed Name _____  Transferee/Buyer Printed Name _____

Date of Transfer _____  Seller/Dealer No. _____  Buyer/Dealer No. _____

Subscribed and attested before me on this date ___ ___ ___ . My Commission expires ___ ___ ___ .
                                               MM DD YY                                MM DD YY
Signature/Title _____

DEALER ONLY

## SECOND DEALER ASSIGNMENT

The undersigned owner hereby certifies that the vehicle described in this title has been transferred to the following (print name and address of transferee/buyer):

_____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

****CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK****

☐ 1. The mileage stated is in **excess of its mechanical limits**.
☐ 2. The odometer reading is **not the actual mileage. WARNING — ODOMETER DISCREPANCY**

Odometer Reading _____ (no tenths)

Transferor/Seller Signature _____  Transferee/Buyer Signature _____

Transferor/Seller Printed Name _____  Transferee/Buyer Printed Name _____

Date of Transfer _____  Seller/Dealer No. _____  Buyer/Dealer No. _____

Subscribed and attested before me on this date ___ ___ ___ . My Commission expires ___ ___ ___ .
                                               MM DD YY                                MM DD YY
Signature/Title _____

TC 96-180 REV. 07/05/2016

DEALER ONLY

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS**





**Marshall Motors** — 19254 Florence

**MARSHALL AUTO GROUP**

30 TAFT HWY, I-75 & EXIT 159
DRY RIDGE, KENTUCKY 41035
859.824.9200
FAX 859.824.4556
www.marshallautogroup.com

TWEB1951@GMAIL.COM

| Field | Value |
|---|---|
| PURCHASER'S NAME | PAUL TONY WEBER |
| | 78063 |
| DATE | 04/25/18 |
| PURCHASER'S ADDRESS | 3041 ALLENS FORK RD |
| RESIDENCE PHONE | (859) 801-7415 |
| CITY, STATE & ZIP | BURLINGTON KY 41005 |
| COUNTY | |
| BUSINESS PHONE | (859) 801-7415 |
| SOCIAL SECURITY NUMBER | |
| BIRTH MONTH | NOVEMBER |

### VEHICLE BEING PURCHASED

PLEASE ENTER MY ORDER FOR THE FOLLOWING: ☐ NEW ☐ USED ☐ CAR ☐ TRUCK

STOCK NO. 13066

| | |
|---|---|
| YEAR | 2010 |
| MAKE | CHEVROLET |
| MODEL | EQUINOX |
| BODY STYLE | UT |
| COLOR | BLACK |
| TRIM | |
| SERIAL NUMBER | 2CNFLCEW0A6408728 |
| MILEAGE | 137541 |
| TO BE DELIVERED ON OR ABOUT | 04/25/18 |
| SALESMAN | GANSHIRT, KYLE |

### USED VEHICLE TRADED IN AND/OR OTHER CREDITS

N/A

| | |
|---|---|
| YEAR | 2001 |
| MAKE | FORD |
| MODEL | MUSTANG |
| BODY STYLE | CP |
| COLOR | BLUE |
| MILEAGE | 178868 |
| SERIAL # | 1FAFP42X51F229074 |
| BALANCE OWED TO | |
| ADDRESS | |
| ACCOUNT NO. | |
| PAYOFF GOOD TILL | BY |

| | |
|---|---|
| USED TRADE-IN ALLOWANCE | 2000.00 |
| BALANCE OWED ON TRADE-IN | |
| NET ALLOWANCE | 2000.00 |
| REBATE | |
| NON-REFUNDABLE DEPOSIT | |
| CASH ON DELIVERY | |
| **TOTAL CREDIT** | **2000.00** |

### CASH DELIVERED PRICE
I/We hereby acknowledge that the balance owed on my/our trade-in vehicle exceeds its actual cash value. I/We further acknowledge that the price relationship between the purchased vehicle on and the trade-in has been negotiated in good faith with full disclosure in order to transfer the "negative equity" to the balance financed on the purchased vehicle. The cash price has been increased by $ _____ in order to accomplish this transfer of "negative equity."

X _____ (PURCHASER)

☐ UNIT SOLD "AS-IS" NO WARRANTY EXPRESSED OR IMPLIED. Signed ____
☐ SALE PRICE INCLUDES ALL REBATES, DISCOUNTS AND INCENTIVES. Signed ____
☐ WAIVER OF SERVICE CONTRACT (Customer will not purchase) Signed ____
☐ WAIVER OF GUARANTEED AUTO PROTECTION Signed ____

INITIAL APPROPRIATE BOX
☐ ☐ DECLINES CREDIT LIFE INSURANCE
☐ ☐ DECLINES CREDIT ACCIDENT & HEALTH INSURANCE

| | |
|---|---|
| | $ 6200.00 |
| SALE PRICE | 6200.00 |
| PROCESSING FEE | $499.00 |
| TOTAL SELLING PRICE | 6699.00 |
| ESTIMATED STATE SALES TAX | 234.00 |
| EXTENDED SERVICE CONTRACT | |
| TITLE FEES | 31.00 |
| NEW PLATES ☐ / 30 DAY TAG/TRANSFER ☐ | 36.00 |
| **TOTAL PRICE** | **7000.00** |
| TOTAL CREDIT | 2000.00 |
| BALANCE FINANCED BY | NONE |
| ADDRESS | 5000.00 |

### CONTRACTUAL DISCLOSURE STATEMENT FOR USED VEHICLE ONLY
"The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale."

Federal regulations require the odometer mileage to be stated upon transfer of ownership. An inaccurate statement may make the transferor liable for damages to the transferee, pursuant to section 409(a) of the Motor Vehicle Information and Cost Savings Act of 1972, Public Law 92-513.

PURCHASER'S SIGNATURE ____
ACCEPTED BY *Paul Weber*
PER ____
(NAME AND TITLE)

Purchaser agrees that this Order includes all of the terms and conditions on both the face and reverse side hereof. **THIS ORDER SHALL NOT BECOME BINDING UNTIL ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE.**

CALCULATION OF FIGURES ON THIS ORDER ARE SUBJECT TO CORRECTION. OBVIOUS MATHEMATICAL ERRORS ARE SUBJECT TO CORRECTION. IN THE EVENT THE EQUITY OF ANY TRADE-IN IS INCORRECTLY STATED, MARSHALL AUTO GROUP MAY VOID THIS ORDER.

WHITE - SALES MANAGER   YELLOW - CUSTOMER
PINK - CAR PACKET   GOLD - ACCOUNTING

# CARFAX Vehicle History Report
An independent company established in 1986

**Vehicle Information:**
2010 CHEVROLET EQUINOX LS
VIN: 2CNFLCEW0A6408728
4 DOOR WAGON/SPORT UTILITY
2.4L I4 F DOHC 24V
GASOLINE
ALL WHEEL DRIVE
Standard Equipment | Safety Options

**This CARFAX Report Provided by:**
Marshall Dry Ridge Toyota
9 Taft Hwy
Dry Ridge, KY 41035
(859) 824-9200
http://www.marshalldryridgetoyota.com/
4.7
163 Verified Reviews

 No accidents reported to CARFAX

 No damage reported to CARFAX

 3 Previous owners

 14 Service history records

 Personal vehicle

142,911 Last reported odometer reading



This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 7/25/19 at 3:21:22 PM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## CARFAX Ownership History
The number of owners is estimated

| | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| Year purchased | 2010 | 2013 | 2018 |
| Type of owner | Personal | Personal | Personal |
| Estimated length of ownership | 3 yrs. 3 mo. | 4 yrs. 3 mo. | 1 yr. 2 mo. |
| Owned in the following states/provinces | Ohio | Ohio, Kentucky | Kentucky |
| Estimated miles driven per year | 17,658/yr | 18,580/yr | --- |
| Last reported odometer reading | 58,156 | 137,545 | 142,911 |

## CARFAX Title History
CARFAX guarantees the information in this section

| | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| Salvage | Junk | Rebuilt | Fire | Flood | Hail | Lemon | Guaranteed No Problem | Guaranteed No Problem | Guaranteed No Problem |
| Not Actual Mileage | Exceeds Mechanical Limits | Guaranteed No Problem | Guaranteed No Problem | Guaranteed No Problem |

 **GUARANTEED** - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back. Register | View Terms | View Certificate

## CARFAX Additional History
Not all accidents / issues are reported to CARFAX

**Total Loss**
No total loss reported to CARFAX.

| | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| | No Issues Reported | No Issues Reported | No Issues Reported |

| | | | |
|---|---|---|---|
| Damage<br>ural damage reported to CARFAX. | No Issues Reported | No Issues Reported | No Issues Reported |
| ployment<br>deployment reported to CARFAX. | No Issues Reported | No Issues Reported | No Issues Reported |
| Check<br>tion of an odometer rollback. | No Issues Indicated | No Issues Indicated | No Issues Indicated |
| Damage<br>ents or damage reported to CARFAX. | No Issues Reported | No Issues Reported | No Issues Reported |
| rer Recall<br>ecalls reported to CARFAX. Check for open recalls on GM<br>it recalls.gm.com. | No Recalls Reported | No Recalls Reported | No Recalls Reported |
| ranty<br>arranty estimated to have expired. | Warranty Expired | Warranty Expired | Warranty Expired |

## CARFAX Detailed History

Glossary

**r 1**
: 2010
Personal
Ohio
year: 17,658/yr
8/7/10 –
11/19/13
(3 yrs. 3 mo.)

ERTIFIED
E-OWNED
GMC

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| Original Equipment | | OnStar | Vehicle equipped with OnStar<br><br>Get 3 free months of premium OnStar with Automatic Crash Response, Roadside Assistance and Remote Door Unlock by pressing the blue OnStar button Learn more |
| 08/04/2010 | 2 | Jeff Wyler Automotive<br>wyler.com<br>4.3<br>149 Verified Reviews | Pre-delivery inspection completed |
| 08/07/2010 | 8 | Jeff Wyler Automotive<br>wyler.com<br>4.3<br>149 Verified Reviews | Vehicle sold |
| 08/07/2010 | | Ohio<br>Motor Vehicle Dept. | Vehicle purchase reported<br>Titled or registered as personal vehicle |
| 08/20/2010 | | Ohio<br>Motor Vehicle Dept.<br>Hamilton, OH<br>Title #1301834968 | Title issued or updated<br>Registration issued or renewed<br>First owner reported<br>Loan or lien reported |
| 11/20/2010 | 5,774 | Valvoline Instant Oil Change<br>Hamilton, OH<br>513-863-2080<br>vioc.com<br>4.6<br>50 Verified Reviews | Oil and filter changed |
| 08/06/2011 | | Ohio<br>Motor Vehicle Dept.<br>Hamilton, OH<br>Title #1301834968 | Registration issued or renewed |
| 08/15/2011 | 16,755 | Oil Express<br>West Chester, OH<br>513-874-4096<br>oilexpress.com<br>4.7 | Maintenance inspection completed<br>Oil and filter changed<br>Fluids checked<br>Windshield washer checked |

| Date | Mileage | Source | Details |
|---|---|---|---|
| 10/22/2011 | 20,084 | Bush Auto Place, Inc. Wilmington, OH 800-234-2542 bushauto.com 4.5 43 Verified Reviews | Maintenance inspection completed Oil and filter changed |
| 01/29/2012 | 25,088 | Oil Express West Chester, OH 513-874-4096 oilexpress.com 4.7 21 Verified Reviews | Maintenance inspection completed Oil and filter changed Fluids checked Windshield washer checked |
| 08/04/2012 | | Ohio Motor Vehicle Dept. Hamilton, OH Title #1301834968 | Registration issued or renewed |
| 08/19/2012 | 36,827 | Valvoline Instant Oil Change Hamilton, OH 513-863-2080 vioc.com 4.6 50 Verified Reviews | Oil and filter changed |
| 08/16/2013 | | Ohio Motor Vehicle Dept. Hamilton, OH Title #1301834968 | Registration issued or renewed |
| 09/02/2013 | | National Tire & Battery Fairfield, OH 513-737-4900 ntb.com 4.0 8 Verified Reviews | Tire condition and pressure checked Tire repaired One tire balanced |
| 11/19/2013 | 58,056 | Ohio Motor Vehicle Dept. | Vehicle purchase reported |
| 11/21/2013 | | Kerry Ford Mitsubishi Cincinnati, OH 513-671-6400 buykerryford.com 4.5 67 Verified Reviews | Vehicle offered for sale |
| 11/25/2013 | | Kerry Ford Mitsubishi Cincinnati, OH 513-671-6400 buykerryford.com 4.5 67 Verified Reviews | Oil and filter changed Vehicle washed/detailed |
| 11/26/2013 | | Certified Pre-Owned Dealer | Offered for sale as a Chevrolet Certified Owned Vehicle |
| 12/08/2013 | 58,156 | Service Plan Co. Williamstown, KY | Service contract issued |
| 12/10/2013 | | Chevrolet Certified Dealer | Sold as a Chevrolet Certified Pre-owned Vehicle |
| 12/10/2013 | | Ohio Motor Vehicle Dept. Cincinnati, OH Title #3107140360 | Title issued or updated Dealer took title of this vehicle while it was in inventory |

| | |
|---|---|
| **Owner 2** | |
| Purchased: | 2013 |
| Type: | Personal |
| Where: | Ohio, Kentucky |
| Est. miles/year: | 18,580/yr |
| Est. length owned: | 12/12/13 - 3/13/18 (4 yrs. 3 mo.) |
| **Owner 3** | |
| Purchased: | 2018 |
| Type: | Personal |
| Where: | Kentucky |
| Est. length owned: | 5/3/18 - present (1 yr. 2 mo.) |

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| 12/12/2013 | | Ohio Motor Vehicle Dept. | Vehicle purchase reported |
| 12/20/2013 | | Ohio Motor Vehicle Dept. Williamstown, KY Title #3107148402 | Title issued or updated New owner reported Loan or lien reported |
| 12/28/2013 | 59,069 | Kentucky Motor Vehicle Dept. Williamstown, KY Title #133620960011 | Title or registration issued Loan or lien reported Vehicle color noted as Black |
| 05/31/2014 | | Kentucky Motor Vehicle Dept. Williamstown, KY Title #133620960011 | Registration issued or renewed Vehicle color noted as Black |
| 02/20/2015 | 80,856 | Service Plan Co. | Service contract claim |
| 05/30/2015 | | Kentucky Motor Vehicle Dept. Williamstown, KY Title #133620960011 | Registration issued or renewed Vehicle color noted as Black |
| 06/06/2016 | 103,617 | Service Plan Co. | Service contract claim |
| 06/07/2016 | | Kentucky Motor Vehicle Dept. Williamstown, KY Title #133620960011 | Registration issued or renewed Vehicle color noted as Black |
| 02/17/2017 | | Kentucky Motor Vehicle Dept. Williamstown, KY Title #133620960011 | Registration issued or renewed Vehicle color noted as Black |
| 02/24/2018 | | Kentucky Motor Vehicle Dept. Williamstown, KY Title #133620960011 | Registration issued or renewed Vehicle color noted as Black |
| 03/13/2018 | | Dealer Inventory | Vehicle offered for sale |
| 03/14/2018 | 137,309 | Marshall Dry Ridge Toyota Dry Ridge, KY 859-824-9200 marshalldryridgetoyota.com/ 4.7 163 Verified Reviews | Oil and filter changed |
| 03/28/2018 | 137,545 | Dealer Inventory | Vehicle offered for sale |
| 03/29/2018 | | Marshall Dry Ridge Toyota Dry Ridge, KY 859-824-9200 marshalldryridgetoyota.com/ 4.7 163 Verified Reviews | Pre-delivery inspection completed Front brake rotor(s) replaced Front brake pads replaced Rear brake pads replaced |
| 04/04/2018 | | Kentucky Motor Vehicle Dept. Dry Ridge, KY Title #180940960005 | Dealer took title of this vehicle while it was in inventory Title or registration issued Vehicle color noted as Black |
| Date: | Mileage: | Source: | Comments: |
| 05/03/2018 | | Kentucky Motor Vehicle Dept. | Title or registration issued New owner reported Vehicle color noted as Black |

| | | | | |
|---|---|---|---|---|
| | | | Burlington, KY<br>Title #181230410041 | |
| 01/05/2019 | | 142,243 | Tire Discounters<br>Hebron, KY<br>859-538-1587<br>tirediscounters.com/<br>store/hebron<br>**4.9**<br>26 Verified Reviews | Oil and filter changed<br>Tires rotated |
| 02/04/2019 | | 142,911 | Tire Discounters<br>Hebron, KY<br>859-538-1587<br>tirediscounters.com/<br>store/hebron<br>**4.9**<br>26 Verified Reviews | Cabin air filter replaced/cleaned<br>Air filter replaced<br>Antifreeze/coolant flushed/changed |
| 06/14/2019 | | | Kentucky<br>Motor Vehicle Dept.<br>Burlington, KY<br>Title #181230410041 | Registration issued or renewed<br>Vehicle color noted as Black |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

## CARFAX Glossary

View Full Glossary

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:   facebook.com/CARFAX   @CarfaxReports

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®
© 2019 CARFAX, Inc., a unit of IHS Markit. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512, 8,600,823; 8,595,079; 8,606,648; 7,505,838.
7/25/19 3:21:22 PM (CDT)

**USPS Priority Mail Label**

US POSTAGE PAID
$7.35
Origin: 41005
07/29/19
2011080604-06

PRIORITY MAIL 2-DAY®

0 Lb 3.00 Oz
1006

PEITED DELIVERY DAY: 07/31/19
C007

10 S US HIGHWAY 1
FORT PIERCE FL 34950-4209

USPS TRACKING NUMBER
9505 5140 4928 9210 3709 72

Retail

FROM:
Mr. Paul Weber
304 Allen's Ford Dr.
B[...]

TO:
Clerk of the Court
U.S. District Court
Southern District of Florida
Alto Lee Adams, Sr
United States Courthouse
101 South U.S. Highway 1
Fort Pierce, FL 34950

RECEIVED
JUL 31 2019
CLEARED X-RAY