Civil Case No: 18-14371-CIV-ROSENBERG

*Clerk of the Court*

*United States District Court*

*Southern District of Florida*

*Alto Lee Adams, Sr.*

*United States Courthouse*

*101 South U.S. Highway 1*

*Fort Pierce, FL  34950*



FILED BY _____ D.C.

AUG 02 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

*Dear Judge Adams,*

   *It has been brought to my attention that a law firm has a class action suit against the General Motors Corporation on the 2.4 liter oil consumption litigation. I was contacted last Thursday on July 25, 2019.  I immediately contacted by email a Hunter Bryson that was listed on the suit papers that I was sent.  He did respond quickly with an email stating to take the paperwork that he had sent me to any GM dealership and get my car fixed for free.*

   *On Friday July 26, 2019 I contacted the JM Chevy dealership and gave them my VIN number off of my car.  It turns out that my car is actually 3 months past the dates mentioned in the letter from the attorneys.  My car was released from the manufacturer on October 4, 2011 so seven and a half years was expired on April 4, 2019.  It seems that this cannot be a more frustrating situation as I cannot help but wonder why I was not contacted sooner by the attorneys.  It also brings up a few questions for sure like why was I not contacted sooner by the attorneys and what exactly is the payoff for them in the matter?  Did they purposely contact me after the allotted time period for my vehicle and how many others were not contacted in time for them to get their cars repaired?  Do the attorneys benefit more for them to split on the settlement if less people get their cars repaired or do the attorneys actual work for GM and didn't want to contact us until it was too late?*

*I do consider this to be poor judgment and work ethics on the attorney's part and feel like this is a very selfish way to do business. They are not the ones that paid for the vehicles that are now burning oil and they are not the ones that have to suffer the consequences of the situation. What can be done about this situation at this point as I feel the need that this matter be taken care of properly and with respect to the owners of the vehicles instead of contacting us just over the "too late" date?*

*I would greatly appreciate any type of response on this matter and I will definitely be sending another copy of this letter to the return address on the envelope that I have received in the mail. I would also like to know if there is some type of complaint to file about this as that is not listed in the papers at all.*

**Cc: Analytics Consulting LLC**

*Kim Morgan*

(936) 414-1376
Kimzfrinz@yahoo.com



Clerk of the Court
United States District Court
Southern District of Florida
Alto Lee Adams Sr.
United States Courthouse
101 South U.S. Highway 1
Fort Pierce, FL ~~34950~~