FILED BY _____ D.C.
AUG 05 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

Gail Marie Hopper
23533 Cadillac Hwy
Copemish, Mich,
49625

18cv14371

I object to the fact that even though I have over 120,000 miles the issue still remains. I have to go in between oil changes to get topped off if I hadn't found out early on I could have blown the motor

Agency Code   01-1185-00

**Auto-Owners Insurance Company**                     **Lansing, MI**
**CERTIFICATE OF INSURANCE**
**STATE OF MICHIGAN**

An authorized Michigan insurer, certifies that it has issued a policy complying with the laws of this state for the described motor vehicle. The policy also conforms to meet the minimum liability limits required by any state or Canadian province in which the vehicle is operated.

Named Insured **GAIL HOPPER**

Year/Make **2011  CHEV EQUINOX LS AWD**
VIN **2CNFLCEC0B6358355**
Policy Number **BINDER**
Effective Date **12-20-2018**          Expiration Date **01-19-2019**
Agency **WHITNEY INSURANCE AGENCY INC**
Agency Code **01-1185-00**          Phone **(810) 969-4511**

**WARNING: KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES.**
If you fail to produce it upon a police officer's request, you will be responsible for a civil infraction.

**READ CAREFULLY- PENALTY FOR OPERATION WITHOUT INSURANCE**
Michigan Law (MCLA 500.3101) requires that the owner or registrant of a motor vehicle registered in this state must have insurance or other approved security for the payment of no-fault benefits on the vehicle at all times. An owner or registrant who drives or permits a vehicle to be driven upon a public highway without the proper insurance or other security is guilty of a misdemeanor. An owner or registrant convicted of such a misdemeanor shall be fined not less than $200.00 nor more than $500.00 imprisoned for not more than 1 year, or both.

A person who supplies false information to the Secretary of State
an invalid certificate of insurance is guilty of a misdeme.
imprisonment for not more than 1 year, or a fine of not more than $

THIS FORM DOES NOT CONSTITUTE ANY PART OF YOUR IN.
AND MAY NOT BE USED TO MODIFY THE TERMS OR CON
POLICY. EXAMINE YOUR POLICY CAREFULLY.



TRAVERSE CITY
MI 496 2 T
02 AUG 2019 PM

Alto Lee Adams Sr.
United States Courthouse
101 South US Highway 1
Fort Pierce FL 34950

34950$42209



Gail Hopper
23533 Cadillac Hwy.
Copemish, MI 49625