Objector: Nicole M. Cesa
8739 Pekin Rd.
Novelty, Ohio 44072
cell: 440-840-3491
e-mail: nmt1823@gmail.com



FILED BY ___ D.C.
AUG 05 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

18CV14371

Enclosed are documents of proof of purchase by my parents and myself as present owner of vehicle in question. My objection pertains to the time frame proposed for SCA coverage for the 2011 vs 2010. This shorter time period excludes my vehicle from being covered for repairs. I feel all coverage should be 10 years if the mileage is all at 120,000. The damage to the engine occurs from miles being driven and not age. Thank you for considering my objection.

Sincerely,

Nicole M. Cesa

Nicole M. Cesa
8.1.2019

# OHIO CERTIFICATE OF TITLE

**STATE OF OHIO**   No. 28 0077 7667

ISSUING CNTY: GEAUGA
RESIDENT CNTY: GEAUGA

ORIGINAL

ISSUE DATE: 08/16/2017

IDENTIFICATION NUMBER: 2CNFLEEC7B6430079
COMMENTS:
PURCHASE PRICE: $0.00
TAX: $0.00
MLG BRAND: ACTUAL

YEAR: 2011
MAKE: CHEV
MAKE DESCRIPTION: CHEVROLET
BODY TYPE: SW
MODEL DESCRIPTION: EQUINOX
MILEAGE: 51,500
EVIDENCE: OH-4302222911

CONVERSION:
BRAND(S):

OWNER: NICOLE M. CESA
8739 PEKIN RD
NOVELTY, OH 44072

PREVIOUS OWNER: MARILYN R. CESA
8154 WILSON MILLS RD
CHESTERLAND, OH 44026

PLATE NO: CY23VK
LICENSE EXPIRES:
TAG LAST ISSUED: CY23VK
TRUCK WEIGHT:

REGISTRAR OF MOTOR VEHICLES

LIEN DISCHARGE
Lienholder _____
by: _____
   Authorized signature    date
CLERK LIEN CANCELLATION
by: _____
   Deputy Clerk    date

LIEN DISCHARGE
Lienholder _____
by: _____
   Authorized signature    date
CLERK LIEN CANCELLATION
by: _____
   Deputy Clerk    date

WITNESS MY HAND AND OFFICIAL SEAL THIS 16TH DAY OF AUGUST, 2017

%136194587

(SEAL)

*%136194587*
%136194587

DENISE KAMINSKI
CLERK OF COURTS

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

BMV 3800 Rev. 3/15

# RETAIL BUYERS ORDER

PURCHASER: MARILYN S ____
ADDRESS: 8104 WILSON MILLS RD
CITY: CHESTERLAND  STATE: OH  ZIP: 44026
RES. PHONE: (440) 567-8749
BUS. PHONE: ( )
E-MAIL: ____  DATE: 05/11/2011
MOBILE NO. ( )

PLEASE ENTER MY ORDER FOR THE FOLLOWING DESCRIBED
MOTOR VEHICLE: ☒ NEW ☐ USED ☐ DEMO ☐ RENTAL ☐ FACTORY OFFICIAL

DEAL NO. 10561  CUSTOMER NO. 529566

MILEAGE ON PURCHASED VEHICLE: 12
Accurate Unless Marked Not Accurate  ☐ NOT ACCURATE

| VEHICLE SOLD: MAKE | YEAR | MODEL | BODY TYPE | COLOR | TRIM | STK. NO. | SERIAL NO. |
|---|---|---|---|---|---|---|---|
| CHEVROLET | 2011 | EQUINOX | UT | CYS/Re | | B6430079 | 2CNFLEEC7B643007_ |

### TRADE IN RECORD - TRADE 1  B6430079A
YEAR ____ MAKE ____ MODEL ____ TYPE ____
VIN #: 1GNDT13S362242538
MILEAGE: 35,489  ☐ Not Accurate  Salvage Vehicle? ☐ Yes
BALANCE OWED $ ____ (Good Until ____) Trade-in Allowance ____

### TRADE IN RECORD - TRADE 2
YEAR ____ MAKE ____ MODEL ____ TYPE ____
VIN #: ____
MILEAGE: ____ ☐ Not Accurate  Salvage Vehicle? ☐ Yes
BALANCE OWED $ ____ (Good Until ____) Trade-in Allowance ____

REMARKS: [ ] Reviewed AutoCheck
[ ] Vehicle was a previous rental
[ ] Vehicle sold AS-IS, No Warranty

X ____

**DEPOSIT (PARTIAL PAYMENT) RECEIPT** - Purchaser hereby provides to the Dealer the sum of $____ as Non-Refundable Deposit/Partial Payment for the vehicle described above. If this Receipt is for a Deposit, Dealer will refrain from selling the described vehicle for ____ days from the date of Deposit.  X ____

**NEGATIVE EQUITY DISCLOSURE & CONSENT** - I am aware that the balance owed on my trade-in vehicle or the amount owed on my lease turn in vehicle exceeds the trade-in allowance from the dealer. As a result, I have requested that the "Total Due" be increased by the difference. $____ N/A (known as negative equity).  X ____

**ARBITRATION** - I agree that any dispute arising from this transaction will go to arbitration and I have executed a detailed arbitration agreement which is fully incorporated herein. Arbitration is not required for the purchase or financing of your vehicle.  X ____

| | $ |
|---|---|
| PRICE OF VEHICLE | 27419.87 |
| OTHER GOODS & SERVICES | |
| TOTAL AFTERMARKET: | 166.02 |
| DOCUMENTARY SERVICE FEE | 250.00 |
| TOTAL PRICE | 27835.89 |
| TRADE-IN ALLOWANCE(S) | (13000.00) |
| | N/A |
| TAX BASE 14835.89 | N/A |
| SALES TAX 6.5000 % | 964.33 |
| TITLE FEE | 15.00 |
| REGISTRATION FEE | 13.50 |
| PLUS PAYOFF ON TRADE VEHICLE(S) | N/A |
| TOTAL DUE | |
| LESS INITIAL PAYMENT CASH DOWN | N/A |
| LESS REBATE/FACTORY INCENTIVE $250 EVA | 1218.75 |
| LESS REBATE/FACTORY INCENTIVE $968.75 GM CARD | N/A |
| BALANCE DUE | $ 14614.97 |

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALER'S, AND ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. UNLESS DEALER FURNISHES PURCHASER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY DEALER ON ITS OWN BEHALF, DEALER HEREBY DISCLAIMS ALL WARRANTIES. EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE IN CONNECTION WI THE VEHICLE AND ANY RELATED PRODUCTS AND SERVICES SOLD BY DEALER. DEALER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTIC WITH THE SALE OF THE VEHICLE AND THE RELATED PRODUCTS AND SERVICES. IN THE EVENT THAT A WRITTEN WARRANTY IS PROVIDED BY DEALER OR A SERVICE CONTRACT IS SOLD BY DEALER ON ITS OWN BEHALF, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO THE TERM OF THE WRITTEN WARRANTY/SERVICE CONTRACT.
CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY) THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE. GUÍA PARA COMPRADORES DE VEHÍCULOS USADOS. LA INFORMACIÓN QUE APARECE EN LA VENTANILLA DI ESTE VEHÍCULO FORMA PARTE DE ESTE CONTRATO. LA INFORMACIÓN CONTENIDA EN EL FORMULARIO DE LA VENTANILLA ANULA CUALQUIER PREVISION QUE ESTABLEZCA LO CONTRARIO Y QUE APAREZCA EN EL CONTRATO DE VENTA.
If the purchase of the motor vehicle described herein is to be financed this agreement is subject to credit approval and assignment of a retail installment sales contract to a financial institution, and the Annua Percentage Rate (APR) may be negotiated with dealer and dealer may receive compensation for arranging financing on customer's behalf.
These documents are fully incorporated herein (where applicable): Conditional/Spot Delivery Agreement, We Owe/Delivery Report and Used Vehicle Limited Warranty.
NO ORAL REPRESENTATIONS HAVE BEEN MADE TO THE PURCHASER and all terms of the agreement are contained on the front and back of this agreement and any documents incorporated herein. I have read the terms and conditions of this Agreement, both on front and back, and agree to them. I certify that I am at least 18 years old, and acknowledge receipt of a copy of this agreement.
I UNDERSTAND THAT THIS RETAIL BUYERS ORDER IS NOT BINDING UNLESS ACCEPTED BY DEALER OR HIS AUTHORIZED AGENT.

This motor vehicle contract is executed this 11TH day of MAY, 2011 ____

Nicole M. Cisa
8739 Poslin Rd
Novelty, OH.D 44072

2/4 Litter Oil Consumption Litigation

RECEIVED
AUG 02 2019
CLERK FTP X-RAY

Clerk of the Courts
United States District Court
Southern District of Florida
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Fort Pierce, FL 34950

34950-42090

CLEVELAND OH 440
01 AUG 2019 PM 1 L

