UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED BY_____D.C.
AUG 05 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

| | | |
|---|---|---|
| ELLEN BERMAN and DAYANA GUACH, on behalf of themselves, and all others similarly situated, | § § § § | Case No. 2:18-CV-14371-RLR |
| Plaintiffs, | § § | Honorable Robin L. Rosenberg United States District Judge |
| -v- | § § | |
| GENERAL MOTORS, L.L.C., a Delaware Limited Liability Company, | § § § | |
| Defendant. | § § | |

DANIEL K. BRYSON
J. HUNTER BRYSON
Whitfield, Bryson & Mason, L.L.P.
*Attorneys for Plaintiffs*

GREGORY F. COLEMAN
Greg Coleman Law, P.C.
*Attorney for Plaintiffs*

THOMAS A. CASEY, JR.
Jones Walker, L.L.P.
*Attorney for Defendant*

KENNETH PAUL WATSON
MISTIE MARY JO WATSON
*Potential Class Members*
6030 N. 43 Road
Manton, MI 49663
(231) 357-4683 - Telephone
watsonken@yahoo.com

### NOTICE OF EXCLUSION (OPT-OUT)
### AS CLASS MEMBERS

NOW COMES Potential Class Members, **KENNETH PAUL WATSON** and **MISTIE MARY JO WATSON**, appearing in pro per, and hereby demand to be **EXCLUDED** from the proposed settlement in the above-entitled cause as the proposed

settlement is unfair, does not represent the interests of many of the potential class members, and defies the interest of justice. Furthermore, **KENNETH PAUL WATSON**, Potential Class Member, initiated a lawsuit against General Motors, L.L.C. with the filing of his *Verified Complaint for Breach of Warranty* on July 29, 2019, in the 84th Judicial District Court of Wexford County, Michigan, where it was assigned File No. 19-1038-GC-1.

**WE DECLARE THAT THE STATEMENTS ABOVE ARE TRUE TO THE BEST OF OUR INFORMATION, KNOWLEDGE, AND BELIEF.**

Date: July 31, 2019                         By: _____
                                                 **KENNETH PAUL WATSON**
                                                 *Potential Class Member*

Date: July 31, 2019                         By: _____
                                                 **MISTIE MARY JO WATSON**
                                                 *Potential Class Member*

*This *Notice of Exclusion* relates to that certain 2011 Chevrolet Equinox FWD LT with VIN: 2CNALDEC5B6225977.

*This *Notice of Exclusion* is being filed with the Clerk of the Court for the Untied States District Court for the Southern District of Florida, and is being copied to the Settlement Administrator, Analytics Consulting, L.L.C., at P. O. Box 2003, Chanhassen, MN 55317-2003, as so requested in the notice dated May 16, 2019, and received on July 27, 2019.

*The signatories to this *Notice of Exclusion* will also be filing an objection to the settlement for the reasons stated above. The signatories request to be heard at the hearing scheduled for October 4, 2019, via telephone as they reside in northern Michigan.

Kenneth P. Watson
Mistie M. Watson
6030 N. 43 Road
Manton, MI 49663

RECEIVED
AUG 02 2019
CLEARED
FTP K-RAY

Clerk of the Court
United States District Court
Southern District of Florida
101 South U.S. Highway 1
Fort Pierce, FL 34950