7/31/19



RE: Berman v General Motors, LLC

Case No. 2:18-cv-14371

To Whom It May Concern,

  Attached to this letter is VIN # documentation as well as repair documentation showing replaced motor due to defect.  Please let it be known that as the owner of the 2011 GMC Equinox mentioned in the attached documentation I object to the mileage stipulation and feel that my claim should also be included within the settlement. My wife and I are the proud owners of a 2011 Equinox. We have the oil changed ever 3,000-5,000 miles at Valvoline and use synthetic oil in the engine. There is no reason that a less than 8 year old vehicle with approximately 170,000 highway miles should have the issue of a blown engine. After purchasing this vehicle I have heard of numerous others who have also lost their engine due to the same issue. Please consider including the attached repairs in with the total settlement.

Thank you,

Andrew Jennings

112 Estell Circle

Portland TN, 37148

(615)957-5702

drewjaclynj@gmail.com

**Absolute Auto Repair - Tech Net**
3650 Hwy. 109 Nth.
Lebanon, TN. 37087
Phone: 615-453-8500  Fax: 615-   -
Have a blessed day! We appreciate your business!

# INVOICE

Date: 05/07/2019

**jennings, Drew**

2011 Chevrolet - Equinox LTZ - 2.4L, In-Line4 (146CI) VIN(C)
Lic # :
Odometer In : 171631

Home  615-957-5702

VIN # : 2CNALFEC5 **B6409215**

| Part Description / Number | Qty | Sale | Ext | Labor Description | Ext |
|---|---|---|---|---|---|
| engine long block | 1.00 | 3,721.18 | 3,721.18 | CHANGE OIL AND FILTER | 15.00 |
| x | | | | ENGINE ASSEMBLY (COMPLETE) - Remove & | 935.00 |
| antifreeze | 2.00 | 18.19 | 36.38 | Replace - In-Line4,FWD - [Includes: R&I Subframe. | |
| x | | | | DOES NOT include wheel alignment.] - [Includes: R&I | |
| OIL FILTER | 1.00 | 2.83 | 2.83 | Engine Assembly. Transfer Fuel and Electrical | |
| OF | | | | Assemblies and Engine Mounts. Adjust (where | |
| ENGINE OIL | 5.00 | 4.99 | 24.95 | applicable): Fuel mixture | |
| OIL | | | | WINDOW REGULATOR - Remove & Replace - | 85.00 |
| WINDOW REGULATOR 1 PC | 1.00 | 135.13 | 135.13 | Front,Regulator and Motor Assy | |
| DORMA / Power Window Motor and | | | | Front brake service | 110.50 |
| Regulator Assembly | | | | Rear disc brake service | 110.50 |
| 751-720 | | | | | |
| SPARK PLUG 1 EA ACDEL / Spark | 4.00 | 12.50 | 50.00 | | |
| Plug | | | | | |
| 41-108 | | | | | |
| UltraStat 180 Deg 1 EA MRUST / | 1.00 | 33.53 | 33.53 | | |
| Engine Coolant Thermostat | | | | | |
| 5461-180 | | | | | |
| Exhaust Manifold Kit - Includes | 1.00 | 182.70 | 182.70 | | |
| Required Gaskets And Hardware | | | | | |
| 6007431 | | | | | |
| Brake Rotor & Pad Kit- Rear - SS-X | 1.00 | 170.48 | 170.48 | | |
| OE Ceramic | | | | | |
| 8391XSSK3 | | | | | |
| Brake Pads - Front, Premium - | 1.00 | 52.68 | 52.68 | | |
| Ceramic | | | | | |
| SS8536X | | | | | |
| Coolant Temperature Sensor | 1.00 | 24.46 | 24.46 | | |
| TS5732 | | | | | |
| Shop Supplies | | | 20.00 | | |

*Total cost due to blown engine*

*$4,996.03*

*( Tech Net Warranty )*

**Safeco Insurance**™
A Liberty Mutual Company

**POLICY NUMBER:** F3139501

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

*(handwritten left margin: Proof of Ownership)*

**NAMED INSURED:**
ANDREW JENNINGS
JACLYN JENNINGS
112 ESTELL CIR
PORTLAND TN  37148-3600

**POLICY CHANGE**
  **CHANGED EFFECTIVE:**  NOV. 12 2018
  **POLICY PERIOD FROM:**  AUG.  5 2018
                                     **TO:**  AUG.  5 2019
at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
SHANNON INSURANCE AGENCY INC
PO BOX 367
PORTLAND        TN   37148-0367

**AGENT TELEPHONE:**
(615) 325-3754

---

| RATED DRIVERS | ANDREW JENNINGS, JACLYN JENNINGS | |
|---|---|---|

**2011 CHEVROLET** EQUINOX LTZ          4 DOOR          ID# 2CNALFEC5B6409215

**2015 CHEVROLET** SILVERADO K1500 LT 4 DOOR PICK-UP      ID# 1GCVKREH1FZ333718
**LOSS PAYEE**     WELLS FARGO

**Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.**

| COVERAGES | 2011 CHEV LIMITS | PREMIUMS | 2015 CHEV LIMITS | PREMIUMS |
|---|---|---|---|---|
| **LIABILITY:** | | | | |
| BODILY INJURY | $250,000 Each Person $500,000 Each Occurrence | $ 151.20 | $250,000 Each Person $500,000 Each Occurrence | $ 153.40 |
| PROPERTY DAMAGE | $100,000 Each Occurrence | 164.70 | $100,000 Each Occurrence | 181.00 |
| **MEDICAL PAYMENTS** | $5,000 | 19.20 | $5,000 | 15.10 |
| **UNINSURED MOTORISTS:** | | | | |
| BODILY INJURY | $250,000 Each Person $500,000 Each Accident | 65.20 | $250,000 Each Person $500,000 Each Accident | 69.40 |
| PROPERTY DAMAGE | $25,000 Each Accident Less $200 Deductible | 20.60 | $25,000 Each Accident Less $200 Deductible | 25.60 |
| **COMPREHENSIVE** | Actual Cash Value Less $500 Deductible | 78.90 | Actual Cash Value Less $500 Deductible | 111.60 |
| **COLLISION** | Actual Cash Value Less $500 Deductible | 200.60 | Actual Cash Value Less $500 Deductible | 290.20 |
| **ADDITIONAL COVERAGES:** | | | | |
| LOSS OF USE | $25 Per Day/$750 Max | 6.60 | $25 Per Day/$750 Max | 9.50 |
| ROADSIDE ASSIST | | 8.00 | | 6.10 |
| | | --------- | | ---------- |
| | TOTAL $ | 715.00 | TOTAL $ | 861.90 |

**TOTAL EACH VEHICLE:**     2011 CHEV  $    715.00
                                        2015 CHEV       861.90

**PREMIUM SUMMARY**
  VEHICLE COVERAGES                                                    **PREMIUM**
  DISCOUNTS & SAFECO SAFETY REWARDS      **You saved $633.50**      $ 1,576.90
                                                                             Included
                                                                            ----------
**TOTAL 12 MONTH PREMIUM FOR ALL VEHICLES** ..................... $ 1,576.90
-CONTINUED-
P O BOX 515097, LOS ANGELES, CA 90051

SA-1697/EP 9/90
G15

Page 1 of 2

DATE PREPARED: NOV. 12 2018

*(left margin vertical text: 0050000020002000000100004510316133 ... 104)*

Alderman Drew Jennings
100 S RUSSELL ST
PORTLAND, TN
37148

RECEIVED
AUG 02 2019
CLEARED FTP X-RAY

NEOPOST
07/31/2019
US POSTAGE $000.50⁰

ZIP 37148
041M11289748

Clerk of the Court
United States District Court
Southern District of Florida
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Fort Pierce, FL 34950