*9911 W. 51 St*
*Merriam, KS 66203*

*Emilil2HTL BAWz@gmail.com*
*all Lower Case!*

FILED BY _____ D.C.

AUG 0 5 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

BERMAN v GENERAL MOTORS, LLC, Case # 2:18-cv-1437

I AM A CLASS MEMBER WHO OBJECTS TO PARTS OF THE SETTLEMENT.

I HAVE A 2013 EQUNOX LT THAT I PURCHASED USED. IT HAD 56.000 MILES ON IT WHEN I BOUGHT IT.

I NOW HAVE 230,000 MILES ON THE VEHICHLE. I AM HARMED BY THE TERMS OF THE 120,000 MILES BECAUSE I TRAVEL A LOT.

OBJECTIONS:

1. WHEN I BOUGHT THE CAR, NOBODY AT THE DEALERSHIP INFORMED ME OF THE PROBLEM WITH EXCESSIVE OIL USE-I WOULD NOT HAVE BOUGHT THE CAR IF I HAD BEEN INFORMED.
2. THE PISTON PROBLEM IS NOT THE FAULT OF THE PURCHASER-IT IS A MANUFACTURER PROBLEM. NO MILES SHOUL BE LIMITED ON A PROBLEM THAT IS 100% THE MANUFACTURER' FAULT.
3. I AM 500 MILES FROM MY BIRTH STATE, I GO HOME QUITE OFTEN. WHY SHOULD I BE PUNISHED BECAUSE OF MY LOVE OF TRAVELING. I DID NOT CREATE THIS PROBLEM, I SHOULD BE COVERED BY THE SAME REMEDY THAT COVERS PEOPLE WHO DRIVE 12,000 MILES/YEAR.
4. WITH REGULAR OIL CHANGES AND EXCESSIVE OIL USE, I HAVE TO SPEND $1030 DOLLARS/YEAR ON OIL FOR MY CAR. I HAVE BEEN DRIVING FOR 40 YEARS, I HAVE NEVER HAD TO SPEND SO MUCH.
5. BOEING HAD TO GROUND ALL OF ITS PLANES WITH THE DEFECTIVE AUTOPILOT SYSTEM. THEY WAITED UNTIL 500 PASSENGERS WERE DEAD.
6. THIS IS GM' PROBLEM, WHY SHOULD THE CONSUMER BE BURDEN WITH THE COST OF REPAIR, WHEN GM WAS WELL AWARE OF THE PROBLEM BEFORE IT FINALLY CORRECTED THE ISSUE.
7. I AM COMFORTABLE WITH THE 7 YEAR LIMIT, BUT THE 120,000 MILES IS TOO SHORT. WHY NOT 320,000 MILES.
8. ARE RENTAL CAR AGENCIES HELD TO THIS SHORT MILAGE RULE?
9. HOW MUCH IS THE MILAGE LIMIT ON CARS SOLD TO RENTAL CAR AGENCIES.?

THANK YOU FOR YOUR TIME
TOMMY ROSE



Mr. Tommy Rose
9911 W. 51st St.
Merriam, KS  66203-1625

DANIEL K. BRYSON
J. HUNTER BRYSON
WHITFIELD BRYSON & MASON LLP
900 W. MORGAN ST.
RALEIGH, NC 27603

THOMAS A. CASEY, Jr
JONES WALKER LLP
201 ST. Charles ave
NEW ORLEANS, LA 70170-5100

*Clerk of the Court*
*U.S. District Court*
*S, District of florida*
*Alto Lee Adams, Sr. U.S. Courthouse*
*101 S. U.S. Highway 1*
*fort Pierce, fl 34950*

**REGISTRATION EXPIRES:** 09/30/2019

**VEHICLE INFORMATION:**

VIN: 2GNALDEK3D6175179

MAKE: CHEVROLET

MODEL: Equinox

STYLE: UT

Purchase/Rec'd Date: 03/05/2016

Usage: Regular

Mileage Status: Actual

**Year:** 2013

**EMPTY WT:** 3758

**DECLARED WT:** 3758

**MILEAGE:** 56612

OWNER(S)

Rose, Tommy

9911 W 51st St
Merriam, KS 662031625

NAME(S)

Ally Financial
10909 McCormick Rd
Hunt Valley, MD 210311401

**FEE SUMMARY**

Current Reg./Srvc.  $38.25
Property Tax  $169.12
Mod. Fee  $4.00
Special Plate Fee(s)  $0.00

I hereby affirm ...

Tommy Rose
9911 W. 51 St
Merriam, KS 66203

29 JUL 2019 PM 2 L

Clerk of the Court
U.S. District Court
Southern District of Fl
Alto Lee Adams, Sr. U.S. CourtHouse
101 S. US Highway 1
Fort Pierce, Fl 34950

34950-420901

RECEIVED

AUG 02 2019

CLEARED FTP X-RAY