Frank Novak
2 Sheep Hill Rd.
Boonton, NJ 07005

FILED BY_____D.C.

AUG 0 7 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

August 2, 2019

Subject: Settlement in Berman v General Motors, LLC Case No. 2:18-cv-14371

Sirs,

As per the solicitation I received on this action I'm not opting out but I don't think the settlement covers the full cost. I had the work done to fix the issue on my Equinox in August of 2017, seven years after I got the car. When it was recalled at that time they wouldn't fix it and had to monitor it for a month. Once they agreed it was a problem they performed the correction.

However I believe there are other costs that they should be liable for as well. When I had the work done I was also told Manifold had a crack and needed to be replaced, which cost me $308.76. In my opinion this was a secondary problem manifested by the issues of this case. I believe seven years of excess ware due the piston issue lead to this and should also be covered. From the time of purchase to the recall I had to but in extra oil into the engine and this was another undue cost (estimated 1 – 2 quarters per month). The other cost that they should be considered that do to this issue the engine also underperforming leading to poor miles per gallon which added to my fuel cost.

Based on the item noted above and I'm sure there are others being the issue is critical to the engine's performance I would want the settlement to be adjusted to cove these items.

Sincerely,

*[signature]*
Frank Novak



Mr. Frank Novak
2 Sheep Hill Road
Boonton, NJ 07005-8905

CLERK OF COURT
RECEIVED
AUG 07 2019
U.S.-DIST DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
ALTO LEE ADAMS SR.
US COURTHOUSE
101 SOUTH US HIGHWAY 1
FORT PIERCE, FL 34950

BY DANIELS MJ OTJ
02 AUG 2019 PM 4 L

