Clerk of the Court
United States District Court
Southern District of Florida
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Fort Pierce, FL 34950

```
FILED BY_____ CGA ____D.C.

AUG 07 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE
```

Re: Berman v. General Motors, LLC, Case No. 2:18-cv-14371

Ladies and Gentlemen:

I am writing this letter as a Class Member regarding the above captioned matter to express my objection to the proposed settlement in this matter. I am the owner of a 2011 Chevrolet Equinox with a 2.4 liter Ecotec engine that has experienced excessive oil consumption since approximately 2013. When I advised the dealer about the issue several years ago, they told me that it was a common issue with that engine. I was not advised that there was any fix for the problem.

Under the terms of the proposed settlement almost every vehicle in the 2010, 2011, and 2012 years would be excluded from the settlement unless they had previously been repaired. If the terms of the instant settlement proposal were raised within the 7 year 6 month period of the earliest year model (2010- approximately July of 2017) and the owners had the right to bring their vehicle into the dealer to be tested for excessive oil consumption then the settlement would be a fair one. Under the current terms of the proposed settlement GM would escape responsibility for repairs of most 2010, 2011 and 2012 vehicles because they are past the 7 year 6 month mark of the date of purchase, on an issue that they were aware of and did not notify owners of within a time frame where the vehicles could be repaired.

I can be contacted at the following:

James Donohue
60 Mountain Avenue
West Orange, NJ 07052
Email- thedonohuefamily@msn.com

Please advise me of any further developments with regard to this litigation as well as my rights associated with it.

Sincerely,

James Donohue

cc:  Daniel, K. Bryson, Esq.
     Thomas A. Casey, Jr.

Mr James Donohue
60 Mountain Ave
West Orange, NJ 07052

DV DANIELS NJ 070
02 AUG 2019 PM 2 L



RECEIVED
AUG 07 2019
CLERK FTP X-XXY
CERTIFIED

Clerk of The Court
United States District Court
Southern District of Florida
¥₮ΓO Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Fort Pierce, Fl. 34950

34950-420901