**Tod Fitzpatrick**
903 Upland Road
Redwood City, CA 94062
(650)454-5020
fitzpatrick.tod@gmail.com



July 27, 2019

**Clerk of the Court**
United States District Court
Southern District of Florida
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Fort Pierce, FL 34950

Re: Case No. 2:18-cv-14371, *Berman v General Motors, LLC*

Dear Madam or Sir,

I am a class member in the above referenced case as I own and am the original purchaser of a 2010 Chevrolet Equinox equipped with a 2.4 liter engine. I have attached documentation to show that I am a class member.

In September 2014 the Chevrolet division of General Motors (GM) sent me a letter which provides exactly the same remedy for me that the proposed settlement offers me. This letter only pertains to 2010 Chevrolet Equinoxs, therefore I am not familiar with the history of other vehicles included in this case. I have enclosed a copy of the letter for your review.

I am undergoing the oil consumption test recommended in the letter at this time and it remains to be seen if the test will show the high oil consumption I experience or if it will be within the consumption of one quart every 2,000 mile which GM deems reasonable. The procedure is time consuming in that I must return my vehicle to a GM dealer every 1,000 miles to have the oil checked. I started the procedure one other time in the past and the dealer stated on the first 2 checks that the consumption appeared to be within GM's "reasonable" rate. He would not provide me any details of how much was being consumed. Do to the lack of transparency of the test I became frustrated and did not finish the process. I figured that if I had coverage under the letter up to 120,000 miles that I would wait until my vehicle had in excess of 100,000 to restart the testing process assuming the consumption will increase with increased mileage.

If the consumption test shows that the piston replacement will be covered by GM, I will be pleased. If not, I am left with a vehicle that if I sell it, I feel the need to disclose the oil consumption that I have experienced which has varied from 2 to 6 quarts every 5,000 miles. I believe this renders the vehicle near worthless in the resale market.

I am very disappointed in the proposed settlement because it offers me nothing more that what GM has offered over 4 years ago. How is it justified that the Class Counsel is being paid as much as $3,500,000 for representing me and providing no benefit for Class Members like myself.

I am asking that Class Members are provided more compensation for the hundreds of dollars of excess oil purchases each of us has had to make over the years with these vehicles, the loss of resale value of the vehicles, and the time and stress of dealing with this matter. Short of that, I would suggest the Class Counsel has provided nothing of value and should be compensated accordingly.

Settling this case while proving only the relief GM offered three years ago which in if a vehicle does not fail their test for "reasonable" nets an owner of one of these lemons nothing is not a fair settlement. Thank you for your consideration.

Sincerely,

*Tod Fitzpatrick*

Tod Fitzpatrick

Enc: (2)   Letter from Chevrolet

　　　　　Copy of vehicle registration

CC:　　Daniel K. Bryson, Whitfield Bryson & Mason LLP

　　　　J. Hunter Bryson, Whitfield Bryson & Mason LLP

　　　　Thomas A. Casey, Jr., Jones Walker LLP



Chevrolet
P.O. Box 909989
Milwaukee, WI 53209-9989

14159 2CNALPEW7A6393405 13 0019649
TOD R FITZPATRICK
903 UPLAND RD
REDWOOD CITY, CA 94062-3044

September 2014

Dear Tod R Fitzpatrick:

As the owner of a 2010 model year Chevrolet Equinox, your satisfaction with our product is very important to us.

This letter is intended to make you aware that some 2010 model year Chevrolet Equinox vehicles, equipped with a 2.4L engine, may exhibit excessive engine oil consumption (less than 2,000 miles per quart of engine oil), due to piston ring wear. Check your oil level periodically. Also, if this condition is present, the oil can light may illuminate on your instrument panel or you may have one of the following messages in the Driver Information Center: "Engine Oil Low – Add Oil" or "Oil Pressure Low – Stop Engine". See your owner manual for additional information on what to do if the vehicle displays one of these messages.

**Do not take your vehicle to your Chevrolet dealer as a result of this letter unless you believe that your vehicle has the condition as described above.**

**What We Have Done:** General Motors is providing owners with additional protection for the condition described above. If this condition occurs on your 2010 Chevrolet Equinox within 10 years of the date your vehicle was originally placed in service or 120,000 miles, whichever occurs first, the condition will be repaired for you at **no charge.** Diagnosis or repair for conditions other than the condition described above is not covered under this special coverage program.

**What You Should Do:** If you believe that your vehicle has the condition described above, repairs and adjustments qualifying under this special coverage must be performed by a Chevrolet dealer. You may want to contact your Chevrolet dealer to find out how long they will need to have your vehicle so that you may schedule the appointment at a time that is convenient for you. This will also allow your dealer to order parts if they are not already in stock. Keep this letter with your other important glove box literature for future reference.

**Reimbursement:** If you have paid for repairs for the condition described in this letter, please complete the enclosed reimbursement form and present it to your dealer with all required documents. Working with your dealer will expedite your request, however, if this is not convenient, you may mail the completed reimbursement form and all required documents to Reimbursement Department, PO Box 33170, Detroit, MI 48232-5170. The completed form and required documents must be presented to your dealer or received by the Reimbursement Department by September 30, 2015, unless state law specifies a longer reimbursement period.

GM

If you have any questions or concerns that your dealer is unable to resolve, please contact the Chevrolet Customer Assistance Center at 1.800.222.1020 (TTY 1.800.833.2438).

We are sorry for any inconvenience you may experience; however, we have taken this action in the interest of your continued satisfaction with our products.

Jim Moloney
General Director - Customer & Relationship Services

Enclosure
14159

| REGISTRATION VALID FROM 07/08/2019 TO 07/08/2020 | TYPE 11 | LICENSE NUMBER 6NGD044 |

| VEHICLE IDENTIFICATION NUMBER 2CNALPEW7A6393405 | | | | MAKE CHEV |
|---|---|---|---|---|
| BODY TYPE MODEL UT | CYLS. | DATE FIRST SOLD 00/00/2010 | CLASS HP | *YR Yr. Model 2010 |
| DATE ISSUED 05/02/2019 | TYPE VEH. 120 | NP AX WC G | UNLADEN/G/CGW | TOTAL FEES PAID $193 4100 |

REGISTERED OWNER

FITZPATRICK TOD R
903 UPLAND RD
REDWOOD CITY   CA 94062-3044

LIENHOLDER   0



L0037

RJ7042920194502

STATE OF CALIFORNIA
DEPARTMENT OF MOTOR VEHICLES
VALIDATED REGISTRATION CARD    R 6262806
READ REVERSE SIDE - IMPORTANT INSTRUCTIONS

**Tod Fitzpatrick**
903 Upland Road
Redwood City, CA 94062

SAN FRANCISCO CA 940
05 AUG 2019 PM 3 L


FOREVER / USA

RECEIVED
AUG 08 2019
FTP
CLEARED X-RAY

**Clerk of the Court**
United States District Court
Southern District of Florida
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Fort Pierce, FL 34950

34950-420S01