August 8, 2019

To Whom It May Concern,

I, Elisa Ventura, am objecting to the proposed Settlement in Berman v. General Motors, LLC, with the Case Number 2:18-cv-14371.

Please let me know if have any questions or concern.

My address: 5636 W Bedrock Rd. Bloomington In. 47403

Phone Number: 812-679-1634

Email: eventura2187@gmail.com

Thank You,

Elisa Ventura

*Elisa Ventura* (signature)

FILED BY _____ D.C.

AUG 09 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

Page: 1

# Ultimate Garage

08/03/2019

1999 N Packing House Rd Ste D
Bloomington, IN 47404
8122198136

Invoice #1287

**Elisa Ventura**
5636 W. Bedrock Rd.
Bloomington IN 47404
(812) 679-7228

2011 GMC - LIGHT TRUCK TERRAIN 4x4
2.4L DOHC DIS-SFI 4 CYL
Tag:                            Mileage 107,938
ID:  2CTFLREC3B6380717

| Labor | Tech | Amount |
|---|---|---|
| R & R ENGINE | Andres Jaimes | $1,085.00 |
|  |  | **$1,085.00** |

| Part No. | Parts | Quantity | Each | Amount |
|---|---|---|---|---|
|  | 5W30 MOTOR OIL | 5.00 | $6.99 | $34.95 |
|  | NEW ENGINE | 1.00 | $3,390.00 | $3,390.00 |
|  | OIL FILTER | 1.00 | $5.00 | $5.00 |
|  | COOLANT | 6.00 | $5.00 | $30.00 |
|  |  |  |  | **$3,459.95** |

|  |  |
|---|---|
| Subtotal | $4,544.95 |
| Tax | $242.20 |
| **Total** | **$4,787.15** |

An express mechanics lien is acknowledged on the above vehicle to secure the
amount of repairs thereto, until such time as cash payment has been made in
full. It is understood that you will not be held responsible for loss or damage
to cars or articles left in cars in case of fire, theft or any other cause
beyond your control. Upon signing this repair order it is accepted as a complete
and comprehensive description of the repair work done on this vehicle.

DATE_____          SIGNED_____

Page: 1

# Ultimate Garage

08/03/2019

1999 N Packing House Rd Ste D
Bloomington, IN 47404
8122198136

Invoice #1288

Elisa Ventura
5636 W. Bedrock Rd.
Bloomington IN 47404
(812) 679-7228

2011 GMC - LIGHT TRUCK TERRAIN 4x4
2.4L DOHC DIS-SFI 4 CYL
Tag:                                Mileage 107,938
ID:  2CTFLREC3B6380717

| Labor | Tech | Amount |
|---|---|---|
| R AND R VVT ACTUATORS | Andres Jaimes | $140.00 |
| OIL CHANGE WITH FILTER (FULL SHYNTETIC) | Andres Jaimes | $55.00 |
|  |  | **$195.00** |

| Part No. | Parts | Quantity | Each | |
|---|---|---|---|---|
|  | VVT INTAKE | 1.00 | $78.99 | $78.99 |
|  | VVT EXHAUST | 1.00 | $78.99 | $78.99 |
|  |  |  |  | **$157.98** |

|  |  |
|---|---|
| Subtotal | $352.98 |
| Tax | $11.06 |
| **Total** | **$364.04** |

An express mechanics lien is acknowledged on the above vehicle to secure the amount of repairs thereto, until such time as cash payment has been made in full. It is understood that you will not be held responsible for loss or damage to cars or articles left in cars in case of fire, theft or any other cause beyond your control. Upon signing this repair order it is accepted as a complete and comprehensive description of the repair work done on this vehicle.

DATE_____        SIGNED_____

Page: 1

# Ultimate Garage
### 1999 N Packing House Rd Ste D
### Bloomington, IN 47404
### 8122198136

02/07/2018

Invoice #1284

**Elisa Ventura**
5636 W. Bedrock Rd.
Bloomington IN 47404
(812) 679-7228

2011 GMC - LIGHT TRUCK TERRAIN 4x4
2.4L DOHC DIS-SFI 4 CYL
Tag:                    Mileage 107,938
ID:  2CTFLREC3B6380717

| Labor | Tech | Amount |
|---|---|---|
| R AND R TRANSMISSION PAN | Andres Jaimes | $175.00 |
| | | $175.00 |

| Part No. | Parts | Quantity | Each | Amount |
|---|---|---|---|---|
| | AUTOMATIC TRANSMISSION FLUID | 4.00 | $8.99 | $35.96 |
| | TRANSMISSION PAN GASKET | 1.00 | $25.00 | $25.00 |
| | TRANSMISSION PAN | 1.00 | $99.39 | $99.39 |
| | | | | $160.35 |

|  |  |
|---|---|
| Subtotal | $335.35 |
| Tax | $11.22 |
| Total | $346.57 |

An express mechanics lien is acknowledged on the above vehicle to secure the amount of repairs thereto, until such time as cash payment has been made in full. It is understood that you will not be held responsible for loss or damage to cars or articles left in cars in case of fire, theft or any other cause beyond your control. Upon signing this repair order it is accepted as a complete and comprehensive description of the repair work done on this vehicle.

DATE_____     SIGNED_____

Page: 1

# Ultimate Garage
02/07/2018
1999 N Packing House Rd Ste D
Bloomington, IN  47404
8122198136

Invoice #1285

Elisa Ventura
5636 W. Bedrock Rd.
Bloomington IN  47404
(812) 679-7228

2011 GMC - LIGHT TRUCK TERRAIN 4x4
2.4L DOHC DIS-SFI 4 CYL
Tag:
ID:  2CTFLREC3B6380717

Mileage 107,938

| **Labor** | **Tech** | **Amount** |
|---|---|---|
| OIL CHANGE WITH FULL SHYNTETIC OIL | Andres Jaimes | $55.00 |
| | | $55.00 |

| **Part No.** | **Parts** | **Quantity** | **Each** | |
|---|---|---|---|---|
| | NEW WINDSHIELD (FRONT) | 1.00 | $350.00 | $350.00 |
| | | | | $350.00 |

Subtotal   $405.00
Tax          $24.50
Total      $429.50

An express mechanics lien is acknowledged on the above vehicle to secure the amount of repairs thereto, until such time as cash payment has been made in full. It is understood that you will not be held responsible for loss or damage to cars or articles left in cars in case of fire, theft or any other cause beyond your control. Upon signing this repair order it is accepted as a complete and comprehensive description of the repair work done on this vehicle.

DATE_____        SIGNED_____

Page: 1

# Ultimate Garage

07/07/2018

1999 N Packing House Rd Ste D
Bloomington, IN  47404
8122198136

Invoice #1286

Elisa Ventura
5636 W. Bedrock Rd.
Bloomington IN  47404
(812) 679-7228

2011 GMC - LIGHT TRUCK TERRAIN 4x4
2.4L DOHC DIS-SFI 4 CYL
Tag:                                   Mileage 107,938
ID:  2CTFLREC3B6380717

| Labor | Tech | Amount |
|---|---|---|
| ALIGMENT | Andres Jaime: | $70.00 |
| R AND R ALL SUSPENTION PARTS | Andres Jaime: | $420.00 |
| | | $490.00 |

| Part No. | Parts | Quantity | Each | |
|---|---|---|---|---|
| | FRONT STRUTS | 2.00 | $198.99 | $397.98 |
| | FRONT CONTROL ARMS | 2.00 | $98.99 | $197.98 |
| | FRONT TIE RODS OUTER | 2.00 | $32.18 | $64.36 |
| | FRONT INNER TIE RODS | 2.00 | $43.18 | $86.36 |
| | REAR SHOCKS | 2.00 | $54.99 | $109.98 |
| | FRONT STABILIZER LINKS | 2.00 | $32.12 | $64.24 |
| | | | | $920.90 |

|  |  |
|---|---|
| Subtotal | $1,410.90 |
| Tax | $64.46 |
| Total | $1,475.36 |

An express mechanics lien is acknowledged on the above vehicle to secure the amount of repairs thereto, until such time as cash payment has been made in full. It is understood that you will not be held responsible for loss or damage to cars or articles left in cars in case of fire, theft or any other cause beyond your control. Upon signing this repair order it is accepted as a complete and comprehensive description of the repair work done on this vehicle.

DATE_____      SIGNED_____

Lisa Ventura
3636 W. Bedrock Rd.
Bloomington In 47403

RECEIVED
AUG 09 2019
CLERK FTP — 1:25

Clerk of the Court
United States District Court
Southern District of Florida
Atto Lee Adams, St, United
States Courthouse
101 South U.S. Highway 1
Fort Pierce, Fl 34950



AUG 06 2019 BLOOMINGTON