**MARK OR ELLEN SCHAU**
**1623 MACKIN DRIVE**
**DE WITT, IOWA  52742**
**563-349-1965**
ellenmschau@gmail.com

August 5, 2019

RE:  Berman v General Motors LLC, Case No. 2:18-cv-14371

My name is Ellen Schau and my husband and I owned a 2013 Chevrolet Equinox.  I
would like to object to the terms of the class action suit given the following reasons.

On June 24, 3019 I was on my way to work when my Equinox started to act funny, I
immediately called my dealership, Brad Deery in Maquoketa, Iowa and explained
the situation, they told me to bring my car in on my lunch and they would look at it.
When I went to lunch it wouldn't start at which time I called the dealer again, they
came and towed it in.  When I got off work I walked to the dealership expecting to
pick up my vehicle.  When I got there they didn't even want to tell me the motor had
gone out on my Equinox with 84,000 miles on it.  They said it was an oil
consumption problem that caused it to jump time and bend the intake valves.  They
also said they have never seen this happen with a car with this few miles.  We
discussed how I always changed the oil faithly and that no lights came on indicating
a problem. I thought okay, I have a 100,000 mile warranty I would be alright......
Wrong..... it expired in 2018.

My thoughts were I would call General Motors, they would probably extend the
warranty and take care of my damages, wrong again!!  First off, good luck getting
ahold of General Motors, after numerous phone calls and attempts I finally got ahold
of someone (Alex) on day 4, she threatened to hang up on me.  I was told that my
repair was $8,600.00 and they would cover roughly $800.00.  I asked to talk to a
supervisor, they said someone would call e back , well I'm still waiting, I have tried
calling over and over and still nothing.

In the meantime, what do we do.  I have researched this problem and it's all over the
internet, do we repair our vehicle or just buy something else.  Once again, I reached
out to the dealer for advise, they referred me to a salesman, WOW $200.00 is all they
would give me for a trade in since my vehicle wouldn't run.

Being vey upset with General Motors for putting us in such a situation we decided to
sell our Equinox for $300.00 to a family member to fix or do whatever they wanted
to do and we bought a new car.  This was not a position I wanted to be put in.

A week after this transpired I got the letter in the mail about the class action suit, imagine how upset I am now. I am enclosing the bill from my dealership with the repair cost. The extended warranty is not going to do me any good now. I feel I am entitled to some compensation. I am totally dissatisfied with General Motor and will never buy a vehicle from them again.

Please let me know if you need anything further.

Thanks,

Ellen M. Schau

Ellen Schau



563-652-4900                                                                        800-858-1313

## Service Recommendation Estimate

NAME: ELLEN SCHAU                                                    TELEPHONE: 563-652-4900

VEHICLE:  VIN DZ118903 RQUINOX          DATE: 06/24/2019       ADVISOR: SAMANTHA SHIRLEY

| NEEDED REPAIRS/MAINTENANCE | Hrs | Lab rate | Labor | Qty | Price | Parts | Supplies | Menu Price | Total |
|---|---|---|---|---|---|---|---|---|---|
| ENGINE REPLACEMENT | 14.3 | 105 | 1501.5 | 1 | 6867.34 | 6867.34 | | | $ 8,368.84 |
| 12646199 | | | 0 | 1 | 14.58 | 14.58 | | | $    14.58 |
| | | | 0 | 1 | 7.1 | 7.1 | | | $     7.10 |
| | | | 0 | 1 | 9.22 | 9.22 | | | $     9.22 |
| | | | 0 | 4 | 4.83 | 19.32 | | | $    19.32 |
| | | | 0 | | | 0 | | | $      - |
| | | | 0 | | | 0 | | | $      - |
| | | | 0 | | | 0 | | | $      - |
| | | | 0 | | | 0 | | | $      - |
| | | | 0 | | | 0 | | | $      - |
| | | | 0 | | | 0 | | | $      - |
| | | | 0 | | | 0 | | | $      - |
| | | | 0 | | | 0 | | | $      - |
| | | | 0 | | | 0 | | | $      - |
| | | | 0 | | | 0 | | | $      - |
| | | | 0 | | | 0 | | | $      - |
| | | | 0 | | | 0 | | | $      - |
| | | | 0 | | | 0 | | | $      - |
| | | | 0 | | | 0 | | | $      - |
| | | | 0 | | | 0 | | | $      - |
| | | | 0 | | | 0 | | | $      - |
| | | | 0 | | | 0 | | | $      - |
| TOTALS | 14.3 | | 1501.5 | | | 6917.56 | 0 | 0 | $ 8,419.06 |

ADDITIONAL NOTES:

| | |
|---|---|
| Subtotal | $ 8,419.06 |
| Tax | $   139.11 |
| Total | $ 8,558.17 |

Chau
623 Macklin Dr.
DeWitt, IA 52742

CLEARED FTP W-RAY

RECEIVED
AUG 09 2019

34950342007-0007

Clerk of the Court
United States District Court
Southern District of Florida
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Fort Pierce, FL 34950



QUAD CITIES IL P&DF
IL 612 1 L
06 AUG 2019 PM