August 6, 2019

TO: Court (So. District of FL)
Class Counsel (Daniel K. Bryson)
Defendant's Counsel (Thomas A. Casey, Jr.)

FILED BY ___gft___ D.C.
AUG 09 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

REF: Berman v General Motors, LLC, Case No. 2:18-cv-14371
CLAIM NO. 2721645

2012 Equinox – Purchase date 11/19/2011 – **current mileage 46,485**
VIN: 2GNFLGEK5C6189624

This letter is to OBJECT to the proposed settlement of above class action.
We OBJECT to the restriction of time for SCA's proposed in the settlement.

Even though we have not incurred repairs at this point, we have been adding oil continuously and noticed the occasional shutter when stopping and noises when starting up. Unfortunately we were not aware of this defect until receiving the notice from the Court on July 25, 2019. Then the vague symptoms made sense. We are concerned that the low mileage has kept the issue undetected and we may have future major repairs to this vehicle with no assistance from GM because of the proposed class action time limits.

We would like for the class action to include at least a few months after final settlement for all owners to have the free diagnosis and if excessive oil consumption is found, free replacement of the piston assemblies and repairs for any other damage.

*Bill E. Fritts*

*Dreama Fritts*

Billy E. and Dreama Fritts
113 Kenbridge Place
Lynchburg, VA 24502
434-239-1405

Savafritts@aol.com

**Mr. Bill Fritts**
113 Kenbridge Pl
Lynchburg, VA 24502-2740

GREENSBORO NC 274
PIEDMONT TRIAD AREA
06 AUG 2019 PM 5 L



FOREVER / USA

34950-420901

Clerk of the Court
United States District Court
Southern District of Florida
Alto Lee Adams, Sr.
United States Courthouse
101 South US Highway 1
Fort Pierce, FL 34950