*Court*

Objector's Name;

1.) Shundrica Coleman
1814 N. 7th St. Waco, Tx 76707
(254)-733-4584

18cv14371

FILED BY ___ D.C.
AUG 12 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

i agree to object to the settlement.

*Shundrica Colman*
_____

Print.
Shundrica Coleman
_____
8/5/19

CONTRACT DATE 12/10/18       MOTOR VEHICLE RETAIL INSTALLMENT CONTRACT                FZ-TX-R

Buyer: Shundrica Shuntel Monae Coleman                 AFFILIATED AUTO SALES
Address: 1814 N 7th St.                                2125 S VALLEY MILLS DR
City: WACO           TX    76707                       WACO          State TX  Zip Code 7670
Phone: 254-709-6256                                    254-662-4085

Location of Vehicle
if other than
Buyer's residence

PROMISE TO PAY ...

USE FOR WHICH PURCHASED ...

VEHICLE IDENTIFICATION

| Stock No. | Year | Make | Model | Vehicle Identification Number | ☐ New ☐ Demonstrator |
|---|---|---|---|---|---|
| 5170270 | 2011 | GMC | TERRAIN | 2CTALSEC2B6358869 | ☒ Used ☐ Factory Official/Exec |
| Trade-in(s): Year 2005 | Make BUICK | Model LACROSSE | VIN 2G4WD532651328538 | License No. | |
| Year N/A | Make N/A | Model N/A | VIN N/A | License No. N/A | |

FEDERAL TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| 25.03 | $ 1,744.45 | 6,199.55 | 7,944.00 | $ 1,600.00  9,544.00 |

Payment Schedule: ...

$ ... Monthly beginning January 10, 2019

Security: We will have a security interest in the vehicle being purchased.
Late Charge: If we do not receive your entire payment within 10 days after it is due ... Prepayment: If you pay all or any part off early ...
Additional information: ...

Buyer Signs X                                          X                     N/A

*The rates of this contract are negotiable. The seller may assign or otherwise sell this contract and receive a discount or other payment for the difference between the rate, charges, or balance.*

CONSUMER WARNING

**NOTICE TO THE BUYER – DO NOT SIGN THIS CONTRACT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. YOU ARE ENTITLED TO A COPY OF THE CONTRACT YOU SIGN. UNDER THE LAW, YOU HAVE THE RIGHT TO PAY OFF IN ADVANCE ALL THAT YOU OWE AND UNDER CERTAIN CONDITIONS MAY SAVE A PORTION OF FINANCE CHARGE. YOU WILL KEEP THIS CONTRACT TO PROTECT YOUR LEGAL RIGHTS.** This contract has 4 pages. Be sure to review all 4 pages of this contract before ...

**BUYER'S ACKNOWLEDGEMENT OF CONTRACT RECEIPT** YOU AGREE TO THE TERMS OF THIS CONTRACT. ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF IT. YOU CONFIRM THAT BEFORE YOU SIGNED CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT.

X                            12/10/2018                                 N/A              Date

X

X                            12-10-2018                                                   Title

Shunancia Coleman
814 N. 7th St.
Waco, TX 76707

RECEIVED
AUG 12 2019
X-RAY

Alto Lee Adams Sr.
United States Court house
101 South U.S. Highway 1
Fort Pierce, FL 34950

34950-420501

NORTH TEXAS TX P&DC
DALLAS TX 750
8 AUG 2019 PM 8 L

