Fwd: Note 2

From: lcytpc@aol.com

To: garantsoffice@yahoo.com

Date: Monday, August 12, 2019, 12:34 PM EDT



Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

From: lcytpc <lcytpc@aol.com>
Date: Thursday, August 8, 2019
Subject: Note 2
To: lcytpc <lcytpc@aol.com>

To
Clerk of the Court
United States District Court
Southern District of Florida
Alto Lee Adams Sr United States Courthouse
101 S US Highway 1
Fort Pierce, Florida 34950

From
Lucille M Turner
2360 N Curran Rd/ M65
Curran MI 48728

I am sending documentation regards my 2013 Chevrolet Equinox which I purchased in early 2013. I have been a loyal GM customer as multiple family members have worked for the company.

In short the vehicle had an ongoing issue with oil loss. Eventually at about 135000 miles the engine was ruined when it lost all oil while driving. Despite having service records I was told that basically I did not put oil on the car(incorrect) causing the engine failure.
As the vehicle was just beyond the 120000 mile warrantee I replaced the engine out of pocket.
The engine was replaced with an engine that had about 22000 miles on it by a reputable shop.
Just over the 1 year warantee that engine also lost all oil and needed to be replaced. When Wilkonsons examined it there was plugging in a valve causing a series of breakdowns leading to oil loss and engine failure.

At that point I did not have any more money to replace the engine again. I had already taken out and maxed out three different credit cards to be able to pay for the prior engine and replacement and repairs I was still paying on those credit cards. At that point I decided to have the bank repossess vehicle and then pay off the balance that was owed once they resold it. I'm currently still paying off the balance of the vehicle which was roughly $7,600. I feel that I am owed compensation despite the fact that the vehicle was slightly over the 120,000 mile restriction on the lawsuit because the original engine clearly failed due to the issue that GM knew about.as did the replacement engine. I did call the dealership who told me I could have it towed there but if the issue was due to neglect as well as the vehicle being over the mileage warantee it would be an out of picket repair.
I think I am due compensation for the approximately $4000 that cost me over all to have the car repaired several times, towing and then eventually having the engine replaced in addition I would expect to be compensated for balance on the vehicle that I have been paying on since the vehicle died a second time.
My credit was severely affected due to having the vehicle reposessed GM can't fix that.
In total I am out about $11000 dollars and several credit score points.
This is why am filing an objection and feel that my. Case should be included in the suit
Berman v General Motors, LLC
Case# 2:18-cv-14371.
Included is supporting documentation from
WILKINSON'S Auto in Holly MI
and
DURAND MOTOR SERVICE in Durand MI.
These would be my witnesses as to the issues with the vehicle.

Lucille M Turner

2360 N Curran Rd/M65
Curran MI 48728
248 758 4816
lcytpc@aol.com

**Wilkinson Mobile Auto Repair LLC**
605 N Saginaw St
Holly, MI. 48442
Phone: 248-634-5730   Fax: 248-856-1280

INVOICE
21243
Org. Est. # 038415

**MICHIGAN REGISTRATION:** F160713
**Proposed completion date:** 1/4/2017

**INVOICE FROM HISTORY**

Work Completed Date : 01/04/2017

**Printed date:** 08/07/2019

**TURNER, LUCILLE**
4041 GRANGE HALL RD LOT 33
Holly, MI   48442
Cell: 248-758-4816
Cust ID : 6019

2013 Chevrolet - Equinox LS - 2.4L, In-Line4 (145CI) VIN(K)
Lic # :  BTK0459 - MI
Odometer In : 109408
Odometer Out : 109422
VIN # :  2GNALBEK7 D6194127

| Part Description / Number | Qty | Sale | Ext | Labor Description | Extended |
|---|---|---|---|---|---|
| USED ENGINE 21K MILES 1 YEAR PARTS AND LABOR WARRANTY LKQ | 1.00 | 1230.00 | 1230.00 | VEHICLE STARTED REVVING HIGH WHILE DRIVING ON EXPRESSWAY AND LOST POWER. CUSTOMER WAS ABLE TO LIMP VEHICLE TO THE GAS STATION | 0.00 |
| ENGINE <CORE> LKQ | 1.00 | 0.00 | 0.00 | OFF THE NEAREST EXIT. CHECK AND ADVISE CHECKED OIL AND THERE WAS NONE ON THE DIPSTICK, | |
| ENGINE OIL <DEXOS APPROVED> 5W-30 SYN BLEND | 5.00 | 3.43 | 17.15 | ADDED 4 QUARTS OF OIL AND IT IS STILL 1 QUART LOW. FOUND REAR MAIN SEAL IS LEAKING BADLY AND ENGINE RAN | |
| OIL FILTER R84082MP | 1.00 | 6.95 | 6.95 | TOO LONG WITH NO OIL IN IT, RECOMMEND TO REPLACE ENGINE. | |
| ANTIFREEZE/UNIVERS ANTIFREEZE/UNIVERS | 1.00 | 16.95 | 16.95 | ENGINE ASSEMBLY (COMPLETE) - DIAGNOSE, Remove & Replace - In-Line4,FWD w/o California Emissions - [Includes: R&I Subframe. | 1,162.50 |
| MISCELLANEOUS GASKETS MISC | 1.00 | 250.00 | 250.00 | DOES NOT include wheel alignment.] - [Includes: R&I Engine Assembly. Transfer Fuel and Electrical | |
| Air Filter 83727 | 1.00 | 38.29 | 38.29 | Assemblies and Engine Mounts. | |
| SPARK PLUG ASM / Spark Plug 41-108 | 4.00 | 9.63 | 38.52 | | |
| Engine Coolant Thermostat - OE Exact Thermostat; Temperature:  180 Degrees, With  Seal Included 48628 | 1.00 | 36.04 | 36.04 | | |
| Shop Supplies | | | 39.73 | | |

YOU ARE ENTITLED BY LAW TO THE RETURN OF ALL PARTS REPLACED EXCEPT THOSE WHICH ARE TOO HEAVY OR LARGE, AND THOSE  REQUIRED TO BE SENT BACK TO THE MANUFACTUER OR DISTRIBUTOR BECAUSE WARRANTY WORK OR AN EXCHANGE AGREEMENT. YOU ARE ENTITLED TO INSPECT THE PARTS WHICH CANNOT BE RETURNED TO YOU.

Save _____   Discard _____   Signature_____
I hereby authorize the above repair work to be done along with the necessary materials, and hereby grant you and/or your employee permission to operate the car, truck or vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above car, truck or vehicle to secure the amount of repairs thereto.   **X**

| Estimated Increased Total: $ | Authorized by: | -CERTIFICATION - |
|---|---|---|
| Mechanic's Name & Michigan Certification Number  Repairs Performed by:  Wilkinson, Chris M186171; STOWE, CURTIS M123865 | | ALL REPAIRS AND PARTS LISTED WERE FURNISHED IN COMPLIANCE WITH THE MICHIGAN AUTO REPAIR ACT (P.A. 300) ALL PARTS ARE NEW UNLESS |

| | |
|---|---|
| Labor: | 1,162.50 |
| Parts: | 1,673.63 |
| Sublet: | 0.00 |
| Sub: | 2,836.13 |
| Tax: | 100.42 |
| Total: | $2,936.55 |
| Bal Due: | $0.00 |

[ Payments - Cash - $900.00, Visa - $336.55, MasterCard - $1,000.00, CarCareOne - $700.00 ]

Written By: KERN, TRACI

Page 1 of 1

Copyright (c) 2019 Mitchell Repair Information Company, LLC   InvHrsMI .619185

**Durand Mobil Service Inc.**
8474 E. M-71
Durand, MI. 48429
Phone: 989-288-2826   Fax: 989-288-7396
We appreciate you choosing us for your auto care!

35973

F137166
tom@durandmobil.com

# INVOICE FROM HISTORY

**TURNER, LUCY**
4041 Grange Hall Lot 33
Holly, MI  48442
Cell #1 248-758-4816
Cust ID : 7796

Work Completed Date : 01/05/2018
2013 Chevrolet - Equinox LS
2.4L, In-Line4 (145CI) VIN(K), 4-Wheel ABS
Lic # :  BXU987 - MI
VIN # :  2GNALBEK7 **D6194127**

Print Date :  08/12/2019

Odometer In :  133,965
Odometer Out :

| Part Description / Number | Qty | Sale | Ext | Labor Description | Extended |
|---|---|---|---|---|---|
| ACDelco Oil Filter | 1.00 | 7.99 | 7.99 | DIAGNOSE & ADVISE | 165.00 |
| PF457G | | | | **** Symptoms: **** | |
| 5W30 Mobil Clean 5000 | 5.00 | 4.69 | 23.45 | Reduced engine power light came on. Vehicle stalled out here in parking lot. Did not try and restart. | |
| 5W30B | | | | No oil pressure. Multiple cam actuator codes for intake and exhaust. No oil on dipstick. Oil purged out rear main all over underneath the car. Tested PCV system frozen with ice causing excessive pressure in crank case. Cleared PCV system. Cleaned engine oil from engine. Changed oil. Cleared codes. Test drove to inspect rear main for leak. | |
| Cleaning Solvent | 1.00 | 5.99 | 5.99 | | |
| BC | | | | | |
| Shop Supplies | | | 1.12 | | |
| | | | | **RECOMMEND OIL CHANGE AGAIN IN 1,000 MILES** | |
| | | | | Environmental Fees/HazMat | 4.95 |

[ Technicians : Johnson, Jeff M180396 ]

| Org. Estimate | $ 56.65 | Revisions | $ 0.00 | Current Estimate | $ 56.65 | Additional Cost | Revised Estimate |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Labor: | 165.00 |
| Parts: | 38.55 |
| Sub: | 203.55 |
| Tax: | 2.31 |
| HazMat: | 4.95 |
| Total: | $210.81 |
| Bal Due: | $0.00 |

[ Payments - MasterCard - $210.81 ]

*Same family owned and operated since 1976!*

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control. I hereby grant you and/or your employees permission to operate vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express garage keepers lien is hereby acknowledged to secure the amount or repairs thereto. 12 months/12,000 mile warranty.

Repairs were properly performed >>>> Tom Janisse

Signature................................................................   Date.............................................................

**Durand Mobil Service Inc.**
8474 E. M-71
Durand, MI. 48429
Phone: 989-288-2826  Fax: 989-288-7396
We appreciate you choosing us for your auto care!

**36168**

F137166
tom@durandmobil.com

## INVOICE FROM HISTORY

**TURNER, LUCY**
4041 Grange Hall Lot 33
Holly, MI   48442
Cell #1 248-758-4816
Cust ID : 7796

Work Completed Date : 02/02/2018
2013 Chevrolet - Equinox LS
2.4L, In-Line4 (145CI) VIN(K), 4-Wheel ABS
Lic # :  BXU987 - MI
VIN # :  2GNALBEK7 **D6194127**

Print Date :  08/12/2019

Odometer In :  135,801
Odometer Out :

| Part Description / Number | Qty | Sale | Ext | Labor Description | Extended |
|---|---|---|---|---|---|
| Engine Valve Cover Gasket Set | 1.00 | 58.24 | 58.24 | TOWED IN BY BROWN'S (Customer already paid Brown's 2-2-18) | |
| VS50778R | | | | | |
| Engine Intake Manifold Gasket | 4.00 | 6.48 | 25.92 | DIAGNOSE & ADVISE | n/c |
| 12628003 | | | | **** Symptoms: **** | |
| Intake Seal | 1.00 | 10.99 | 10.99 | Quit while driving. Was able to get it off the road. Will not restart. PCV Frozen and plugged. Purged all oil out of engine upon arrival. See below parts and labor for repairs. | |
| 12628001 | | | | | |
| ACDelco Oil Filter | 1.00 | 9.99 | 9.99 | VALVE COVER GASKET | 135.00 |
| PF457GO | | | | R&R INTAKE MANIFOLD GASKET | 297.00 |
| 5W30 Mobil Clean 5000 | 5.00 | 4.69 | 23.45 | LUBE, OIL AND FILTER CHANGE | 10.00 |
| 5W30B | | | | Change oil, oil filter, and lube vehicle if applicable. Perform basic safety check. Check air filter and breather filter. Check all fluid levels and tire pressures.  * Additional fees may incur for fluids or filters that need to be filled or replaced. All performed by ASE certified technicians. | |
| TUBE,OIL LEVEL IND | 1.00 | 29.50 | 29.50 | | |
| 12625480 | | | | | |
| Shop Supplies | | | 4.74 | Environmental Fees/HazMat | 9.99 |

[ Technicians : Johnson, Jeff M180396 ]

Org. Estimate  **$ 56.65**    Revisions  **$ 0.00**    Current Estimate  **$ 56.65**    Additional Cost   Revised Estimate

| Labor: | 442.00 |
|---|---|
| Parts: | 162.83 |
| Sub: | 604.83 |
| Tax: | 9.77 |
| HazMat: | 9.99 |
| Total: | $624.59 |
| Bal Due: | $0.00 |

[ Payments - MasterCard - $624.59 ]

*Same family owned and operated since 1976!*

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control. I hereby grant you and/or your employees permission to operate vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express garage keepers lien is hereby acknowledged to secure the amount or repairs thereto. 12 months/12,000 mile warranty.

Repairs were properly performed >>>> Tom Janisse

Signature.......................................................................   Date.......................................................................

Written By: Mosier, Leah          Page 1 of 1          Copyright (c) 2019 Mitchell Repair Information Company, LLC  InvStkPaperHrs 02151815

**Wilkinson Mobile Auto Repair LLC**
605 N Saginaw St
Holly, MI. 48442
Phone: 248-634-5730  Fax: 248-856-1280

INVOICE
24368
Org. Est. # 042764
**MICHIGAN REGISTRATION:** F160713
Proposed completion date: 2/5/2018
Printed date: 08/13/2019

# INVOICE FROM HISTORY
Work Completed Date : 02/07/2018

TURNER, LUCILLE
4041 GRANGE HALL RD LOT 33
Holly, MI  48442
Cell: 248-758-4816
Cust ID : 6019

2013 Chevrolet - Equinox LS - 2.4L, In-Line4 (145CI) VIN(K)
Lic # :  BTK0459 - MI
Odometer In : 110442
VIN # :  2GNALBEK7 **D6194127**

| Part Description / Number | Qty | Sale | Ext | Labor Description | Extended |
|---|---|---|---|---|---|
| Shop Supplies | | | 7.94 | CHECK ENGINE NOISE | 53.90 |
| | | | | FOUND MOTOR HAS BAD ROD BEARING AND REAR MAIN SEAL IS BLOWN OUT FROM PCV SYSTEM BEING PLUGGED | |
| | | | | TOWING | 45.00 |
| | | | | TOWING | |
| | | | | TOWING FROM GRANGE HALL RD | 0.00 |

YOU ARE ENTITLED BY LAW TO THE RETURN OF ALL PARTS REPLACED EXCEPT THOSE WHICH ARE TOO HEAVY OR LARGE, AND THOSE REQUIRED TO BE SENT BACK TO THE MANUFACTUER OR DISTRIBUTOR BECAUSE WARRANTY WORK OR AN EXCHANGE AGREEMENT. YOU ARE ENTITLED TO INSPECT THE PARTS WHICH CANNOT BE RETURNED TO YOU.
Save _____  Discard _____  Signature _____

I hereby authorize the above repair work to be done along with the necessary materials, and hereby grant you and/or your employee permission to operate the car, truck or vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above car, truck or vehicle to secure the amount of repairs thereto. **X**

Estimated Increased Total: $           Authorized by:

Mechanic's Name & Michigan Certification Number
Repairs Performed by:  HORTON, JASON M235816

- CERTIFICATION -
ALL REPAIRS AND PARTS LISTED WERE FURNISHED IN COMPLIANCE WITH THE MICHIGAN AUTO REPAIR ACT (P.A. 300) ALL PARTS ARE NEW UNLESS OTHERWISE STATED.

| Labor: | 53.90 |
| --- | --- |
| Parts: | 7.94 |
| Sublet: | 45.00 |
| Sub: | 106.84 |
| Tax: | 0.48 |
| Total: | $107.32 |
| Bal Due: | $0.00 |

[ Payments - Cash - $15.32, CarCareOne - $92.00 ]

Written By: TURNER, JULIE

Page 1 of 1          Copyright (c) 2019 Mitchell Repair Information Company, LLC  InvHrsMI .619185

**Wilkinson Mobile Auto Repair LLC**
605 N Saginaw St
Holly, MI.  48442
Phone: 248-634-5730   Fax: 248-856-1280

INVOICE
24505
Org. Est. # 042934
**MICHIGAN REGISTRATION:** F160713
Proposed completion date: 2/22/2018

# INVOICE FROM HISTORY
Work Completed Date : 02/22/2018     Printed date: 08/13/2019

**TURNER, LUCILLE**
4041 GRANGE HALL RD LOT 33
HOLLY, MI   48442
Cell: 248-758-4816
Cust ID : 6019

2013 Chevrolet - Equinox LS - 2.4L, In-Line4 (145CI) VIN(K)
Lic # :  BTK0459 - MI     Odometer In :  110442
VIN # : 2GNALBEK7 **D6194127**

| Part Description / Number | QTY | Sale | Ext | Labor Description | Extended |
|---|---|---|---|---|---|
|  |  |  |  | TOWING | 35.00 |
|  |  |  |  | TOWING |  |
|  |  |  |  | TOWING | 0.00 |

YOU ARE ENTITLED BY LAW TO THE RETURN OF ALL PARTS REPLACED EXCEPT THOSE WHICH ARE TOO HEAVY OR LARGE, AND THOSE REQUIRED TO BE SENT BACK TO THE MANUFACTUER OR DISTRIBUTOR BECAUSE WARRANTY WORK OR AN EXCHANGE AGREEMENT. YOU ARE ENTITLED TO INSPECT THE PARTS WHICH CANNOT BE RETURNED TO YOU.
Save _____  Discard _____  Signature _____

I hereby authorize the above repair work to be done along with the necessary materials, and hereby grant you and/or your employee permission to operate the car, truck or vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above car, truck or vehicle to secure the amount of repairs thereto. **X**

| | |
|---|---|
| Labor: | 0.00 |
| Parts: | 0.00 |
| Sublet: | 35.00 |
| Sub: | 35.00 |
| Tax: | 0.00 |
| Total: | $35.00 |
| Bal Due: | $0.00 |

Estimated Increased Total: $

Mechanic's Name & Michigan Certification Number
Repairs Performed by:  HORTON, JASON M235816

Authorized by:

**-CERTIFICATION -**
ALL REPAIRS AND PARTS LISTED WERE FURNISHED IN COMPLIANCE WITH THE MICHIGAN AUTO REPAIR ACT (P.A. 300)
ALL PARTS ARE NEW UNLESS OTHERWISE STATED.

[ Payments - DEBIT - $35.00 ]

Written By: BEIDLER, BERT                Page 1 of 1           Copyright (c) 2019 Mitchell Repair Information Company, LLC    InvHrsMI .619185

