Joseph R Rutkowski
350 Holbrook Rd, York PA 17402 – 610.914.2343 – psurut@comcast.net

September 6, 2019

*Berman v General Motors, LLC*, Case No. 2:15-cv-14371

Clerk of the Courts
United States District Court
Southern District of Florida
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Fort Pierce, FL 34950

FILED BY ___ D.C.
SEP 10 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

18cv14371

To all parties,

As an affected member of this class, I am formally objecting to the proposed settlement in the case of *Berman v General Motors, LLC*, Case No. 2:15-cv-14371. The preliminary settlement, as written, excludes a subset of class members who have exceeded the 120,000 miles. While this subset may not consist of a large volume of vehicle owners, we still have been negatively impacted by the issues expressed in this settlement. We are also dealing with excessive oil consumption and like many of our fellow Terrain/Equinox owners we will be required to spend thousands of dollars in repairs to make our vehicles complete again.

In support of the reported problems, a search of the National Highway Traffic Safety Administrations (https://www.nhtsa.gov) complaints system shows over 75 complaints of engine related issues, many of them referring to excessive oil consumption. To date no recall has been issued nor has the manufacturer addressed the complaints.

A recent class action settlement involving another manufacture was not limited by vehicle mileage. The Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation Case No. 3:15-md-02672-CRB ("MDL 2672") is one example. Additionally, Toyota's settlement of the Sudden Acceleration (CASE NUMBER: 10-ml-02151) class action lawsuit was extended to cover vehicle up to 150,000 miles.

As GM has stated, in order to promote customer satisfaction, they have agreed to provide relief to the class for the reported issues. I am asking GM and/or the court to expand this relief to all 2010-2013 GMC Terrain/GM Equinox owners affected by the faulty pistons.

A have not hired an attorney nor do I wish to speak at the hearing. If any parties involved have any questions or concerns related to my objection, feel free to contact me via phone or email and I will be happy to provide any additional information.

If the proposed settlement is approved without modifications to the mileage limits, I request that I be removed from the class.

BACKGROUND:

1. Vehicle was purchased new from the dealer (Jack Giambalvo, 1390 EDEN ROAD YORK PA 17402) with the built in "Remaining Oil Life" indicator. This indicator was programmed by the factory to be

Joseph R Rutkowski
350 Holbrook Rd, York PA 17402 – 610.914.2343 – psurut@comcast.net

used as an indication on when to have the vehicle serviced. The initial setting on my Terrain consisted of an oil a life of approximately 7,500 miles. Over the course of the first four years of owning my vehicle, I had no issues having my oil changed when the indicator was at or below 20% oil life remaining. During the early summer of 2018, I began hearing a knocking while driving at certain speeds. I experienced this same sound with my previously vehicle (1999 Saturn SL after I hit 200,000 miles) which led me to check my oil. Based on the dipstick, my oil was at least 1 quart short (as the dipstick only shows the last quart, not the total oil in the engine). I added oil and scheduled a service appointment with my dealer (Jack Giambalvo, 1390 EDEN ROAD YORK PA 17402, 717-781-2250 [service]). My oil was changed and the service department instructed me to return if I noticed the issue again and they would run an oil consumption test, as they noted previous model years had documented problems. I made it through one more oil change before the issue of excessive oil consumption re-appeared (I had just eclipsed the 100,000 mile mark). At this point, I requested an oil consumption test be performed and I was told the service would not be covered as I was now out of warranty. My oil was changed and the oil life indicator was set to 5,000 miles (from 7,500). I began to regularly monitor and add oil (approximately 1 quart every 2,000 miles) and continued to have my oil changed every 5,000 miles. While I would have preferred to have had the piston rings replaced, (approximately $100s in parts), the labor required (10+ hours at an estimated $100-$200/hour) has deterred me from scheduling this repair, coupled with the (at the time) ongoing class action lawsuit (I was waiting to see the outcome and any potential service bulletins). My vehicle now has 122,000 miles (and I will be around 125,000 miles at the time of this settlement), therefor excluding me from any remediation of the problem.

Vehicle Information: 2013 GMC Terrain – VIN 2GKFLTEK7D6333214

Joseph Rutkowski

Attachments:
1. Vehicle Documentation – COPY - Pennsylvania Owners Registration Card

Joseph R Rutkowski
350 Holbrook Rd, York PA 17402 – 610.914.2343 – psurut@comcast.net

CC   Daniel K Bryson
J. Hunter Bryson
Whitefield Bryson
900 W Morgan ST
Raleigh, NC 27603

Thomas A Casey, Jr.
Jones Walker LLP
201 ST. Charles Ave
New Orleans, LA 70170-5100

Joseph R Rutkowski
350 Holbrook Rd, York PA 17402 – 610.914.2343 – psurut@comcast.net

## PENNSYLVANIA VEHICLE REGISTRATION

PennDOT is proud to provide you with your new registration credential.

**PLEASE SIGN YOUR CREDENTIAL** - To validate your credential, you need to sign your name in ink as indicated below. The registration must be available when the vehicle is in use.

**DID YOU CHANGE YOUR ADDRESS?** - It is important that we have your current address, and the law requires that any changes be reported to PennDOT within 15 days. Please notify PennDOT of any address change by writing to: PennDOT, Bureau of Motor Vehicles, Harrisburg, PA 17104-2516. Please include the following information with your change of address request: your full street address (including P.O. box number, rural delivery, route number or apartment number, if applicable), city, state and zip code. Please remember P.O.box numbers may be used in addition to the actual address, but cannot be used as the only address. You may also change your address online at Online Services Center at WWW.DMV.PA.GOV.

**PENNSYLVANIA'S LITTERING LAWS** - As a reminder, Pennsylvania has laws against littering on our roadways and on public and private property. Under law, PennDOT is required to include this statement on vehicle credentials to remind motorists of littering laws. By signing your registration credential, you acknowledge that you have received notice of this provision.

Section 3709 of the Pennsylvania Vehicle Code provides for a fine of up to $300 for dropping, throwing or depositing, upon any highway, or upon any other public or private property without the consent of the owner thereof or into or on the waters of this Commonwealth from a vehicle, any waste paper, sweepings, ashes, household waste, glass, metal, refuse or rubbish or any dangerous or detrimental substance, or permitting any of the preceding without immediately removing such items or causing their removal.

For any violation of Section 3709, you may be subject to a fine of up to $300 upon conviction, including any violation resulting from the conduct of any other persons operating, in possession of or present within the vehicle with your permission, if you do not with reasonable certainty identify the driver of the vehicle at the time the violation occurred.

### PLEASE DRIVE SAFELY AND REMEMBER TO BUCKLE UP

COMMONWEALTH OF PENNSYLVANIA REGISTRATION CREDENTIAL

**EXPIRY: APR 30, 2021     VALID: 04/01/2019**
PLATE:       ETA1489
TITLE:       72336873481 RU
VIN:         2GKFLTEK7D6333214
YR/MAKE:     2013 GMC
TYPE:        SW
WID:         19891 2898 014875

EMISSIONS INSPECTION REQUIRED/DIESEL VEHICLES EXEMPT   COUNTY: YORK


SIGNATURE

I hereby acknowledge this day that I have received notice of the provisions of Section 3709 of the Vehicle Code.

JOSEPH R RUTKOWSKI &
SHANNON MARIE SMITH
350 HOLBROOK RD
YORK PA 17402



Joseph Rutkowski
350 Holbrook Rd
York, PA 17402

RECEIVED
SEP 09 2019
CLEARED FTP X-RAY

34950-420901

Clerk of the Courts
United States District Court
Southern District of Florida
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Fort Pierce, FL 34950



HARRISBURG PA 171
06 SEP 2019 PM 3 L

