FILED BY_____D.C.

SEP 17 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

Hon Judge Rosenberg / Maynard

Case No: 2;18-CV-14371

Ellen Berman and Dayana Guach v. GM

Excessive oil burning Class Action Eco tech 2.4 Liter Engine

## PARTICK JAMES HOLLOWAY'S REQUEST TO APPEAR AND SPEAK AT THE FINAL APPROVAL HEARING

OBJECTOR Patrick James Holloway's Request to appear and speak at the Final Approval Hearing on Oct 4, 2019 in case no 2:18- CV – 14371 Berman et al V GM . Holloway objects Individually as a class member and on Behalf of the sub class for the 2011 and 2012 SCA and objects on behalf of the entire class. Holloway has his pending objection before this Court has filed it in Clerks Office and noticed the parties. The objection is compliant with Fed. R. C. P. 23 ( 2019 ) in pertinent part as to the specify of the objection and content required in Rule 23 as amended .

The believed time allocation needed if the honorable judge allows Objector Holloway the privilege to speak is 20 minutes. Holloway has his pending objection before this Court in the pro se fashion as allowed in the notice but otherwise is represented by class counsel.

Patrick James Holloway    email dgconran@gmail.com and heidsappetite@gmail.com   *heidisappetiteemail.co*

Phone : 978-317-4521 Address Patrick Holloway 776 Bayharbor Terrace  Sebastian Fl. 32958 - 5920  BRM 004595330B    Claim Number 2053927

*Patrick James Holloway*

Certificate of service

Patrick James Holloway has Mailed by First class or 24 Hr or 48 Hr US mail a true and correct copy of the forgoing letter of intent to appear and speak on this Day    September 2019 to Counsel for plaintiff Daniel K Bryson, J Hunter Bryson Whitfield Bryson and Mason LLP. 900 W. Morgan St. Raleigh, NC 27603, Defendant's Counsel Thomas A. Casey, yr. Jones Walker LLP 201 St. Charles Ave. New Orleans, LA 70170-5100 and hand carried and clocked personally at The Clerk Of the US Dist., Court S.D. of Fl. Alto Adams Sr. United States courthouse 101 South U.S. Hwy. 1 Ft. Pierce , Fl. 34950

Patrick James Holloway  *Patrick James Holloway*    Date *Sept. 17, 2019*