Joelle Marie Becker
406 Ash Street Unit #4
Baraboo, WI 53913
608-393-5003
joelle.becker18@gmail.com

Clerk of the Court
United States District Court
Southern District of Florida
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Fort Pierce, FL 34950

FILED BY _____ D.C.
SEP 19 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

August 26, 2019

RE: *Berman v General Motors LLC*, Case No. 2:18ocv-14371

To Whom It May Concern:

I am a class member in the above referenced case as I currently own a 2012 Chevrolet Equinox. I would like to object to the terms of the class action suit due to the following reasons:

In December of 2017, I took my vehicle in for an oil change, my mechanic informed me upon picking up my vehicle that my engine had no oil in it and that I needed to begin checking my oil level periodically, regardless if my vehicle notified me of a low oil level. Please note that my vehicle did not notify me of a low oil level prior to this oil change, and this oil change was within 2,000 miles of my last oil change, it was not overdue.

From this point on I began regularly adding oil to my vehicle's engine. Every 2-3 weeks, I would need to add anywhere from ¼ - 1 quart of oil. I reached out to the local Chevrolet dealership (Dan Larson Chevrolet in Baraboo, Wisconsin) for assistance, specifically seeking a recall. They stated they could not help me. Eventually this was not enough effort on my part and my mechanic recommended a complete engine replacement. The cost of this was $5,092. However, due to the fact that I had to put this on my credit card, my mechanic charges an additional percentage to cover his credit card transaction fees, therefore there was an additional $140.05 equalling a grand total of $5232.67.

Then, several months later my vehicle began to stall at almost every stop I came to. My mechanic scheduled an appointment to diagnose this issue, but before this appointment I was stranded 48 miles away from my home as my car refused to run. I was forced to use a tow truck for the 48 mile tow to my mechanic in Baraboo, Wisconsin (a total cost of $157.13). This issue was a fuel pump driver module and was a total of $696.86 to repair.

Enclosed you will find multiple large invoices I have encountered with my vehicle, as well as proof of ownership. I am asking that I be provided with even more compensation than that of the total of these invoices. I have had to purchase multiple cases of oil, provide payment for towing when my vehicle did not run, scramble for a loaner vehicle for weeks as my vehicle was repaired, and will encounter a loss in resale value due to the terrible reputation this has caused. Not to mention the amount of stress caused because of these issues.

Thank you for your consideration and please let me know if you need anything further from my behalf.
Sincerely,

Joelle M. Becker

Prairie Auto Repair

314 Broadway
Baraboo Wi 53913
608-477-0116

# Invoice

| Date | Invoice # |
|---|---|
| 6/29/2018 | 4827 |

| Bill To |
|---|
| Becker, Joelle |

| Mileage | Year | Make | Model |
|---|---|---|---|
| 111712 | 2012 | Chevrolet | Equinox |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| part | Remanufactured engine (3yr unlimited mileage part and labor warranty) | 1 | 3,285.00 | 3,285.00T |
| 24266675 | Transmission seal | 1 | 21.82 | 21.82T |
| 19258415 | Transmission seal | 1 | 13.33 | 13.33T |
| 19258416 | Transmission seal | 1 | 11.39 | 11.39T |
| 23277803 | Transmission seal | 1 | 34.93 | 34.93T |
| atf synthetic | Synthetic automatic transmission fluid | 9 | 7.50 | 67.50T |
| 5w30 synthetic | Valvoline 5w30 Synthetic | 5 | 6.50 | 32.50T |
| app5263 | Double platinum spark plug | 4 | 10.95 | 43.80T |
| 14698 | Thermostat | 1 | 36.43 | 36.43T |
| 917215 | Intake variable valve timing solenoid | 1 | 80.43 | 80.43T |
| Labor | Labor per hour | 15 | 80.00 | 1,200.00T |
| | Replaced defective engine, replaced leaking transmission seals and flushed dirty fluid from transmission. | | | |
| | Sales Tax | | 5.50% | 265.49 |

| | | |
|---|---|---|
| **Total** | | $5,092.62 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $5,092.62 |

Prairie Auto Repair

314 Broadway
Baraboo Wi 53913
608-477-0116

# Invoice

| Date | Invoice # |
|---|---|
| 3/13/2019 | 5178 |

**Bill To**

Becker, Joelle

| Mileage | Year | Make | Model |
|---|---|---|---|
| 115754 | 2012 | Chevrolet | Equinox |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 13500745 | Low side fuel pressure sensor | 1 | 42.46 | 42.46T |
| part | Sublet to don Larson- Re program fuel pump control module | 1 | 120.17 | 120.17T |
| 000999396 | Fuel pump driver module | 1 | 257.90 | 257.90T |
| Labor | Labor per hour | 3 | 80.00 | 240.00T |
|  | Sales Tax |  | 5.50% | 36.33 |

**Total**  $696.86

**Payments/Credits**  $0.00

**Balance Due**  $696.86

# WISCONSIN

## Certificate of Vehicle Registration

0003242

| Product Number | Registration Number |
|---|---|
| 69849163314 | 16335C7610259 |

| Plate Number | Registration | Chassis | Gross Weight | Period | Color | Fleet No. |
|---|---|---|---|---|---|---|
| 285YPH | AUT AUT | TRUK | | A | SILVER/ALUMINUM | |

| Vehicle Identification Number | Year | Make | Expiration Date | Amount Received |
|---|---|---|---|---|
| 2GNFLEEK3C6131872 | 2012 | CHEV | 11/25/2017 | $ 144.50 |

0002757
BECKER JOELLE MARIE
406 ASH ST # 4
BARABOO, WI 53913-2573

This Registration Certificate is not a Title. Not Valid for Transfer of Ownership.

Contact the Division of Motor Vehicles at:
414-266-1000
608-266-1466
wisconsindmv.gov



# WISCONSIN CERTIFICATE OF TITLE

| Vehicle Identification Number | Year | Make |
|---|---|---|
| 2GNFLEEK3C6131872 | 2012 | CHEVROLET |

| Title Number | Issue Date | Chassis Type | Odometer Reading | Odometer Status | Odometer Date |
|---|---|---|---|---|---|
| 16335C761025-9 | 11/30/2016 | TRUK | 98239 | ACTUAL | 11/26/2016 |

| Product Number | Body Style | Color | Fleet No. |
|---|---|---|---|
| 92549163311 | SPORTUTILITY | SILVER/ALUMINUM | |

**Titled Owner(s)**
BECKER JOELLE MARIE
406 ASH ST # 4
BARABOO, WI 53913-2573

The person, firm or corporation named on this Title is the lawful owner of the vehicle described, subject to any Security Interest (liens) shown. The order in which the Lien Holders appear on this Title does not necessarily represent their priority. The Wisconsin Department of Transportation will not be responsible for false or fraudulent odometer statements made in the assignment of the Certificate of Title or for errors in reporting mileage, brand disclosures or the history of the vehicle. The department has no actual knowledge about the history of the vehicle and makes no warranty that the title brands or mileage disclosures on prior titles have been carried forward onto this document.

2GNFLEEK3C6131872

**Lien Holder(s)**
NONE,

**Additional Vehicle Detail**

**SELLER:** When the vehicle is sold, complete the ASSIGNMENT OF CERTIFICATE OF TITLE on the top back of this title and deliver the title to the purchaser with the vehicle. You may wish to retain a copy of this title with the purchaser's information and signature as proof of sale for your records.

**PURCHASER:** Apply for a new title with the Wisconsin Division of Motor Vehicles immediately. To legally operate this vehicle, you are required to register it with the Division of Motor Vehicles.

MAIL ADDRESS:
Wisconsin Department of Transportation
PO Box 7949, Madison, WI 53707-7949

16-1-2506010    T055S 8/2015

QUESTIONS:
Contact the Division of Motor Vehicles at:
414-266-1000, 608-266-1466
wisconsindmv.gov

KEEP IN SAFE PLACE — DO NOT KEEP IN VEHICLE

Becker
406 Ash St. #4
Baraboo, WI
53913

MILWAUKEE WI 530
16 SEP 2019 PM 2 L

Clerk of the Court
United States District Court
Southern District of Florida
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Fort Pierce, FL
34950-42090I  34950

RECEIVED
SEP 19 2019
CLERK'S X-RAY