UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Civil Action No. 2:18-CV-14371-ROSENBERG/MAYNARD

ELLEN BERMAN, and DAYANA
GUACH on behalf of themselves and all
others similarly situated,

Plaintiffs,

v.

GENERAL MOTORS LLC, a Delaware
limited liability company

Defendant.

## AFFADAVIT OF DANIEL K. BRYSON

I, Daniel K. Bryson, declare as follows:

1. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I am a partner with Whitfield Bryson & Mason LLP, one of the counsel of record in the above-captioned action. Whitfield Bryson & Mason LLP represents the Plaintiffs in all of the actions involved in the Settlement who have been appointed to represent the Class in this case as Class Representatives. The testimony set forth in this declaration is based on first-hand knowledge, about which I would and could testify competently in open court if called upon to do so.

3. Whitfield Bryson & Mason LLP has prosecuted these claims solely on a contingent fee basis, and has been completely at risk for potentially not receiving any compensation for prosecuting these claims against the Defendants. While Whitfield Bryson & Mason LLP devoted its time and resources to this matter, it has foregone other legal work for which it would have been compensated.

4. Information about Whitfield Bryson & Mason LLP is attached hereto as **Exhibit A**.

5. Whitfield Bryson & Mason LLP has been directly involved in all aspects of this litigation. In the course of this matter, Whitfield Bryson & Mason LLP has assisted in drafting the Complaint; assisted in drafting Plaintiffs' Memorandums in Opposition to GM's Motions to Dismiss; performed legal research; communicated with the Class Representatives; prepared discovery; and assisted in compiling additional documents which were necessary for the prosecution of this action.

6. Prior to preparing this declaration, I reviewed the billing rates of the attorneys working on this matter at my firm and the other attorneys' working on this case. I also reviewed the market rates for attorneys practicing complex litigation in the Eleventh Circuit. I did so to ensure that the rates reflected in the lodestar report were reasonable and reflective of the rates charged in similar matters by my colleagues performing similar class action work. After reviewing market rates, I set the hourly rate for partners at $875, the hourly rate for associates at $400, and the hourly rate of paralegals at $150.

7. All attorneys, paralegals, and law clerks at Whitfield Bryson & Mason LLP are instructed and required to maintain contemporaneous time records reflecting the time spent on this and other matters. The lodestar multiplier requested in this case is reasonable and well below the average range of multipliers used in the Eleventh Circuit. To date, my firm has recorded 244 partner hours, 572 associate hours, and 367 staff hours. Further, we have incurred total costs of $57,585 to date. Therefore, the total amount of lodestar incurred by firm in attorneys' fees is $464,800, with a total for attorneys' fees and costs of $522,385 to date. I did not include time spent preparing this declaration in any of the above calculations.

8. I have reviewed the Declarations of Greg Coleman ("Coleman Decl.") filed concurrently herewith. I am informed and believe that the facts stated therein are true and correct.

9.      Based on my extensive professional experience, reviewing the Coleman Decl., and taking into consideration the risks of continued litigation (and likely appeals) versus the certain and substantial relief afforded by the Settlement, it is my opinion that the Settlement is fair, adequate and reasonable, and in the best interests of the Class, merits final approval.

I declare under penalty of perjury under the laws of North Carolina that the foregoing is true and correct.

This the 26th day of September, 2019.

_____
Daniel K. Bryson

**EXHIBIT A**



**FIRM RESUME**

## FIRM PROFILE

With offices located in Washington, D.C., Raleigh, North Carolina, Madisonville, Kentucky, and Nashville, Tennessee, Whitfield Bryson & Mason LLP is dedicated to representing plaintiffs in class actions, mass torts and individual actions in courts throughout the United States. Founded in January 2012, the firm was created by a merger of three firms with decades of experience representing plaintiffs.

## FIRM RESUME
### Attorney Profiles

**John C. Whitfield**
**Founding Partner**

For nearly 30 years, John has been one of Kentucky's premier trial attorneys. He has represented numerous injured parties in the Paducah, Ohio Valley and Western Kentucky areas. He has concentrated primarily on complex civil litigation cases, and over his career has brought to settlement or judgment over 30 cases in excess of a million dollars each.

John is certified as a civil trial specialist by the National Board of Trial Advocacy* and has represented individuals in all walks of life against negligent workplace practices, reckless physicians, predatory businesses, and inattentive automobile and truck drivers.

Throughout his career, John has represented scores of patients who have been the victims of medical negligence, obtaining verdicts and settlements in both state and federal courts. He has handled cases for landowners victim to fraudulent mine royalty practices, for homeowners whose homes and business contained defective concrete, and for Kentucky residents who were overcharged for premium insurance taxes. In addition, John's trial experience extends to the defense of individuals in criminal cases.

John is a frequent lecturer of litigation subjects with the Kentucky Justice Association and American Association for Justice, and has been recognized as a Kentucky Super Lawyer. He is AV rated by the Martindale-Hubbell rating service.

**Daniel K. Bryson**
**Founding Partner**

Dan is one of the nation's most respected and experienced attorneys in the area of construction product defect litigation involving mass torts, class actions or individual lawsuits (condominiums and multi-family).

For over 25 years, Dan has focused his practice on complex civil litigation, successfully representing thousands of owners in a wide variety of defective construction product suits, class actions, and various mass torts and recovering more than $1.25 billion for his clients in numerous states throughout the country. He frequently collaborates with other attorneys in order to assemble the most effective team possible. Dan has also been lead or co-lead or steering committee member in a number of successful MDL or class actions.

Dan is a frequent lecturer and writer on a variety of defective construction products, insurance, and consumer mass tort related disputes. See his attorney profile at www.wbmllp.com for a partial listing. He has been quoted by a variety of media outlets over the years including the Wall Street Journal, Washington Post, New York Times and Lawyers Weekly to name a few. He has been named as a member of the Legal Elite and Super Lawyers in North Carolina on numerous occasions. Dan is the past chair of the NC Bar Association, Construction Law Section.

Dan's recent experience includes serving as co-lead counsel in MDL No. 2514 against Pella Windows & Doors in Federal Court in Charleston, SC before the Honorable Judge David Norton. Dan has also served as lead counsel in MDL No. 2333 against MI Windows and Doors in Federal Court in Charleston, SC before the Honorable Judge David Norton. He is co-lead counsel in a MDL 2495 against Atlas Roofing Corporation in Federal Court in Atlanta, GA before the Honorable Judge Thomas Thrash, Jr. He has also served as a member of the Plaintiffs' Steering Committee (Co-chair Science and Expert Committee) for the MDL 2047 involving Chinese Drywall. A settlement valued at over $1 billion was approved in 2013 involving one of the primary defendants, Knauf Plasterboard Tianjin and hundreds of other defendants and insurance companies. Dan served on the trial team in Federal Court in Louisiana before the Honorable Eldon Fallon for each of the three Chinese Drywall bellwether cases.

He has also won a number of impressive jury and trial verdicts in building defect cases through the years involving windows and numerous other building products. Earlier in his career, Mr. Bryson also secured substantial sums for thousands of homeowners throughout the country who had a synthetic stucco on their homes called Exterior Insulation Finish System ("EIFS"), which caused water damage. On another occasion, he secured substantial sums for thousands of homeowners throughout Western Kentucky who had cracking concrete as a result of alkali carbonate reaction.

Dan is an 1983 graduate of the University of North Carolina at Chapel Hill, and received his law degree, with honors, from Wake Forest University in 1988.

**Gary E. Mason**
**Founding and Managing Partner**

Gary is a nationally recognized leader of the class action bar. Focusing on consumer class actions and mass torts, Gary has recovered more than $1.5 billion in the 22 years he has represented plaintiffs.

With his broad experience, Gary is nationally known for representing consumers in class actions involving a wide range of defective products, including Chinese drywall, fire retardant plywood, polybutylene pipe, high-temperature plastic venting, hardboard siding, pharmaceutical products, consumer electronics and automobiles.

Gary has served in leadership positions in many consumer class actions in State and Federal Courts nationwide as well as in Multi-District Litigation. Gary writes and speaks frequently on topics related to class action litigation. He was the 2014-2014 Co-Chair of the

3

Class Action Litigation group for the American Association for Justice. He has repeatedly been named as a Washington, DC Superlawyer for Class Actions.

Gary graduated magna cum laude, Phi Beta Kappa, from Brown University in 1984 and earned his law degree from Duke University Law School. He then clerked for the Honorable Andrew J. Kleinfeld, U.S. District Court Judge, in Anchorage, Alaska.

**Scott C. Harris**
**Partner**

Scott's practice is focused on fighting for individuals and homeowners in complex litigation, including construction defect, mass tort, product liability, and wrongful death litigation. Scott has played a key role in securing substantial verdicts and settlements in a variety of cases, including a multi-million dollar verdict in favor of homeowners for a developer's unfair and deceptive advertising and shoddy road construction, a legal malpractice case, and several defective condominium construction cases.

Scott earned his law degree from Wake Forest University School of Law in 2006 and his Bachelor of Arts from Hampden-Sydney College, in 2001. While at Hampden-Sydney College, Scott was Chairman of the Honor Committee and a member of the national leadership honor Society, Omicron Delta Kappa. Scott was named to the *Super Lawyers' Rising Stars* list as one of the top up-and-coming attorneys in North Carolina for 2010, 2012, 2013 and 2014 and selected for inclusion in *Business North Carolina* Legal Elite for 2013.

**Matthew Lee**
**Partner**

Matt's practice is focused on fighting for individuals and homeowners in complex litigation, including construction defect, mass tort, product liability, and wrongful death cases. Matt has played a key role in securing substantial verdicts and settlements in a variety of matters, including obtaining multi-million dollar verdicts for homeowners associations in construction defect cases and substantial settlements in wrongful death actions.

Matt earned his law degree from Wake Forest University School of Law in 2006 and his Bachelor of Arts from The Catholic University of America, cum laude, in 2001. While at Wake Forest, Matt was the 2005 Zeliff Trial Competition Champion, a regional finalist at the 2006 American Association for Justice (AAJ) Trial Advocacy Competition, the AAJ Student Chapter President, and was selected as a member of the Order of Barristers. Matt is a graduate of Leadership Raleigh 25 with the Greater Raleigh Chamber of Commerce and serves on the North Carolina Advocates for Justice (NCAJ) Legal Affairs Committee and Communications Committee. Matt was named to the *Super Lawyers' Rising Stars* list as one of the top up-and-coming attorneys in North Carolina for 2012, 2013 and 2014 and selected for inclusion in *Business North Carolina* Legal Elite for 2014.

**Natasha Camenisch Little**
**Attorney**

Natasha is an associate who focuses on complex civil litigation and personal injury, as well as criminal and family law. She obtained her law degree from the University of Kentucky College of Law, where she received the "best brief" award for her work on Moot Court and served as a staff member of the Journal of Equine, Agriculture and Natural Resources Law. Natasha was elected as a Student Bar Association representative, Moot Court Board social chair, and Phi Alpha Delta vice justice. Natasha completed her undergraduate studies at the University of Kentucky, where she graduated summa cum laude with a bachelor's degree in political science. She was a Kentucky Governor's Scholar and a member of Alpha Delta Pi sorority.

Prior to joining WBM, she served as a staff attorney to the Honorable James C. Brantley of the Hopkins Circuit Court. Natasha is licensed to practice in Kentucky and Tennessee. She was named to the *Super Lawyers' Rising Stars* list as one of the top up-and-coming attorneys Kentucky for 2016.

Natasha is a member of the Kentucky Justice Association, American Association for Justice, and the Kentucky Bar Association. She is also treasurer of the Hopkins County Bar.

**Caroline Ramsey Taylor**
**Attorney**

Caroline is an associate focusing her practice on complex civil litigation and personal injury. She is a member of the American Association of Justice and is currently the Newsletter Chair for the Railroad Section of AAJ. She is also an active member of the Tennessee Association for Justice.

After clerking for Whitfield Bryson & Mason during the summer of 2012, she officially joined the firm in March 2013, and actively practices in both the firm's Nashville and Kentucky offices. Caroline graduated magna cum laude from the University of Louisville Brandeis School of Law, where she completed law school in just two and a half years. While in law school she was on the University of Louisville Law Review (Volume 50) and was also a member of Law Students for Justice (law school division of AAJ). Caroline received her bachelor's degree from Western Kentucky University, where she graduated summa cum laude with a bachelor's degree in Corporate and Organizational Communication and a minor in Marketing. She was president of her sorority, Alpha Delta Pi, involved in many other leadership roles on campus, and did an internship with the Cincinnati Bengals.

Caroline is admitted to practice in Tennessee, Florida, and Kentucky.

**Jeremy R. Williams**
**Attorney**

Jeremy is an associate in WBM's litigation practice, with a focus on defective construction products and construction defect claims. He primarily focuses on representing owners who have been the unfortunate victims of poor manufacturing processes, as well as homeowners and commercial developers whose properties have been subjected to shoddy construction practices.

More specifically, Jeremy has played an integral role in MDL No. 2495, against Atlas Roofing Corp., and MDL No. 2577 against Building Materials of America, d/b/a GAF. In both cases, Jeremy has drafted pleadings, briefs, memorandums, taken and defended depositions, and has worked directly with expert witnesses regarding the inspections and testing of the defective products at issue.

Jeremy joined the firm in 2013 as a law clerk while completing a dual degree program that enabled him to earn his law degree and his MBA. He graduated law school from Campbell University School of Law and earned his MBA from N.C. State University as one of the first members of the dual degree program offered between the two schools. He received his bachelor's in sport and event management in 2010 from Elon University. Jeremy is also a member of the American Association for Justice as well as the North Carolina Advocates for Justice.

**Patrick M. Wallace**
**Attorney**

Patrick is an associate in WBM's litigation practice, with a focus on defective construction products and construction defect claims.  He aims his practice on representing individuals who have been the unfortunate victims of shoddy construction and manufacturing practices.

Patrick joined the firm in 2015 after completing a judicial clerkship with the Hon. Catharine R. Aron, Chief Judge for the United States Bankruptcy Court for the Middle District of North Carolina.  He received his law degree from Wake Forest University School of Law, where he was a member of Moot Court and competed on the American Association for Justice trial team for two years.  He received his Bachelor of Arts degree from the University of Illinois at Urbana-Champaign in 2009.

**Danielle L. Perry**
**Attorney**

Danielle is an associate in WBM'S litigation practice, with a focus on protecting employee and consumer rights through class action lawsuits.

Danielle joined WBM in 2016, after practicing in a Plaintiff's class action firm in Los Angeles, where she worked as an advocate for both victims of consumer fraud and for employees

who were being deprived of pay and not provided with legally required meal and rest periods. Focusing on California's complex wage and hour laws, Danielle spent much of her time working on lawsuits brought to recover lost wages and penalties for banking, manufacturing, retail, and property management employees.

Danielle received her law degree from Loyola Law School, while holding an externship as a law clerk for the Honorable Victoria Chaney of the California Court of Appeals, worked with the Labor Division of the Los Angeles Office of the City Attorney, and was a Board Member for the Public Interest Law Foundation. She received her Bachelor of Arts degree from the University of California

**Hunter Bryson**
**Attorney**

Hunter is an associate in WBM's litigation practice, with a focus on defective construction products and construction defect claims. He primarily focuses on representing owners who have been the unfortunate victims of poor manufacturing processes, as well as homeowners and commercial developers whose properties have been subjected to shoddy construction practices.

Hunter joined WBM in 2016, after working as a law clerk for the firm, where he assisted in standing up for the rights of injured consumers on a daily basis.

Hunter earned his law degree from Campbell University School of Law in 2016. While at Campbell Law, he was elected as a justice to the honor court, a group leader for the peer mentor program, and a participant in the Campbell Law Connections program. Hunter earned his Bachelor of Arts degree from the University of North Carolina Chapel Hill, double majoring in Political Science and Economics. During the summer, Hunter interned for Themis Law Chambers in Cape Town, South Africa.

## Notable WBM Class Action Cases

### Antitrust

*In re: TFT-LCD (Flat Panel) Antitrust Litigation,* No. 3:07-cv-01827, MDL No. 1827 (N.D. Cal.) (combined settlement totaling nearly $1.1 billion in suit alleging the illegal formation of an international cartel to restrict competition in the LCD panel market) (2012).

### Appliances

*Ersler, et. al v. Toshiba America et. al*, No. 07- 2304 (D.N.J.) (settlement of claims arising from allegedly defective television lamps) (2009).

*Maytag Neptune Washing Machines* (class action settlement for owners of Maytag Neptune washing machines).

*Turner v. General Electric Company*, No. 2:05-cv-00186 (M.D. Fla.) (national settlement of claims arising from allegedly defective refrigerators) (2006).

*Stalcup, et al. v. Thomson, Inc.* (Ill. Cir. Ct.) ($100 million class settlement of clams that certain GE, PROSCAN and RCA televisions may have been susceptible to temporary loss of audio when receiving broadcast data packages that were longer than reasonably anticipated or specified) (2004).

*Hurkes Harris Design Associates, Inc., et al. v. Fujitsu Computer Prods. of Am., Inc.* (settlement provides $42.5 million to pay claims of all consumers and other end users who bought certain Fujitsu Desktop 3.5" IDE hard disk drives) (2003).

**Automobiles**

*In re General Motors Corp. Speedometer Prods. Liability Litig.,* MDL 1896 (W.D. Wash.) (national settlement for repairs and reimbursement of repair costs incurred in connection with defective speedometers) (2007).

*Baugh v. The Goodyear Tire & Rubber Company* (class settlement of claims that Goodyear sold defective tires that are prone to tread separation when operated at highway speeds; Goodyear agreed to provide a combination of both monetary and non-monetary consideration to the Settlement Class in the form of an Enhanced Warranty Program and Rebate Program) (2002).

*Lubitz v. Daimler Chrysler Corp.,* No. L-4883-04 (Bergen Cty. Super. Ct, NJ 2006) (national settlement for repairs and reimbursement of repair costs incurred in connection with defective brake system; creation of $12 million fund; 7th largest judgment or settlement in New Jersey) (2007).

**Civil Rights**

*In re Black Farmers Discrimination Litigation*, Case No. 1:08-mc-00511 (D.D.C.) ($1.25 billion settlement fund for black farmers who alleged U.S. Department of Agriculture discriminated against them by denying farm loans) (2013).

*Bruce, et. al. v. County of Rensselaer et. al.,* Case No. 02-cv-0847 (N.D.N.Y.) (class settlement of claims that corrections officers and others employed at the Rensselaer County Jail (NY) engaged in the practice of illegally strip searching all individuals charged with only misdemeanors or minor offenses) (2004).

**Construction Materials**

*Cordes et al v. IPEX, Inc.*, No. 08-cv-02220-CMA-BNB (D. Colo.) (class action arising out of defective brass fittings; court-appointed member of Plaintiffs' Steering Committee) (2011).

*In re: Pella Corporation Architect and Designer Series Windows Marketing, Sales Practices and Products Liability Litigation,* MDL No. 2514 (D.S.C.)(class action arising from allegedly defective windows; Court-appointed Co-Lead Counsel).

*In re MI Windows and Doors, Inc., Products Liability Litigation*, MDL No. 2333 (D.S.C) (class action arising from allegedly defective windows; Court-appointed Co-Lead Counsel; settlement valued at $20 million) (2015).

*In re: Atlas Roofing Corporation Chalet Shingle Products Liability Litig.*, MDL No. 2495 (N.D. Ga.) (class action arising from allegedly defective shingles; Court-appointed Co-Lead Counsel).

*Helmer et al. v. Goodyear Tire & Rubber Co*., No. 12-cv-00685-RBJ (D. Colo. 2012) (class action arising from allegedly defective radiant heating systems; Colorado class certified, 2014 WL 3353264, July 9, 2014); defense verdict at trial).

*In re: Zurn Pex Plumbing Products Liability Litigation*, No. o:08-md-01958, MDL No. 1958 (D. Minn.) (class action arising from allegedly plumbing systems; member of Executive Committee; settlement) (2012).

*Hobbie, et al. v. RCR Holdings II, LLC, et al.*, No. 10-1113 , MDL No. 2047 (E.D. La.) ($30 million settlement for remediation of 364 unit residential high-rise constructed with Chinese drywall) (2012).

*In re: Chinese Manufactured Drywall Products Liability Litigation,* No. 2:09-md-02047, MDL No. 2047 (E.D. La.) (litigation arising out of defective drywall; $1 billion settlement) (appointed Co-Chair, Insurance Committee) (2012).

*Galanti v. Goodyear Tire & Rubber Co*., No. 03-209 (D.N.J. 2003) (national settlement and creation of $330 million fund for payment to owners of homes with defective radiant heating systems) (2003).

*In re Synthetic Stucco Litig.,* Civ. Action No. 5:96-CV-287-BR(2) (E.D.N.C.) (member of Plaintiffs' Steering Committee; settlements with four EIFS Manufacturers for North Carolina homeowners valued at more than $50 million).

*In re Synthetic Stucco (EIFS) Prods. Liability Litig.,* MDL No. 1132 (E.D.N.C.) (represented over 100 individuals homeowners in lawsuits against homebuilders and EIFS manufacturers).

*Posey, et al. v. Dryvit Systems, Inc.,* Case No. 17,715-IV (Tenn. Cir. Ct) (Co-Lead Counsel; national class action settlement provided cash and repairs to more than 7,000 claimants) (2002).

*Sutton, et al. v. The Federal Materials Company, Inc., et al*, No. 07-CI-00007 (Kty. Cir. Ct) ($10.1 million class settlement for owners of residential and commercial properties constructed with defective concrete).

*Staton v. IMI South, et al.* (Ky. Cir. Ct.) (class settlement for approximately $30 million for repair and purchase of houses built with defective concrete).

**Environmental**

*Nnadili, et al. v. Chevron U.S.A., Inc*, No. 02-cv-1620 (D.D.C.) ($6.2 million settlement for owners and residents of 200 properties located above underground plume of petroleum from former Chevron gas station) (2008).

*In re Swanson Creek Oil Spill Litigation*, No. 00-1429 (D. Md.) (Lead Counsel; $2.25 million settlement of litigation arising from largest oil spill in history of State of Maryland) (2001).

**Fair Labor Standards Act/Wage and Hour**

*Howard Bland, Jr. and David Rupp v. CalFrac Well Services Corp.,* No. 2:12-cv-1407 (W.D. Pa.) (FLSA collective action and class action settled for $6 million) (2016).

*Snodgrass v. Bob Evans Farms, Inc.,* No: 2:12-cv-768 (S.D. Ohio) ((FLSA collective action and class action settled for $16.5 million) (2016)

*Craig v. Rite Aid Corporation*, Civil No. 08-2317 (M.D. Pa.) (FLSA collective action and class action settled for $20.9 million) (2013).

*Stillman v. Staples, Inc.,* Civil No. 07-849 (D.N.J. 2009) (FLSA collective action, plaintiffs' trial verdict for $2.5 million; national settlement approved for $42 million) (2010).

*Lew v. Pizza Hut of Maryland, Inc.*, Civil No. CBB-09-CV-3162 (D. Md.) (FLSA collective action, statewide settlement for managers-in-training and assistant managers, providing recompense of 100% of lost wages) (2011).

**Financial**

*Roberts v. Fleet Bank (R.I.), N.A.*, Civil Action No. 00-6142 (E. D. Pa.) ($4 million dollar settlement on claims that Fleet changed the interest rate on consumers' credit cards which had been advertised as "fixed.") (2003).

*Penobscot Indian Nation et al v United States Department of Housing and Urban Development*, N. 07-1282 (PLF) (D.D.C. 2008) (represented charitable organization which successfully challenged regulation barring certain kinds of down-payment assistance; Court held that HUD's promulgation of rule violated the Administrative Procedure Act) (2008).

**Insurance**

*Young, et al. v. Nationwide Mut. Ins. Co, et al.*, No. 11-5015 (E.D. Ky.) (series of class actions against multiple insurance companies arising from unlawful collection of local taxes on premium

payments; class certified and affirmed on appeal, 693 F.3d 532 (6th Cir., 2012); settlements with all defendants for 100% refund of taxes collected) (2014).

*Nichols v. Progressive Direct Insurance Co., et al.*, No. 2:06cv146 (E.D. Ky.) (Class Counsel; class action arising from unlawful taxation of insurance premiums; statewide settlement with Safe Auto Insurance Company and creation of $2 million Settlement Fund; statewide settlement with Hartford Insurance Company and tax refunds of $1.75 million ) (2012).

**Personal Injury**

*Mary Restaino, et al. v Mario Badescu, Inc., et al.,* No. L-005830-14 (N.J. Super. Ct.) (confidential settlement on behalf of 35 consumers injured by undisclosed steroid in cosmetic products) (2017).

**Privacy/Data Breach**

*In Re: U.S. Office of Personnel Management Data Security Breach Litigation*, No. 15-1393 (ABJ), MDL No. 2664 (D.D.C.) (court appointed interim Liaison Counsel).

*In re Google Buzz Privacy Litigation,* No. 5:10-cv-00672 (N.D. Cal.) (court-appointed Lead Class Counsel; $8.5 million cy pres settlement) (2010).

*In re: Dept. of Veterans Affairs (VA) Data Theft Litig.,* No. 1:2006-cv-00506, MDL 1796 (D.D.C.) (Co-lead counsel representing veterans whose privacy rights had been compromised by the theft of an external hard drive containing personal information of approximately 26.6 million veterans and their spouses; creation of a $20 million fund for affected veterans and a cy pres award for two non-profit organizations) (2009).

*In re: Adobe Systems Inc. Privacy Litigation,* No. 5:13-cv-05226 (N.D. Cal. 2015) (settlement requiring enhanced cyber security measures and audits) (2015).