UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Civil Action No. 2:18-CV-14371-ROSENBERG/MAYNARD

ELLEN BERMAN, and DAYANA
GUACH on behalf of themselves and all
others similarly situated,

Plaintiffs,

v.

GENERAL MOTORS LLC, a Delaware
limited liability company

Defendant.

_____

# DECLARATION OF LEE HURLEY

I, Lee Hurley declare as follows:

1. I make this Declaration based on personal knowledge and am competent to testify to the matters set out herein.

2. I am Lee Hurley, a mechanic, engine builder, and researcher with over 40 years of automotive experience. I own and operate the machine shop known as HESCO, INC., in Birmingham, Alabama.

3. Since 1969, I have worked and trained in high performance machine shops, including Bobby Allison racing, NASCAR, and other race teams where I was a engine chassis researcher and developer. I spent most of my time rebuilding engine for race cars for the greater part of two years.

4. Since 1971, I have owned and operated a machine shop in Birmingham, Alabama. There, I have built competition, industrial, automotive, marine, aircraft engines. In addition to a complete machine shop, my facilities include an engine performance evaluation center and a

general and specialty auto repair facility. The shop also builds and / or modifies automobiles from drawing board to finished product and turns race cars into street cars.

5. Further, I have conducted research and development for Chrysler and assisted in the manufacture of a Jeep Fuel Injection Kit for Chrysler which was sold through the Mopar division of Chrysler. Recently, I manufactured a Jeep Supercharger which is sold directly through HESCO, INC. Also, we are presently manufacturing Multi-Port Fuel Injection Kits for Chrysler.

6. Given I have over 40 years in the automotive industry and engine rebuilding, I am very familiar with the Oil Consumption Defect that has been alleged in the Action. I have also reviewed certain Special Coverage Adjustments that apply to 2010 to 2012 model vehicles and one that I am informed and believe will apply to 2013 model vehicles if a proposed Settlement with General Motors is approved by the Court.

7. Based on my training and experience, and after reviewing the Special Coverage Adjustments discussed above, I believe that a conservative estimate of the average cost of repair for the Piston Ring Assembly fix is at least $2,000 for parts required for the repair (which include pistons, piston rings, bearings, gaskets and fluids) and for the labor required to perform the work (repair of the Piston Ring Assembly would take an average of 24-hours to complete).

I declare under penalty of perjury pursuant to the law of the United States of America that the foregoing is true and correct. Executed this 19th day of September 2019 at Birmingham, Alabama.

_____
Lee Hurley