UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| ELLEN BERMAN on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 2:18-cv-14371<br>ROSENBERG/MAYNARD |

## DECLARATION OF THOMAS A. CASEY, JR.

I, Thomas A. Casey, Jr., declare as follows:

1. I am an attorney admitted to practice law before this Court in this matter on a pro hac vice basis. I am a partner with the law firm of Jones Walker LLP, and I am counsel for Defendant General Motors LLC ("GM") in the above captioned matter.

2. Unless stated otherwise, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to these facts.

3. Plaintiff Ellen Berman filed "Plaintiff's Unopposed Motion for Preliminary Approval of the Proposed Class Settlement, Preliminary Certification of Settlement Class, and Approval of Class Notice and Incorporated Memorandum of Law" ("Motion") (Dkt. 27) herein on April 26, 2019 in connection with the class action settlement in the referenced matter. The fully executed "Settlement Agreement and Release" containing the terms of the class settlement between Plaintiff, on behalf of herself and the plaintiff class, and GM was attached to the referenced Motion. *See* Dkt. 27-1.

4. This Court entered a "Preliminary Approval Order" (Doc. 29) on May 16, 2019,

in which this Court approved the referenced Motion.

5. On May 20 and 21, 2019, I caused a letter and various attachments, providing notice of the proposed class action settlement pursuant to 28 U.S.C. §1715, to be sent by overnight delivery to the United States Attorney General and the Attorneys General for the 50 states of the United States and the District of Columbia (hereinafter the "CAFA Notice" or "CAFA Notices").

6. The Attorneys General received the CAFA Notices on either May 22 or 23, 2019.

7. Copies of the CAFA Notices and the confirmations of receipt are in my possession and can be produced to the Court upon request.

8. The CAFA Notices supplied all information required in 28 U.S.C. § 1715, including the following information: (1) the complaint and any amended complaints; (2) notice of any scheduled judicial hearing in the class action; (3) any proposed final notice to class members informing them of their right to request exclusion from the class and informing them of the settlement of the class action; (4) any proposed or final class action settlement; (5) any settlement or other agreement contemporaneously made between class counsel and counsel for the defendant; (6) any final judgment or notice of dismissal; (7) a chart showing a reasonable estimate of the number of class vehicles which were sold in each state and the estimated proportionate share of the claims based on the class vehicles to the entire settlement; and (8) any written judicial opinion relating to the material in items 3 through 6 above.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of September, 2019 at New Orleans, Louisiana.

_____
THOMAS A. CASEY, JR.