UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

ELLEN BERMAN on behalf of herself and all others similarly situated,

Plaintiffs,

v.

GENERAL MOTORS LLC, a Delaware limited liability company,

Defendant.

CASE NO. 2:18-cv-14371
ROSENBERG/MAYNARD

## DECLARATION OF L. JOSEPH LINES III

I, L. Joseph Lines III, declare as follows:

1. I am an attorney in good standing licensed to practice in the State of Michigan and admitted to practice before state and federal courts in Michigan. I have actively participated in this litigation and have personal knowledge of the matters set forth herein.

2. Until my retirement earlier this year, I was a member of the Legal Staff of defendant General Motors LLC ("GM") and in that role I was responsible for the defense of the *Berman* and related litigation. Upon my retirement from GM, I joined the law firm of Crowell and Moring LLP as Senior Counsel and I that role I have continued to be responsible for the defense of the *Berman* and related actions.

3. In order to prepare for mailing the initial notices in this case that the Court approved in its Preliminary Approval Order, I first obtained all of the unique vehicle identification number ("VIN") for each model year 2010, 2011, 2012 and 2013 Equinox and Terrain vehicle involved in the Settlement ("Involved Vehicles") from internal GM records. GM maintains in the normal course of its business a VIN list of all vehicles it manufactures and that are sold to customers by GM's authorized dealers. There are 845,412 unique VINS on this list.

4. I next caused a list of the VINs of the Involved Vehicles to be transmitted to IHS/MARKET d/b/a R.L. POLK ("Polk"). Polk is the recognized industry source for automotive registration, owner and address information for both new and used vehicle purchasers and subsequent owners. Virtually all large automotive companies, including GM, have a business relationship with Polk under which Polk provides them with vehicle ownership and address information for a variety of business uses that Polk obtains from state motor vehicle registration data. In this case, I instructed Polk to provide me with a list of all original owners, as well as all subsequent owners and used vehicle purchasers, as well as lessees, of all of the Involved Vehicles on the VIN list. To do so, Polk created a "VIN title history" that shows the names of the original purchasers and lessees and all subsequent owners of the Involved Vehicles. I then instructed Polk to provide me with a final list showing the most current mailing address information for all owners and lessees of the Involved Vehicles appearing in the VIN title history.

5. Once Polk had assembled the final list with all Involved Vehicle owners' names and addresses, I instructed Polk to transmit the list to Analytics Consulting, LLC, the Settlement Administrator designated by the Parties and approved by the Court, for its use in mailing the Class Notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of September, 2019.

_____
L. JOSEPH LINES III