**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**Civil Action No. 2:18-CV-14371-ROSENBERG/MAYNARD**

ELLEN BERMAN, and DAYANA
GUACH on behalf of themselves and all
others similarly situated,

Plaintiffs,

v.

GENERAL MOTORS LLC, a Delaware
limited liability company

Defendant.

_____

**DECLARATION OF GREGORY F. COLEMAN**

I, Gregory F. Coleman, hereby declare under penalty of perjury pursuant to 28 U.S.C. §
1746 that the following is true and correct:

1.       I am the principle in the law firm of Greg Coleman Law PC.  I am one of the
attorneys representing Plaintiff in the above-captioned action.  I offer this declaration in support of
the Motion for Final Approval of Class Action Settlement in this Action.  Each of the facts set forth
below is true and correct within my personal knowledge and if called and sworn as a witness, I
would competently testify thereto.

2.       I attended Jacksonville State University in Jacksonville, Alabama for my
undergraduate education where I received a Bachelor of Arts degree in 1986 and graduated with
highest honors and distinction.  I attended the University of Tennessee School of Law in Knoxville,
Tennessee, and received a Juris Doctorate degree in 1989.  While in law school I was nominated to
be a member of the National Order of Barristers which was an honor given to me through the
University of Tennessee School of Law.

3.       My professional licensures and affiliations include:  Tennessee State Bar; United
States District Court for the Eastern District of Tennessee; United States District Court for the

Middle District of Tennessee; Tennessee Supreme Court; United States District Court, District of Colorado; United States District Court for the Northern District of Illinois; United States District Court for the Southern District of Illinois; United States District Court, Southern District of Indiana; United States District Court, Eastern District of Michigan; United States District Court for the Eastern District of Missouri; United States District Court, District of Nebraska; United States District Court for the Western District of New York; United States District Court for the Eastern District of Wisconsin; United States District Court for the Western District of Wisconsin; United States District Court of Appeals, United States Court of Appeals for the Second Circuit; United States Court of Appeals for the Third Circuit; United States Court of Appeals for the Fourth District, United States Court of Appeals for the Fifth Circuit; United States Court of Appeals for the Sixth Circuit; United States Court of Appeals for the Seventh Circuit; United States Court of Appeals for the Ninth Circuit; United States Supreme Court; and the United States Court of Federal Claims. I am a member in good standing for all of these courts. I have argued multiple cases in front of the Tennessee Supreme Court. I am currently a member in good standing of the Knoxville Bar Association, the Tennessee Bar Association, and the American Bar Association, as well as the American Association for Justice.

4.     I have been a speaker at seminars and conferences on legal issues throughout the state of Tennessee on behalf of the Tennessee Bar Association, the National Business Institute and other legal entities. I have lectured extensively for many years on topics such as advanced trial tactics and strategy in complex litigation matters. I have authored published materials regarding advanced trial strategies, ethics, seminars and numerous other publications and materials for CLE seminars at which I have lectured.

5.     I am a Certified Civil Trial Specialist by the Tennessee Commission on Continuing Legal Education and Specialization. I am certified as a Civil Trial Advocacy Specialist and as a Civil Pretrial Advocacy Specialist by the National Board of Trial Advocacy. I am AV Peer Review Rated by the Martindale-Hubbell legal rating service. I am also AV Peer Review rated by the Martindale-Hubbell Judicial Edition. I am a member of the Bar Registry of Preeminent Lawyers as named by the Martindale-Hubbell legal rating service. I have been selected as one of the Best Lawyers in America in two separate categories, and my firm was ranked among the 2015, 2016, 2017, 2018 and 2019 "Best Law Firms" by *U.S. News & World Report* and *Best Lawyer*. I have been named Product Liability Lawyer of the Year by Best Lawyers in America. I have been named

2

a Mid-South Super Lawyer and have been named one of the Top 100 Trial Lawyers by the American Trial Lawyers Association. I have been recognized as one of Knoxville's Top Attorneys in six separate categories. I am a charter member and fellow of the Litigation Counsel of America. I have been featured as a Top Attorney on the cover of *CityView* magazine and featured in *Newsweek* magazine in its Showcase of Nationwide Top Attorneys, and have had cases reported about by various state and national media outlets. My firm was named by The Trial Lawyers Board of Regents as a 2014 and 2015 Litigator Award winner.

6.     I have tried more than 100 jury trials (and countless other bench trials) in areas of complex class action cases, medical malpractice, wrongful death, product liability, toxic tort and other areas over the course of my years of practice.

7.     I was lead trial counsel involving 15,000 plus retirees of Alcoa, Inc. Claims were made pursuant to ERISA and the LMRA in the Alcoa case, and a trial was conducted in September and October, 2009.

8.     I was also lead trial counsel involving 3,500 retirees of AK Steel in *Merkner v. AK Steel*, No. 1:09-CV-423-TSB, S.D. Ohio (class action claims arising under ERISA in regard to employee welfare benefits), and obtained a settlement in the total amount of $178,600,000.00.

9.     I was lead trial counsel involving a class of over 250 retirees of AK Steel's Zanesville Works Plant in *Lowther v. AK Steel*, No. 1:11-cv-00877, S.D. Ohio (class action claims arising under ERISA in regard to employee welfare benefits), and obtained a $15,800,000.00 settlement on behalf of the class.

10.     I was co-lead counsel in a defective products case against Electrolux in *Roberts v. Electrolux*, No. 8:12-cv-01644 (C.D. Ca.) where my co-counsel and I successfully obtained a settlement on behalf of a class of more than one million members regarding defectively manufactured dryers. The settlement resulted in an expected utilization settlement value of over $35,000,000.00.

11.     I have been involved in numerous class action cases involving consumer claims and claims brought involving defective automobiles. I have tried jury trials in states other than Tennessee and have been admitted *pro hac vice* in complex matters around the country, including a six-week long trial in Sacramento, California for which I was lead counsel.

12.     Greg Coleman and Greg Coleman Law PC have been recognized by courts across the country for its success in handling complex class action cases.  Below are just a few examples for the Court's consideration:

In the *Merkner v. AK Steel "ERISA" Litigation*, Judge Timothy S. Black stated:

> "[T]he class has been enormously well represented by the attorneys in this case. I started with the observation that this was a historic moment.  I genuinely believe that.

> "The plaintiffs and the members of the class have been enormously well represented by counsel."

> "[T]here is no doubt that the settlements herein represent excellent result for the class members and obviate all risk of continued litigation."

> "[T]he Court finds that the hourly and salaried settlements represent excellent result for the class members and provides them with a substantial benefit."

> "I reach the conclusion based on acknowledging the extraordinary benefit achieved for the class, the high level of value of these plaintiffs' counsel's services.  The lawyers here are excellent, highly regarded, and their service has brought great value to the class."

> "I acknowledge this was a complex and demanding case involving a great deal of work and that the end result occurred largely, if not fully, attributable to the diligence, determination, hard work of plaintiffs' counsel, who were vigorously contested, as the company was represented by extraordinary lawyers.

In the case styled *Hurd v. America's Collectibles*, opposing counsel, Andrew Colocotronis, stated:

> "But without being flippant, there was an incredible transparency where the class members were treated almost as customers, and they are from the company's perspective, and while clients of Mr. Coleman's, I think they went beyond what I've ever seen plaintiffs' class counsel do, and any inquiry – no inquiry was too small and everybody got worked out."

13.     I have been class counsel in the following cases:

   a.     *Chason v. Capital City Bank* (Gadsden Cty. Cir. Ct., Fl.) – Co-lead counsel in overdraft fee class action.

4

DECL. OF GREGORY F. COLEMAN

      b.    *Curtis v. Alcoa* (E.D. Tenn.) – Co-lead counsel in ERISA class action. Davis v. Westgate Planet Hollywood Las Vegas (D. Nev.) – Co-lead counsel in a Fair Labor Standards Act case.

      c.    *Hurd v. America's Collectibles Network, Inc.* (Knox Cty. Cir. Ct., Tenn.) – Co-lead counsel in class action involving consumer protection and false advertising.

      d.    *Johnson v. Direct Shopping Network, Inc.* (L.A. Sup. Ct., Calif.) – Co-lead counsel in class action involving consumer protection and false advertising.

      e.    *Lewis v. Allegheny Ludlum Corporation* (W.D. Pa.) – Co-lead counsel in ERISA class action.

      f.    *Lowther v. AK Steel* (S.D. Ohio) – Co-lead counsel in ERISA class action.

      g.    *Merkner v. AK Steel* (S.D. Ohio) – Co-lead counsel in ERISA class action.

      h.    *Roberts v. Electrolux Home Products, Inc.* (C.D. Cal.) – Co-lead counsel in multistate class action involving safety defects of clothes dryers.

      i.    *Watson v. Westgate Resorts, Inc.* (E.D. Tenn.) - Co-lead counsel in a Fair Labor Standards Act case.

      j.    *Williams v. Subaru of America* (C.D. Cal. 2012) – Co-lead counsel in multistate class action involving vehicle safety defects.

15.    I am also involved in the following class action cases:

      a.    *Campbell County, Tennessee v. Federal Housing Finance Agency* (E.D. Tenn.) – Lead counsel in a property transfer tax class action.

      b.    *Feuquay v. Teachers Credit Union* (St. Joseph Cty, Cir. Ct., Ind.) – Co-lead counsel in overdraft fee class action.

      c.    *Harding v. Midsouth Bank* (W.D. La.) – Co-lead counsel in overdraft fee class action.

      d.    *Hardwick v. Fluidmaster, Inc.* (D.N.H. 2014) – Co-lead counsel in class action involving product defects.

      e.    *Hungerman v. Fluidmaster, Inc.* (W.D. Pa. 2014) – Co-lead counsel in multistate class action involving product defects.

      f.    *Jammal v. American Family Insurance Company* (N.D. Ohio) – Co-lead counsel in ERISA class action.

DECL. OF GREGORY F. COLEMAN

  g. *Krause v. MB Financial Bank* (Cook Cty. Cir. Ct., Ill.) – Co-lead counsel in overdraft fee class action.

  h. *Mull v. Glacier Bank* (Lincoln Cty. Cir. Ct., Mont.) – Co-lead counsel in overdraft fee class action.

  i. *Muzingo v. Bank of the Ozarks* (Pulaski Cty. Cir. Ct., Ark.) – Co-lead counsel in overdraft fee class action.

  j. *Sullivan v. Fluidmaster, Inc.* (N.D. Ill. 2014) – Co-lead counsel in multistate class action involving product defects.

  k. *Swift v. QNB Bank* (Bucks Cty Cir. Ct., Pa.) – Co-lead counsel in overdraft fee class action.

  l. *Tanasi v. New Alliance Bank* (W.D.N.Y.) – Co-lead counsel in overdraft fee class action.

  m. *United Food and Commercial Workers Union and Midwest Health Benefits Fund v. King Pharmaceuticals, Inc.* (E.D. Tenn.).

  n. *Wyble v. Fluidmaster, Inc.* (D. Ariz. 2014) – Co-lead counsel in class action involving product defects.

  o. *Samuel v. Chrysler Group LLC* (C.D. Cal.) – Co-lead counsel in multistate class action involving vehicle safety defects.

  p. *Sanborn v. Nissan North America, Inc.* (S.D. Fla.) – Co-lead counsel in class action involving vehicle safety defects.

  q. *Moreno v. Toyota Motor Sales* (C.D. Cal.) – Co-lead counsel in class action involving vehicle safety defects.

  r. *Siriano v. Goodman Manufacturing Co., L.P.* (S.D. Ohio) – Co-lead counsel in multistate class action involving heating and air conditioning product defects.

  s. *Bauer v. Nordyne, Inc.* (M.D. Tenn.) – Co-lead counsel in multistate class action involving heating and air conditioning product defects.

16. My reported decisions include:

  a. *West v. East Tennessee Pioneer Oil Co.,* 172 S.W. 3d 545, Tenn. 08/18/2005 - Tennessee Supreme Court case in which the Supreme Court ruled a convenience store had a legal duty to the plaintiffs Gary West and Michelle Richardson (Greg's clients) for selling gas to an obviously intoxicated driver, who then had an accident with Gary West and Michelle Richardson on the roadway. This case was the first case to find that a convenience store had a legal duty to a

driver on the roadway (Gary West and Michelle Richardson) for selling gas to an obviously intoxicated driver who then had an accident with Greg's clients.

b. *Satterfield v. Alcoa, Inc.*, 266 S.W. 3d 347 (Tenn. 2008) - Tennessee Supreme Court case in which the Supreme Court ruled that a duty is owed by Alcoa to a nonemployee household member as it relates to the household members contraction of mesothelioma.

c. *Merkner v. AK Steel*, 2010 U.S. Dist. LEXIS 12742, 48 BNA 1923 – Class action claims arising under ERISA in regard to employee welfare benefits. Settlement obtained in the total amount of $178,600,000.00.

d. *Lowther v. AK Steel*, 2012 U.S. Dist. LEXIS 181476, 54 BNA 1931.

e. *Hirst, et al. v. SkyWest, Inc., et al.*, No. 17-3643, United States Court of Appeals for the Seventh Circuit.

17. I have been practicing in the areas of law referenced herein for over 29 years. My experience is more fully outlined in the Firm Resume attached as **Exhibit A** to this Declaration.

18. I have been involved in all aspects of this Litigation. My firm performed work on pre-filing investigation, drafting of the initial complaints and amended complaints, conducting discovery including written discovery, vehicle inspections, and consultation with experts, drafting of the mediation brief, negotiating and drafting the Settlement, and cooperating in an efficient manner with co-counsel.

19. My firm and my co-counsel made every effort to litigate this matter efficiently by coordinating the work of all attorneys and paralegals, minimizing duplication, and assigning tasks in a time and cost-efficient manner, based on time keepers' experience levels and talents. Thus, Class Counsel organized and cooperated amongst each other to prosecute the claims of the Plaintiffs in an efficient and non-duplicative manner.

20. The Parties in this and the related cases (identified as *Hindsman* and *Sanchez* in the concurrently filed Memorandum In Support of Final Approval) conducted discovery, which included, *inter alia*, initial disclosures, interrogatories, review and analysis of documents produced by GM and others, inspections of various Class Representatives' vehicles, and retention of qualified experts who performed analyses of the alleged defects and claimed damages.

21. Before filing this action, Class Counsel conducted extensive and thorough investigation, and continued such efforts during the pendency of the litigation.

22.     The parties engaged in complex motion practice, significant discovery (including initial disclosures, interrogatories, extensive review and analysis of documents produced by GM and others), and inspections of various Class Representatives' Vehicles.

23.     Plaintiffs analyzed the documents produced by GM, consulted with experts to assist them in understanding the claims and potential damages at issue. GM conducted physical inspections of plaintiffs' vehicles with experts present for both sides.

24.     GM's best estimate of the dollar value of the benefits that will be provided pursuant to the 2013 New SCA is at least forty million dollars ($40,000,000).

25.     Class Counsel's work in this matter revealed the following facts which I am informed and believe to be true: that (i) approximately 270,000 of the approximately 845,000 Class Vehicles were model year 2013, (ii) the average piston repair cost was at least $2,000, (iii) that based on prior data and its experience GM believed that approximately 7.4% of the 270,000 2013 model Class Vehicles will obtain repair or submit a claim for reimbursement, and (iv) GM in accordance with its standard business practices has predicted that the net cost of the 2013 SCA to GM will be approximately $40 million.

26.     The parties commenced settlement discussions in earnest following the *Hindsman* Court's ruling on GM's motion to dismiss.

27.     After preliminary pre-mediation negotiation, on August 29, 2018, the Parties attended a full-day mediation with the Hon. Jay Gandhi (Ret.) at JAMS.

28.     Prior to the mediation, Plaintiffs prepared and submitted an in-depth mediation brief detailing the facts, merits of the claims, potential damages, and class certification.

29.     Though the Parties were able to make some progress at this mediation, they agreed to hold a second day of mediation.

30.     The Parties completed a second full-day mediation session with Judge Gandhi on November 7, 2018, wherein an agreement on all substantive terms of a nationwide class settlement was reached in the *Berman* action - one that would encompass all of the claims, parties and proposed class members in the *Hindsman*, *Berman* and *Sanchez* actions.

31.     During this latter mediation, the parties engaged in good faith, arms-length negotiations, and reached an agreement on material terms of the Settlement.

32.     I was informed by defense counsel that in the event the Parties had not reached an accord resolving the claims of all three cases, GM planned to file motions to dismiss in both the Illinois action and the present Action.

33.     The maximum of amount of Attorneys' Fees and Expenses for which Class Counsel may apply pursuant to paragraph 85 of the Settlement Agreement was negotiated independently from the other terms of the Settlement after a settlement in principle was reached on all other material terms, under the supervision and with the assistance of Judge Gandhi.  Importantly, none of the attorney fees, expenses, service awards and related items negatively impact the Class benefits, and specifically are not paid out of any settlement proceeds secured for the Class by Class Counsel.

34.     In the months following the second mediation, the Parties engaged in extensive and detailed negotiations regarding every aspect of the Settlement and its exhibits.  Although the Parties had reached an agreement in principle, many of the details of the Settlement remained unresolved or in dispute.

35.     Over a span of months, Class Counsel expended a substantial amount of time in an effort to finalize the terms of the Settlement Agreement and ancillary documents and the plan for Class Notice.

36.     The negotiations with GM were complex, and involved detailed lengthy and repeated discussions regarding virtually every provision of the Settlement Agreement and its many exhibits, including, the structure of the Settlement itself, the SCAs, and the Claim Process, among a myriad of other issues.

37.     Class Counsel expended substantial efforts to negotiate a structure and terms and draft language satisfactory to both sides.  Moreover, the Parties conducted detailed negotiations regarding the language of the Class Notice and the Notice and Claim Forms and the methodology of the Notice Plan.

38.     There was no collusion between the Parties.  The Settlement is the product of arm's length and informed negotiations between adverse parties as is confirmed by the multiple days of mediation with Judge Gandhi of JAMS.  The Settlement Agreement was only reached after, *inter alia*, briefing on a Motion to Dismiss, obtaining discovery from Defendant, retention of knowledgeable and qualified experts, inspections of all Class Representative vehicles in the

9

California and Illinois actions, numerous conferences among adverse counsel, and mediation using an experienced and highly qualified mediator.

39. The proposed Class Representatives seek to maximize the recovery to the Settlement Class through this Litigation. None of the proposed Class Representatives have any interest that is antagonistic to the claims of any Settlement Class Member that I or any of my co-counsel are aware of. Moreover, proposed Class Representatives has vigorously prosecuted this Action in the interests of the Class. Their active participation is strong evidence that Plaintiffs are adequate representatives of the Class.

40. Throughout this litigation all Plaintiffs for whom Class Counsel have applied for a $4,500 Service Payment, discussed this matter and its progress with Class Counsel. They participated in the progress of litigation by conferring with Class Counsel regarding the facts, reviewing complaints filed on their behalf and on behalf of the Class, conferring with Class Counsel regarding the mediation and settlement, and reviewing and signing the Settlement Agreement. Some of these Plaintiffs also participated in discovery and cooperated in ensuring that their vehicles were available for inspection by GM experts.

41. In my opinion, by stepping forward as a named plaintiff, these Plaintiffs took certain risks, and that in doing so may have generated some publicity associated with their names in the future. Also, there is a possible negative notoriety associated with being a named Plaintiff and class representative. By stepping forward as a plaintiff in this lawsuit , these Plaintiffs may thus experience a negative impact on certain aspects of their lives. Despite these risks, these Plaintiffs decided to pursue this case on behalf of themselves and the Class.

42. The benefits afforded by the Settlement reflect a reasoned compromise which not only takes into consideration the risks inherent in all complex, class litigation, but also the numerous issues particular to this case.

43. The Settlement was only reached after Class Counsel obtained necessary discovery from GM and the Court's ruling on GM's Motion to Dismiss, which enabled Class Counsel to properly evaluate the merits of the case. In my opinion the proposed Settlement before the Court is fair, reasonable and adequate. Specifically, based on Class Counsel's investigation, research, document and information review, discovery analysis, as well as my personal knowledge and experience, I believe that it is in the best interests of the Class as a whole. The benefits afforded

by the Settlement reflect a reasoned compromise which not only takes into consideration the risks inherent in all complex class litigation, but also the numerous issues particular to this case.

## GREG COLEMAN LAW PC'S LODESTAR

44.     As stated above, Greg Coleman Law PC has been heavily involved in every aspect of this case, since inception through the present.  Working in conjunction with Co-Counsel, Greg Coleman Law PC conducted the initial case investigation and research concerning factual and legal issues prior to filing the Complaint and throughout the case until Settlement; assisted in selecting and retaining Plaintiffs; assisted with the drafting of the Complaint; regularly corresponded with Defendants' counsel on all matters in this litigation; reviewed and analyzed documents produced by Defendants and third parties; assisted in preparing for the depositions of Plaintiffs and defended certain Plaintiffs at their depositions; deposed Defendants' domestic and internationally located corporate representatives and assisted in the preparation of various additional depositions; assisted in research and drafting Plaintiffs' opposition briefs; worked with various experts and defended their depositions; engaged in extensive and lengthy settlement negotiations; assisted with preparation of papers in connection with preliminary approval of settlement; conferred regarding Class Members' inquiries about the proposed Settlement; and performed various Settlement-related tasks

45.     Below is a summary of the time spent by Greg Coleman Law PC's attorneys and staff who were involved in this action, and the lodestar calculation based on the firm's billing rates in effect at the time of billing. The summary was prepared at my request from contemporaneous daily time records regularly prepared and maintained by Greg Coleman Law PC, which are available at the request of the Court.

46.     I have reviewed the billing records that Greg Coleman Law PC maintained in this case.  As of September 19, 2019, the total number of recorded hours spent on this litigation by Greg Coleman Law PC is 1,256.30 and the lodestar amount for attorney and support staff time, based on the firm's current rates, is $823,785.00.

47.     The hourly rates for the partners, associate attorneys, and professional staff are the usual and customary rates that Greg Coleman Law PC has charged in non-contingent matters and that have been accepted and approved in other recent class action litigation around the country.

48.     As Greg Coleman Law PC's work on this case is ongoing, I anticipate that Greg Coleman Law PC's lodestar will increase from the present date to the date this case is finally

DECL. OF GREGORY F. COLEMAN

resolved, in light of work that will be required in connection with finalizing the final approval papers, implementing the Settlement through to its conclusion, communicating with Settlement Class Members, coordinating efforts with Class Counsel, Defendants' Counsel, and the Settlement Administrator, and preparing for and participating in the Final Approval Hearing scheduled for October 4, 2019.

## GREG COLEMAN LAW PC'S EXPENSES

49.     This litigation required Greg Coleman Law PC to advance substantial costs.  As of September 19, 2019, Greg Coleman Law PC expended costs in the amount of $49,083.87 to prosecute this action, as follows:

| EXPENSE | AMOUNT |
|---|---|
| Telephone | $45.73 |
| Travel | $13,744.45 |
| Reproduction Costs | $4,308.74 |
| Postage/Federal Express | $54.11 |
| Filing & Misc. Fees | $2,109.00 |
| Computer Research | $303.19 |
| Advanced Costs to Litigation Fund (used to pay expert bills, etc.) | $27,000.00 |
| Expert Fees | $1,518.65 |
| Translator | $0.00 |
| **TOTAL** | **$49,083.87** |

50.     The expenses incurred pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers and check records and are an accurate record of the expenses incurred.  All of the expenses incurred were reasonable and necessary to the prosecution of this case.

51.     Greg Coleman Law PC anticipates that there may be additional expenses in preparing for and attending the Final Approval Hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 20th day of September in Knoxville, Tennessee.

_Gregory F. Coleman_

GREGORY F. COLEMAN

# EXHIBIT A



# FIRM RESUME

GREG COLEMAN LAW PC
*A Professional Corporation*
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929



# TABLE OF CONTENTS

The Firm                            3

Practice Areas                      4

Representative Cases                5

Our Team                            9

Contact  Us                         24



# THE FIRM

**Greg Coleman Law PC is an** AV rated, full-service law firm composed of a carefully assembled, talented group of attorneys with sound judgment, exceptional skills, and broad expertise. The firm's goal is simple: provide high quality legal services with innovative and progressive approaches to the law. To this end, the firm's attorneys recognize the importance of courtroom experience at all levels and the value of a diverse legal practice. Above all else, it is our commitment to aggressively fight for the rights of our clients that sets the firm apart.

# Our Accolades





# PRACTICE AREAS

- Class Actions

- Consumer Protection/Consumer Rights

- ERISA Litigation

- False Advertising

- Multi District Litigation/Mass Actions

- Federal and State Appeals

- Breach of Contract and UCC Disputes

- Business Litigation

- Chemical Related Cancers and Diseases

- Dangerous Drugs and Medical Devices

- Fraud/Misrepresentation/Securities Litigation

- FLSA Litigation

- Auto, Truck, Motorcycle Accident Litigation

- Insurance Coverage Disputes

- Medical Malpractice

- Medical Monitoring

- Social Security Disability

- Toxic Tort

- Workers' Compensation



# REPRESENTATIVE CASES

- *Adelman v. Rheem Manufacturing Company* (D. Ariz.) – Co-lead counsel in class action involving heating and air conditioning product defects.

- *Anderson v. Ford Motor Company* (W.D. Missouri) – Co-lead counsel in class action involving automobile safety defect.

- *Berman v. General Motors* (S.D. Fl.) –Co-lead counsel in class action involving automobile defect.

- *Chapman v. TriStar Products, Inc.* (N.D. Ohio) – Lead counsel in multistate class action involving defective pressure cooker products.

- *Chason v. Capital City Bank* (Gadsden Cty. Cir. Ct., Fl.) – Co-lead counsel in overdraft fee class action.

- *Clark v. Lumber Liquidators* (N.D. Ga.) – Co-lead counsel in class action involving product defects.

- *Curtis v. Alcoa* (E.D. Tenn.) – Co-lead counsel in ERISA class action.

- *Davis v. Westgate Planet Hollywood Las Vegas* (D. Nev.) – Co-lead counsel in a Fair Labor Standards Act case.

- *Dickerson v. York International Corporation* (M.D. Penn.) – Co-lead counsel in class action involving hearing and air conditioning product defects.

- *Feuquay v. Teachers Credit Union* (St. Joseph Cty, Cir. Ct., Ind.) – Co-lead counsel in overdraft fee class action.

- *Floyd v. American Honda Motor Co., Inc.* (CD Calif., 9th Circuit Court of Appeals) – Co-lead counsel in class action involving vehicle safety defect.

- *Fultineer v. Lumber Liquidators* (W.D. Ky.) – Co-lead counsel in class action involving product defects.

- *Glenn v. Hyundai Motors America* (C.D. Cal.) –Co-lead counsel in class action involving vehicle safety defects.



REPRESENTATIVE CASES (Cont.)

- *Harding v. Midsouth Bank* (W.D. La.) – Co-lead counsel in overdraft fee class action.

- *Hardwick v. Fluidmaster, Inc.* (D.N.H.) – Co-lead counsel in class action involving product defects.

- *Hatmaker v. Consolidated Nuclear Security, LLC* (E.D. Tenn.) - Lead counsel in ERISA class action.

- *Hirst v. Skywest Airlines, Inc.* (N.D. Ill, 7th Circuit Court of Appeals) – Co-lead counsel in class action in an employee wage and hour case.

- *Hungerman v. Fluidmaster, Inc.* (W.D. Pa. 2014) – Co-lead counsel in multistate class action involving product defects.

- *Hurd v. America's Collectibles Network, Inc.* (Knox Cty. Cir. Ct., Tenn.) – Co-lead counsel in class action involving consumer protection and false advertising.

- *Jammal v. American Family Insurance Company* (N.D. Ohio) – Co-lead counsel in ERISA class action.

- *Jenkins v. Lawrence E. Keeble, Marcelo Pinto and Star Transportation, Inc.* (Davidson Cty. Cir. Ct., Tenn.) – Lead counsel in personal injury action which led to the single largest auto negligence verdict in Tennessee for 2009.

- *Johnson v. Direct Shopping Network, Inc.* (L.A. Sup. Ct., Calif.) – Co-lead counsel in class action involving consumer protection and false advertising.

- *Johnson v. Nissan North America, Inc.*  (N.D. Cal.) – Co-lead counsel in class action regarding vehicle safety defects.

- *Klug v. Watts Regulator Company* (D. Neb.) – Co-lead counsel in class action involving product defects.

- *Kondash v. Kia Motors America* (S.D. Ohio) – Co-lead counsel in class action regarding vehicle safety defects.



REPRESENTATIVE CASES (Cont.)

- *Krause v. MB Financial Bank* (Cook Cty. Cir. Ct., Ill.) – Co-lead counsel in overdraft fee class action.

- *Lewis v. Allegheny Ludlum* Corporation (W.D. Pa.) – Co-lead counsel in ERISA class action.

- *Lowther v. AK Steel* (S.D. Ohio) – Co-lead counsel in ERISA class action.

- *Meek v. Skywest Airlines, Inc.* (N.D. Calif.) – Co-lead counsel in class action in an employee wage and hour case.

- *Merkner v. AK Steel* (S.D. Ohio) – Co-lead counsel in ERISA class action.

- *Michelhaugh v. Consolidated Nuclear Security, LLC* (Anderson County Tenn. Cir. Ct.) – Lead counsel in breach of contract class action.

- *Moreno v. Toyota Motor Sales* (C.D. Cal.) – Co-lead counsel in class action involving vehicle safety defects.

- *Mull v. Glacier Bank* (Lincoln Cty. Cir. Ct., Mont.) – Co-lead counsel in overdraft fee class action.

- *Muzingo v. Bank of the Ozarks* (Pulaski Cty. Cir. Ct., Ark.) – Co-lead counsel in overdraft fee class action.

- *O'Keefe v. Pick Five Imports, Inc.* (M.D. Fla.) – Co-Lead counsel in class action involving defective and unsafe products.

- *Price v. L'Oreal USA Inc.* (S.D. N.Y.) – Co-lead counsel in class action involving product false advertising.

- *Roberts v. Electrolux Home Products, Inc.* (C.D. Cal.) – Co-lead counsel in multistate class action involving safety defects of clothes dryers.

- *Rysewyk v. Sears Holding Corporation* (N.D. Ill.) – Co-lead counsel in class action involving product safety defects.

- *Samuel v. Chrysler Group LLC* (C.D. Cal.) – Co-lead counsel in multistate class action involving vehicle safety defects.

REPRESENTATIVE CASES (Cont.)



- *Sanborn v. Nissan North America, Inc.* (S.D. Fla.) – Co-lead counsel in class action involving vehicle safety defects.

- *Satterfield v. Alcoa, Inc.,* 266 S.W. 3d 347 (Tenn. 2008).  Co-lead counsel in Tennessee Supreme Court case in which the Supreme Court ruled that a duty is owed by Alcoa to a nonemployee household member as it relates to the household member's contraction of mesothelioma.

- *Stedman v. Mazda Motor Corp.* (C.D. Cal) – Co-lead counsel in multistate class action involving vehicle safety defects.

- *Swift v. QNB Bank* (Bucks Cty Cir. Ct., Pa.) – Co-lead counsel in overdraft fee class action.

- *Tanasi v. New Alliance Bank* (W.D.N.Y.) – Co-lead counsel in overdraft fee class action.

- *Tapp v. Skywest Airlines, Inc.* (N.D. Ill) – Co-lead counsel in class action in an employee wage and hour case.

- *Vickery v. Lumber Liquidators* (E.D. Tenn.) – Co-lead counsel in class action involving product defects.

- *Watson v. Westgate Resorts, Inc.* (E.D. Tenn.) - Co-lead counsel in a Fair Labor Standards Act case.

- *West v. East Tennessee Pioneer Oil Co.* (Tenn.)- A Tennessee Supreme Court case in which the Court ruled a convenience store had a legal duty to the plaintiffs for selling gas to an obviously intoxicated driver.

- *Williams v. FCA US LLC* (W.D. Missouri) – Co-lead counsel in class action involving vehicle safety defects.



# *About Gregory F. Coleman*
## Founder and Managing Partner



Greg Coleman is the Founder and Managing Partner of Greg Coleman Law PC with 29 years of trial and appellate experience.  Greg received his B.A. with highest honors and distinction from Jacksonville State University in 1986. He attended The University of Tennessee College of Law, graduating in 1989. In addition to distinguishing himself academically, Greg was a member of the National Trial Moot Court Team, was the recipient of the American Jurisprudence Award for National Trial Team and was listed in Who's Who Among Rising Young Americans. In addition, the College of Law bestowed upon Greg the honor of inclusion into the National Order of Barristers for outstanding oral advocacy and trial skills.

Greg's practice focuses on class actions, products liability, medical practice, personal injury, complex multi-district litigation, litigation, toxic torts, premises liability, ERISA, ERISA class actions, drug and medical device litigation, and workers' compensation.

He was co-lead counsel in a defective products case against Electrolux where he and co-counsel successfully obtained a settlement on behalf of a class of more than one million members regarding defectively manufactured dryers.  The settlement resulted in an expected utilization settlement value of over $35 Million.

Greg was lead trial counsel in an ERISA class action against AK Steel Corporation where he successfully obtained a $178.6 million settlement on behalf of a class of over 3,000 retirees of AK Steel's Butler Works Plant in Pennsylvania in 2011.  Excerpts from the final approval hearing before Judge Black:

> "[T]he class has been enormously well represented by the attorneys in this case. I started with the observation that this was a historic moment.  I genuinely believe that.

> "The plaintiffs and the members of the class have been enormously well represented by counsel."

> "[T]here is no doubt that the settlements herein represent excellent result for the



*class members and obviate all risk of continued litigation."*

*"[T]he Court finds that the hourly and salaried settlements represent excellent result for the class members and provides them with a substantial benefit."*

*"I reach the conclusion based on acknowledging the extraordinary benefit achieved for the class, the high level of value of these plaintiffs' counsel's services. The lawyers here are excellent, highly regarded, and their service has brought great value to the class."*

*"I acknowledge this was a complex and demanding case involving a great deal of work and that the end result occurred largely, if not fully, attributable to the diligence, determination, hard work of plaintiffs' counsel, who were vigorously contested, as the company was represented by extraordinary lawyers.*

Judge Timothy S. Black, U.S.D.C. S.D. Ohio.

He was also lead trial counsel in an ERISA class action case against AK Steel Corporation where he successfully obtained a $15.8 million settlement on behalf of a class of over 250 retirees of AK Steel's Zanesville Works Plant in Ohio in 2012.

He was lead counsel in a week-long trucking accident trial where he obtained the largest negligence verdict in the state of Tennessee for 2009. *Jenkins v. Keeble*, Davidson County.

He has been co-lead counsel in a class action case involving Jewelry Television. He was also co-lead counsel in a Fair Labor Standards Act case against Westgate Resorts styled *Davis v. Planet Hollywood Las Vegas* in U.S.D.C., District of Nevada, which has now been settled. Additionally, Greg was co-lead counsel in a Fair Labor Standards Act case against Westgate Resorts styled *Watson v. Westgate Resorts, Inc.* in U.S.D.C., Eastern District of Tennessee, which has been settled.

Greg Coleman has been and is currently involved in complex product liability and drug product liability litigation and has tried more than one hundred (100) jury trials and countless other bench trials during his career. He has tried jury trials in states other than Tennessee and has been admitted *pro hac vice* in complex matters around the country, including a six-week long jury trial in Sacramento, California, for which he was lead counsel.

Greg is admitted to practice in the following courts:

- State Courts of Tennessee
- United States Court of Appeals for the Second Circuit
- United States Court of Appeals for the Third Circuit



- United States Court of Appeals for the Sixth Circuit
- United States Court of Appeals for the Seventh Circuit
- United States Court of Appeals for the Ninth Circuit
- Tennessee Supreme Court
- United States District Court, District of Colorado
- United States District Court, Northern District of Illinois
- United States District Court, Southern District of Illinois
- United States District Court, Southern District of Indiana
- United States District Court, District of Nebraska
- United States District Court, Western District of New York
- United States District Court, Eastern District of Tennessee
- United States District Court, Middle District of Tennessee
- United States District Court, Western District of Wisconsin
- United States Supreme Court
- United States Court of Federal Claims

He is certified as a Civil Trial Advocacy Specialist and as a Civil Pretrial Advocacy Specialist by the National Board of Trial Advocacy.  Greg is a member of the American Bar Association, Tennessee Bar Association, and is also a member of the Knoxville Bar Association.

Greg is listed in Best Lawyers in America in two separate categories and has been named one of the Top 100 Trial Lawyers by the American Trial Lawyers Association.  He was named as Best Lawyers of America Lawyer of the Year in Products Liability and was also named by the U.S. News and World Report as one of the best lawyers and law firms in the country.  Additionally, Greg has been recognized as one of Knoxville's Top Attorneys in eight separate categories.  Greg Coleman Law was ranked among the 2015 "Best Law Firms" by *U.S. News & World Report* and *Best Lawyer*.  Greg Coleman Law also received the 2014 and 2015 Litigator Awards from the Trial Lawyers Board of Regents.

Greg is proud to have been recognized by his colleagues through nomination to the Martindale-Hubbell Bar Register of Preeminent Lawyers which includes only those select law practices that have earned the highest rating in the Martindale-Hubbell Law Directory and have been designated by their colleagues as preeminent in their field. He is AV Peer Review rated by the Martindale Hubble Legal Rating System and is a Charter Member and Senior Fellow of the Litigation Counsel of America, "a trial lawyer honorary society established to reflect the new face of the American Bar with limited membership representing less than one-half of one percent of American lawyers and is by invitation only." He is a Mid-South Super Lawyer representing the top five percent of Arkansas, Mississippi, and Tennessee attorneys. Greg is a lifetime member of the prestigious Multi-Million Dollar Advocates Forum, an organization whose members is limited to attorneys who have won multi-million dollar verdicts and settlements. He is a Charter member of the Knoxville Chapter of the American Inns of Court and a member of the American Association for Justice and Public Justice.  Greg has been featured in Newsweek



Magazine in their Showcase of Nationwide Top Attorneys.

Greg has served as a guest lecturer and speaker on Advanced Trial Advocacy and at national seminars, including those sponsored by the Tennessee Bar Association, the National Business Institute, and Mass Torts Made Perfect.  He has lectured extensively for many years on topics such as advanced trial tactics and strategy and complex litigation matters.  He has authored published materials regarding advanced trial strategy, ethics seminars, as well as numerous other publications for CLE seminars at which he has lectured.

Greg has been actively involved in civil and charitable activities, having served for many years on the Executive Board of Trustees for the Baptist Health System, including the Baptist Hospital of East Tennessee and related entities, and has been involved in many legal aid and pro bono projects in the Knoxville area.  Greg and his firm are donors to the annual Mission of Hope Christmas Barrel drive providing warm coats for the children of rural Appalachia.  In support of the Knoxville Academy of Medicine and Knoxville Academy of Medicine Alliance's Conversation Ready Project, Greg performed at the "A Little More Conversation" event.   The Conversation Ready Project is a program of the Knoxville Academy of Medicine Foundation and was formed to ensure that everyone's end-of-life wishes are expressed and respected.

Reported Cases:

<u>West v. East Tennessee Pioneer Oil Co</u>., 172 S.W. 3d 545 (Tenn. 2005), which is a Tennessee Supreme Court case in which the Supreme Court ruled a convenience store had a legal duty to the plaintiffs Gary West and Michelle Richardson (Greg's clients) for selling gas to an obviously intoxicated driver, who then had an accident with Gary West and Michelle Richardson on the roadway. This case was the first case to find that a convenience store had a legal duty to a driver on the roadway (Gary West and Michelle Richardson) for selling gas to an obviously intoxicated driver who then had an accident with Greg's clients.

<u>Satterfield v. Alcoa, Inc</u>., 266 S.W. 3d 347 (Tenn. 2008), which is a Tennessee Supreme Court case in which the Supreme Court ruled that a duty is owed by Alcoa to a nonemployee household member as it relates to the household members contraction of mesothelioma.

<u>Merkner v. AK Steel</u>, 2010 U.S. Dist. LEXIS 12742, 48 BNA 1923.

<u>Lowther v. AK Steel</u>, 2012 U.S. Dist. LEXIS 181476, 54 BNA 1931.

CONTACT INFORMATION      Email:        greg@gregcolemanlaw.com
                         Direct Dial:    865-232-1315



# *About Adam A. Edwards*
## Senior Attorney



Mr. Edwards is a Senior Attorney at the law offices of Greg Coleman Law, and acts as the lead attorney on many of the serious personal injury cases for the firm. He also serves as a primary litigator in many of the firm's class action, multi-district litigation, and defective product cases.

He attended The University of Tennessee where he received his undergraduate degree in political science and served as a field office intern for United States Senator and former Senate Majority Leader, Dr. Bill Frist.

After graduating from UT, Mr. Edwards was accepted into the Juris Doctor program at the Washburn University School of Law where was awarded an academic merit scholarship after his first year of coursework. While at Washburn, Adam excelled in oral advocacy and was selected as the President of the Moot Court Counsel on Oral Advocacy. He was also selected as a member of the Order of Barristers. He received his JD after graduating with Dean's Honors in 2000.

Adam's formal legal career started when he accepted a position as an Attorney at Husch Blackwell (Formerly Blackwell Sanders) in Kansas City, Missouri in May of 2000. During the first four years of his legal career Mr. Edwards successfully defended a number of well-known insurance companies and corporations in a wide range of litigation matters.

Today, Mr. Edwards utilizes his extensive trial experience and a diverse background to advocate for personal injury victims and consumers that have suffered damages as a result of dangerous and defective products.

Mr. Edwards has been selected by fellow members of the Knoxville Bar as a "Top Attorney", an honor which was described in CITYVIEW Magazine's annual Top Attorney's issue. He was selected as a Top Attorney for a second time in 2010. In 2017, Mr. Edwards was named one of the Top 100 Trial Lawyers by the American Trial Lawyers Association. He was also selected for membership into the Million Dollar Advocates Forum, an honor reserved for those trial lawyers who have secured a settlement or verdict in excess of one million dollars; less than 1% of U.S. lawyers are members.



**Practice Areas**: Class Actions, Consumer Protection/Consumer Rights, Motor Vehicle Accident Litigation, Multi District Litigation, Business Litigation, Medical Malpractice, Workers' Compensation, Nursing Home Neglect, Personal Injury, Product Liability, Wrongful Death

CONTACT INFORMATION          Email: adam@gregcolemanlaw.com          Direct Dial: 865-243-3496



# *About Mark E. Silvey*
## Senior Attorney



Mark E. Silvey is now one of the Senior Attorneys at Greg Coleman Law, and practices primarily in the area of complex litigation/class action cases for the firm. Mark is a native of Knoxville, Tennessee growing up in the Halls community, with family ties going back several generations. Mark's grandfather Adrian Burnett served on the Knox County School Board for a number of years. He received a bachelor's degree in history from the University of Tennessee in 1984 concentrating in the study of medieval Japan and the early 20th century in the United States. He was an invited participant in the Honors History program in 1983. He served on the Dean's Student Advisory Council for the College of Arts and Sciences.

Mark received his law degree in 1988 from the University of Tennessee. A member of the National Trial Team, he received recognition as an Outstanding Clinic Student for the Spring 1988 semester.

Offered an opportunity to relocate to Atlanta, Georgia, in 1997 Mark became an in-house attorney for State Farm Mutual Automobile Insurance Company. Staying in-house but moving to Travelers Indemnity Company in 2001 in Atlanta, Mark returned home to Knoxville in 2006 to open a new in-house counsel office for Travelers. Mark returned to private practice with Greg Coleman Law PC in 2010.

Mark's 31-year litigation career highlights includes over 100 jury trials, over 100 bench trials and many appellate cases. An active musician with wide ranging interests, Mark currently acts as the legal advisor to TheMarchingRoundtable.com and The Marching Roundtable Judges Academy.

**Practice Areas**: Class Actions, Consumer Protection/Consumer Rights, Multi District Litigation, Business Litigation, Product Liability, ERISA, Employment Law, Motor Vehicle Accident Litigation, Wrongful Death

CONTACT INFORMATION    Email:     mark@gregcolemanlaw.com
                                  Direct Dial:    865-232-1319



# *About Lisa A. White*
## Senior Attorney



Lisa White is a Senior Attorney at Greg Coleman Law PC working in the areas of complex litigation, class action cases, and wage and hour class and collective actions. She joined Greg Coleman Law in 2014. Her primary areas of practice are product defect class actions (representing consumers who have purchased products that are defective but a corporation refuses "do the right thing" by recalling or repairing the defect, or reimbursing consumer for damages caused by the defect) and fair wage cases (representing current and former employees against businesses that routinely violate the Fair Labor Standards Act and state wage laws). She has taken a lead role in a number of wage related class actions in the airline industry, which are especially complicated by the intersection of interstate travel, airline regulations, the Railway Labor Act, and the dormant Commerce Clause. She has a lead role in the firm's ongoing case against SkyWest Airlines, in which the Seventh Circuit Court of Appeals reversed the District Court's dismissal of claims made on behalf of flight attendants who allege that they were underpaid by the airline.

Almost all of the cases Lisa works on are filed in the federal court system, both in the District Courts and Circuit Courts of Appeals. Prior to joining Greg Coleman Law, her law practice included extensive trial and appellate experience.

A writer and researcher at heart, Lisa returned to law school after completing her Bachelor's in Sociology and Masters in Sociology from The University of Tennessee, and received a Chancellor's honor for Extraordinary Professional Promise upon graduating. She taught for a number of years at several universities. In addition, she completed the coursework for her PhD in American Studies at The College of William and Mary, just prior to entering law school. Lisa is a graduate of The University of Tennessee College of Law.

While at The University of Tennessee College of Law, Lisa was a Co-Coordinator of Tennessee Innocence Project, the Research Editor for Tennessee Journal of Law and Policy, and practiced in both the Domestic Violence Clinic and the Advocacy Clinic. As a student, Lisa won first place in the American Bar Association's Commission on Domestic and Sexual Violence Student Writing Competition for her paper: "Unlikely Bedfellows:



The Intersection Between The Defense of Marriage Act(s) and Domestic Violence Prosecution." Lisa has had a number of papers published in peer-reviewed journals in law as well as in other academic fields including both sociology and history. In Spring 2018, an article she wrote on South Dakota v. Wayfair, Inc., a case that was pending before the U.S. Supreme Court at the time, was published in Dicta, a publication of the Knoxville Bar Association.

Ms. White has been selected by fellow members of the Knoxville Bar as a "Top Attorney," an honor which was described in CITYVIEW Magazine's annual Top Attorneys' issue.
Lisa and her family are avid travelers and she has visited all seven continents. In addition, she has worked remotely for Greg Coleman Law PC while living on the South Island of New Zealand.

Practice Areas: Class Actions, Fair Labor Practices (including litigation in the airline industry), Consumer Protection/Consumer Rights, Multi District Litigation, Business Litigation, Product Liability, ERISA

CONTACT INFORMATION     Email:         lisa@gregcolemanlaw.com



# *About Rachel Soffin*
## Senior Attorney



Rachel Soffin is a Senior Attorney at the law offices of Greg Coleman Law and focuses on consumer class action litigation. Rachel has spent the majority of her career prosecuting class action cases, including state and federal class actions involving product manufacturers and retailers, deceptive trade practices, privacy violations, and insurance and banking disputes. Prior to joining Greg Coleman Law, Rachel worked in the area of consumer class action at Morgan & Morgan's Tampa office. Prior to her time at Morgan & Morgan, Rachel served as in-house counsel for one of Florida's largest employee leasing companies.

Rachel obtained her undergraduate degree in Finance, with honors, from The Florida State University. While in college, she worked at the Florida Legislature, where she worked closely with government leaders. Rachel earned her law degree from Stetson University College of Law, cum laude, where she served as a Digest Writer on the Stetson Law Review and was published multiple times in that capacity.

Rachel is admitted to practice in the state courts of Florida and Georgia, and in the United States District Court for the Middle District of Florida, the United States District Court for the Southern District of Florida, the United States District Court for the Northern District of Georgia, the United States District Court for the Northern District of Illinois, and the United States Court of Appeals for the Eleventh Judicial Circuit.

Ms. Soffin has been designated by *Super Lawyers* as a Florida Rising Star (2011-2013) and as a Florida Super Lawyer (2014-2018) in the fields of Class Actions/Mass Torts.

**Practice Areas**:  Class Actions, Consumer Protection, Mass Torts

CONTACT INFORMATION     Email:          rachel@gregcolemanlaw.com
                        Direct Dial:    865-864-8541



# *About Arthur Stock*
## Senior Attorney



Arthur Stock joined Greg Coleman Law PC as a Senior Attorney in 2019.   Previously he had been a shareholder at Berger Montague in Philadelphia, Pennsylvania, for over 20 years.   Throughout his career he has represented plaintiffs in commercial, financial, securities, and consumer class actions.  He has also represented whistleblowers in *qui tam* actions in federal courts, and in administrative proceedings before the Securities Exchange Commission, the Internal Revenue Service, and the United States Tax Court.

Mr. Stock was a principal litigator in numerous class actions, including:   *Merrill Lynch Inc. Securities Litigation,* which resulted in a  $475 million settlement on behalf of investors in Merrill Lynch securities;   *Lee v. Enterprise Leasing Co.,* where class members recovered 80% of alleged damages from allegedly illegal charges Nevada airport car rentals; and *Vasco v. PHRG*, an action brought under the Consumer Telecommunications Protection Act, where Class Members recovered $5.2 million from a business that had allegedly called consumers for telemarketing purposes without obtaining prior express consent.

Before he entered private practice, Mr. Stock served as a Law Clerk to the Honorable Jackson L. Kiser, United States District Court of the Western District of Virginia.

Mr. Stock is licensed only in Pennsylvania.

**Representative reported decisions:**

*Richardson v. Verde Energy USA, Inc.,* 354 F.Supp.3d 639 (E.D.Pa. 2018), and 2016 WL 7380708 (E.D. Pa. Dec. 19, 2016), (sustaining Complaint and partially denying summary judgment in TCPA class action)

*South Peninsula Hospital v. Xerox State Healthcare LLC,* 223 F.Supp.3d 929 (D. Alaska 2016) (sustaining   Complaint in Class Action brought on behalf of healthcare providers in Alaska for improper delays and denials of Medicaid reimbursement caused by allegedly defective software)



*Vasco v. PHRG,* 2016 WL 5930876 (E.D. Pa. Oct. 12, 2016) (approving consumer class action settlement)

*Lee v. Enterprise Leasing Co.-West*, 2015 WL 2345540 (D. Nev. May 15, 2015), and 300 F.R.D. 466 (D. Nev. 2014), and 30 F.Supp.3d 1002 (D. Nev. 2014) (granting plaintiffs' motions for summary judgment, class certification, and approval of settlement, in consumer class action alleging overcharges on airport car rentals)

*In re Clarus Corp. Securities Litigation*, 201 F.Supp.2d 1244 (N.D. Ga. 2002) (sustaining Complaint in securities fraud class action)

**Publications:**

 "Theory v. Practice:  A Comment on Orin Kerr's 'A Theory of Law'," 16  Green Bag 2d 224 (Winter, 2013)

"Make Way for Lawsuits," 11th Annual NERA Finance, Law & Economics Securities Litigation Conference.

**Education:**

Yale University, B.A. with distinction in economics
          Two majors:  economics and philosophy

Duke University School of Law, J.D. with high honors
          Articles Editor, *Duke Law Journal*
          Order of the Coif

**Admissions:**

State Courts of Pennsylvania
United States District Court of the Eastern District of Pennsylvania
United States Court of Appeals for the Seventh Circuit
United States Court of Appeals for the Ninth Circuit
United States Tax Court

**Practice Areas**:   Class Actions, Complex Litigation, Fair Labor Practices, Consumer Protection/Consumer Rights

CONTACT INFORMATION      Email:        arthur@gregcolemanlaw.com
                                    Telephone:    865-247-0080



# *About Justin G. Day*
## Associate



A native East Tennessean, Justin graduated with a bachelor's degree in honors philosophy and political science from the University of Tennessee, where he was awarded the Davis Scholarship and named the top graduate in his major. Justin then attended law school at the University of Tennessee College of Law, where he was a Green Scholar, president of the Christian Legal Society, and one of the first-ever recipients of the Jerry P. Black Jr. Student Clinic Attorney Award.

Before joining the firm, Justin practiced family law, juvenile law, and criminal law in Morristown, Tennessee.

Since joining Greg Coleman Law, Justin has been actively involved in a number of the firm's practice specialties, including the firm's personal injury, consumer protection, and mass tort areas.

Active in his local community, Justin is a member of Fellowship Church of Knoxville and volunteers in its children's ministry. In his spare time, Justin can usually be found exercising, reading at a local coffee shop, or playing golf.

CONTACT INFORMATION     Email:      justin@gregcolemanlaw.com
                                      Direct Dial:    865-410-8190



# *About William A. Ladnier*
## Associate



Will Ladnier originally grew up in Nashville, Tennessee. A lifelong Vols fan, he then moved to Knoxville to attend the University of Tennessee, where he graduated *summa cum laude* with degrees in Classics, History, and Political Science.

After he obtained his undergraduate degree, Will attended William and Mary Law School in Williamsburg, Virginia. While there, he was heavily involved as a competing member of the National Trial Team and as Articles Editor for the *William & Mary Law Review*. Before graduating *cum laude*, he also worked with a number of judges in Virginia, including Justice LeRoy F. Millette on the Supreme Court of Virginia.

Following law school, Will returned to Knoxville and clerked with Chief Justice Sharon G. Lee on the Tennessee Supreme Court. He then accepted a position with Arnett, Draper & Hagood, focusing his practice on insurance defense and medical malpractice/healthcare liability defense, representing the largest hospital association in the region.

Will joined Greg Coleman Law in 2018, shifting his practice to representing plaintiffs. He primarily practices in the areas of complex litigation and class action cases. Will is admitted to practice in Tennessee in both state and federal court in the Eastern District, and he is also a member of the Knoxville and Tennessee Bar Associations.

When not working, Will enjoys spending time with his wife, son, and dog, and if it's a weekend, you'll find him watching Vols and Titans football.

**Practice Areas**: Class Actions, Complex Litigation, Fair Labor Practices, Consumer Protection/Consumer Rights, Multi District Litigation, Product Liability

CONTACT INFORMATION    Email:          will@gregcolemanlaw.com
                       Direct Dial:    865-232-1318



# *About Jeffrey H. Glaspie*
## Associate



Jeff is a native of East Tennessee growing up in Sevier County.  He graduated from East Tennessee State University with a Bachelor's Degree in sociology and political science.  While at ETSU, Jeff was active in student government and the campus community.  Following graduation, he joined the Tennessee Air National Guard where he served as a telecommunication technician and Law Office Superintendent before his retirement in May of 2018.

Jeff attended law school at Duncan School of Law in Knoxville, Tennessee where he graduated *magna cum laude*.  While there, he served as a senator on the Student Bar Association, Executive Articles/Notes Editor of the LMU Law Review, was the recipient of the 2012 Donald F. Payne Scholarship and clerked with Chief Justice Gary R. Wade on the Tennessee Supreme Court.

Following law school, Jeff worked with a Knoxville based personal injury firm where he helped hundreds of clients receive compensation for their injuries.  In 2018, he joined Greg Coleman Law and now primarily practices in the areas of complex litigation and class action cases.  Jeff is admitted to practice in Tennessee state courts and the United States District Court for the Eastern District of Tennessee.

Aside from the law, Jeff enjoys spending time with family and friends, reading, fishing, and watching baseball.

**Practice Areas**:  Class Actions, Consumer Protection, Mass Torts, and Personal Injury

CONTACT INFORMATION   Email:        jeff@gregcolemanlaw.com
                      Direct Dial:   865-500-5741



# *About Ryan P. McMillan*
## Associate



Ryan is a native of East Tennessee and grew up in Oak Ridge.  There he was active in the Boy Scouts and competitive rowing.  He attended the University of Mary Washington in Fredericksburg, Virginia where he received his Bachelor's Degree, cum laude, in History.

Ryan returned to Tennessee in 2006 and later went to law school at the University of Tennessee where he focused primarily on employment law.  While in law school he clerked for the United States Department of Energy and London and Amburn, P.C.  He also was a staff editor for the Tennessee Journal of Law and Policy and received the Patrick L. Hardin Award for Excellence in Employment and Labor Law.

After law school, Ryan worked at Dale Buchanan and Associates for many years where he represented thousands of disabled clients.

In 2019, Ryan joined Greg Coleman Law to continue his work in representing Plaintiffs, primarily in class action and complex litigation matters.

Ryan lives in Alcoa with his wife and son.  In his free time, Ryan enjoys hiking in the Smokies, spending time with his family, and traveling.

**Practice Areas**:  Class Actions, Complex Litigation, ERISA, Disability Law

CONTACT INFORMATION      Email:          ryan@gregcolemanlaw.com
                                          Direct Dial:    865-237-0900



# CONTACT US

| | |
|---|---|
| Mail or in Person: | Greg Coleman Law PC |
| | First Tennessee Plaza |
| | 800 S. Gay Street, Suite 1100 |
| | Knoxville, TN 37929 |
| Telephone: | 865-247-0080 |
| Facsimile: | 865-522-0049 |
| Email: | Gregory F. Coleman |
| | greg@gregcolemanlaw.com |

Adam A. Edwards
adam@gregcolemanlaw.com

Mark E. Silvey
mark@gregcolemanlaw.com

Lisa A. White
lisa@gregcolemanlaw.com

Rachel Soffin
rachel@gregcolemanlaw.com

Arthur Stock
arthur@gregcolemanlaw.com

Justin G. Day
justin@gregcolemanlaw.com

William A. Ladnier
will@gregcolemanlaw.com

Jeffrey H. Glaspie
jeff@gregcolemanlaw.com

Ryan P. McMillan
ryan@gregcolemanlaw.com

On The Web: www.gregcolemanlaw.com

