# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT PIERCE DIVISION

### Civil Action No. 2:18-CV-14371-ROSENBERG/MAYNARD

ELLEN BERMAN, and DAYANA
GUACH on behalf of themselves and all
others similarly situated,

Plaintiffs,

v.

GENERAL MOTORS LLC, a Delaware
limited liability company

Defendant.

## NOTICE OF FILING

Plaintiffs by and through their counsel, hereby submit notice of filing Third Declaration of Richard W. Simmons of Analytics Consulting, LLC (Settlement Administrator) in Support of Motion for Final Approval of Class Action Settlement.  A copy of the Third Declaration in attached hereto.

Dated: October 3, 2019

Respectfully submitted,

s/Rachel Soffin
Rachel Soffin, FL Bar No. 0018054
Gregory F. Coleman*
Greg Coleman Law PC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: 865-247-0080
Fax: 865-522-0049
rachel@gregcolemanlaw.com
greg@gregcolemanlaw.com

Daniel K. Bryson*
J. Hunter Bryson*
WHITFIELD BRYSON & MASON LLP

900 W. Morgan St.
Raleigh, NC 27603
Tel: 919-600-5000
Fax: 919-600-5035
Dan@wbmllp.com
Hunter@wbmllp.com

Robert Ahdoot*
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: 310-474-9111
Fax: 310-474-8585
randoot@ahdootwolfson.com

*admitted pro hac vice

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing document was filed electronically with the clerk of court via ECF which provided notice to all parties through their counsel of record.

October, 2019

        GREG COLEMAN LAW PC

        */s/Rachel Soffin*
        Rachel Soffin
        FL Bar No. 0018084
        GREG COLEMAN LAW PC