**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**Civil Action No. 2:18-CV-14371-ROSENBERG/MAYNARD**

ELLEN BERMAN, and DAYANA
GUACH on behalf of themselves and all
others similarly situated,

Plaintiffs,

       v.

GENERAL MOTORS LLC, a Delaware
limited liability company

Defendant.

_____

**THIRD DECLARATION OF RICHARD W. SIMMONS OF ANALYTICS CONSULTING,**
**LLC (SETTLEMENT ADMINISTRATOR) IN SUPPORT OF MOTION FOR FINAL**
**APPROVAL OF CLASS ACTION SETTLEMENT**

I, Richard Simmons, declare as follows:

    1.    I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

    2.    I am the President of Analytics Consulting, LLC ("Analytics") and previously submitted declarations setting forth Analytics' execution of the Court-approved Notice Program in this litigation.

    3.    Attached hereto as Exhibit A is a list of the names of putative class members whose timely requests for exclusion (opt-outs) were received by Analytics in the mail.  At the end of Exhibit A is a much shorter list of exclusion requests received by Analytics that were not post-marked before the deadline contained in the Court's Preliminary Approval Order.  As reflected on this list, there are 1,709 timely exclusion requests and 14 exclusion requests that were post-marked after the deadline.

1

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 3d day of October, 2019.

Richard Simmons

# Exhibit A

EXHIBIT A

REQUESTS FOR EXCLUSION

| | |
|---|---|
| AAHREN RODRIGUEZ DEPALMA | ANGELA MINKER |
| AARON BARRY DERAY BIRK | ANGELA SUCLLA |
| AARON JACOBS | ANGELINA SPARGO |
| ADAM MICHAEL GREVE | ANITA G SIPEK |
| ADANNA E HENRY | ANITA SANDERS |
| ADRIAN FRANK COLE JR | ANN A MCCULLUM |
| ADRIANA CASTANEDA | ANN L BOND |
| AGUSTIN ALCARAZ | ANN L SCHOLL |
| AGUSTIN B GUTIERREZ | ANN MARY THOMPSON |
| ALAN BARNETT CARMICHAEL | ANN NESMITH OGLE |
| ALANNA M WELLS | ANN W KILBY |
| ALBERT H MAINS JR | ANNA B CORTEZ |
| ALBERT JEROME KENEL | ANNA GONZALES |
| ALBERT SERRA CARBONELL | ANNA L NICHOLSON |
| ALEX KHORCHIDIAN | ANNE GAYLORD |
| ALEX LADASKY | ANNE HELENE KOPENSKI |
| ALEXIS MARIE WILCOX | ANNE M KINGSBURY |
| ALEXIS SEARFOSS | ANNE M SCHLAF |
| ALFRED STANLEY STREMLER | ANNE O MILLHOUSE |
| ALICE G O'SHEA | ANNETTE M KISRO |
| ALICE HARRIS | ANN-LIZETTE LARSON |
| ALICE M TEPLY | ANTHONY JAMES STARAITIS |
| ALICE P ROY | ANTHONY JAMES ZAPPIA |
| ALICE VANDYKE | ANTHONY P SPAZIANO |
| ALICIA IRENE KASPER | ANTHONY R LAME |
| ALISON R COTTRELL | ANTHONY S MICHALSKI |
| ALLEN GENE MILLER | ANTRA FORWOOD SPRINGER |
| ALVERNE A CANNADY | ARACELI GARCIA HERNANDEZ |
| ALVINO G GOMEZ | ARLETTA KAY KNACKERT |
| ALYSON SHANNON | ARTHUR C CLOR |
| ALYSSA ANN MELBY | ARTHUR F JELINEK |
| AMANDA C CLANCY | ARTHUR G BRANCATO |
| AMY CALDWELL | ARTHUR LYLE AMES |
| AMY RAE MEGERLE | ARTHUR W SMITH |
| ANASTASIA A RUSSELL | ASHLEE TUCKER |
| ANDERSON WILLIAMS JR | ASHLEY ALYSSE HENRY |
| ANDREW J HALEY | ASHLEY BONE |
| ANDREW PETER MAYER | ASHLEY EMMA PAWLAK |
| ANGELA DAVIES | ASHLEY OHNSORG |
| ANGELA ELIZABETH WIENCKOWSKI | AUBREY M WASHINGTON |
| ANGELA M NICHUALS | AUDREY L BALTHASER |

EXHIBIT A

REQUESTS FOR EXCLUSION

B LOUISE SECHREST
BARBARA A SPILLNER
BARBARA ANNE HALPERIN
BARBARA DANN SINGLETON
BARBARA E FERRIS
BARBARA E MALLEY
BARBARA ELLEN BARNES
BARBARA ELLIS MERCER
BARBARA GRIFFEY
BARBARA HANSEN SCHULTZ
BARBARA I RHODINE
BARBARA J EATON
BARBARA J MARTIN
BARBARA J SHEPARD
BARBARA J STEINKAMP
BARBARA J STUMP
BARBARA JEAN SAWYERS
BARBARA JOYCE BOYCE
BARBARA KRAEGEL
BARBARA L KOZLOWSKI
BARBARA MOORE CIMENTAL
BARBARA MORELAND
BARBARA N CRABDAKK
BARBARA N HALL
BARBARA RATHMELL
BARBARA SHEETS
BARBARA THOMAS
BARBARA WARNER
BARNELL HENRY ROWOLD
BARRY W HEIL
BEJAN EYRE ATASHKAR
BELLA FERGUSON ADSIDE
BENJAMIN BROWN
BENNY D MULLINS
BERNICE RECKELHOFF
BERTHA RASMUSSEN
BETTE J SEWELL
BETTIE I HUMPHREY
BETTY JONES
BETTY LOU SPAMAN
BETTY M TRADER

BETTY TATE CLARK
BETTYE D GRIMM
BEVERLY ANN BAKER
BEVERLY ANN HACKER
BEVERLY D FASSNACHT
BEVERLY DOWNING
BEVERLY J ZIEMENDORF
BEVERLY MELVINA HALL
BILL MCCARTNEY
BILLIE KELSO
BILLY J POLLOCK
BILLY WILLIAM ECKMAN
BLAKE BROOKS
BOBBIE J SMITH
BOBBY G LIPSOMB
BOBBY R MASSEY
BONITA MARGARET SCHIMMEL
BONNIE BUTLER PATE
BONNIE G KONKEL
BONNIE GAY FREEBURY
BONNIE JEAN PETERSON
BONNIE LOUISE WIESE
BONNIE M SHEPERD
BONNIE M TABOR
BONNIE MAE FINSTERWALD
BONNITA BOONE
BRANDI MICHELLE TASKER
BRANDON MICHAEL CAHOON
BRENDA FAY BRAWNER
BRENNER JOHN M & BARBRA REV
TRUST
BRIAN BRENARD ROWINSKI
BRIAN LEROY BLUMENAUER
BRIANNA SHELLEEN TURNER
BRITTANY BROWN
BRITTANY N BOWYER
BRITTNEY MARTIN
BROOKE ELIZABETH FARMER
BROOKE HOSKINS
BRUCE ALAN BOREEN
BRUCE D JENSEN

EXHIBIT A

REQUESTS FOR EXCLUSION

BRUCE E BARENTS
BRUCE L COLBURN
BRUCE SWANSON POWERS
BRYAN A BERKE
BRYAN CHASE
BRYCE COX
BURNARD E HUEY
C RICHARD HELM
CALDWELL LINDA RAE
CANDACE BRADY SETTLE
CANDIS S FRALICK
CAREN MCGOUGH
CARL BITTEL
CARLA M KNICKREHM SURVIVORS
TRUST
CARLOS A MONTES
CARLOS CARRILLO CHAVEZ
CARLOS LOWE
CARLOS SOSA VELASCO
CARLOS TAVAREZ
CARMEN ANN ESTRADA
CARMEN JAMES BOWRY
CARMEN S CAMPANICKI
CAROL A CYRS
CAROL A POPE
CAROL A SMITH
CAROL ANN HUTCHINSON
CAROL ANN ROHLINGER
CAROL BAUER
CAROL CHURCH
CAROL E BRAHLER
CAROL FERENC
CAROL GRAFFIS
CAROL J CROSIER
CAROL J STEELE
CAROL L SHINN
CAROL LEE GUSTAFSON
CAROL MARGARET AMRHEIN
CAROL R HORNE
CAROL WRIGHT
CAROL ZUCKER

CAROLE GRANGER
CAROLINE M DURANT
CAROLYN BONADONNA
CAROLYN KAY WALGREN
CAROLYN L MCBRIDE
CAROLYN R BARBER
CAROLYN S HERMAN
CAROLYN STOHLER
CAROLYN TOMKO
CASEY D DRAGOJLOVIC
CATHERINE A NELSON
CATHERINE D DEVOR
CATHERINE LYNN MCCLEARN
CATHY C VEADE
CAYLA MARIE SCHNEIDER
CELESTE MARIANO
CELINA CERVANTES LUNA
CHAD A ZARNDT
CHAD PHILIP JUDKINS
CHARILSTANDISH
CHARITY TAVAREZ
CHARLES & CAROL GOODYEAR REV
TRUST
CHARLES A CONIGLIO JR
CHARLES A WILSON JR
CHARLES ALBERT FISHER
CHARLES ALBERT KINNUNEN
CHARLES C JOHNSON
CHARLES D POLING
CHARLES E HORST
CHARLES E THOMAS
CHARLES F HOFFMAN JR
CHARLES G NELL
CHARLES N LETOSKY
CHARLES T HARRIS
CHARLES T KRISTEK SR
CHARLOTTE ANN JENKINS
CHELSEY MARIE SCHOMMER
CHERYL A WAKEFIELD
CHERYL ANN EASTERWOOD
CHERYL C MARSH

EXHIBIT A

REQUESTS FOR EXCLUSION

CHERYL F JOHNSON
CHERYL MIELKE
CHERYL R SPINK
CHERYL SHARE
CHIRSTINA MCLAUGHLIN
CHRIS DAVID KISSLING
CHRIS E RHOADS
CHRISTIAN J WILLIAMS
CHRISTIE DELAVERGNE
CHRISTINA PRICE
CHRISTINE ANNA RAASCH
CHRISTINE D ABNEY
CHRISTINE E GIBSON-DAVIS
CHRISTINE M HULSE
CHRISTOPHER CAHILL
CHRISTOPHER J KOCMOUD
CHRISTOPHER MICHAEL RAMON
CHRYSOULA LACY
CIFFORD GAGNON
CLARENCE WILLIAM SHEPARD
CLAUDETTE CIEGOTURA
CLIFFORD B WATTLEY
CLIFFORD L PLATEK
CLINTON J BURGER
CLYDE SYLVESTER EDWARD WILES
COLLEEN ANNETTE JIRAN
COLLEEN S NILGES
CONNIE LUCINDA GRESHAM
CONNIE MASON
CONNIE MORAN
CONNIE S ANTAL
CONNIE WARD LOPER
CONSTANCE ANN THORNBURG
CONSTANTINOS CONSTANTINOS
CORAL L WALLING
CORALIE SPRINGHAM
CORTNEY THREM
COSIMO C MOLLO
COURTNEY CRENSHAW
CRAIG THOMAS SPENCER
CRISTINA DEMIGUEL GARCIA

CRYSTAL KAY PIERRE
CURTIS LEROY PRADER
CYNTHIA A STEIMLE
CYNTHIA LOUISE CURRY
CYNTHIA POTTER EURY
DALE ALLEN COX
DALE AUGUST DARON
DALE C HOAK
DALE E KRENZER
DALE MOWEN
DALE STRICKLAND
DALE W JACKSON
DAMANI BAKARI DAVIS
DAN P PUTNAM
DAN SMITH
DANA LYNN BOTTOLFSON
DANA M HENNESS
DANIEL DRENNAN WILLOTH
DANIEL EDWARD VANSLEET
DANIEL J PACKLEY
DANIEL J PITTI
DANIEL M RINALDO
DANIEL SLYWKA
DANNY JACKSON
DARCIE CHRISTINE NELSON
DARLENE ADELL JUDE
DARLENE PIRKEL SCHNEIDER
DARREL R CHRISTENSEN
DARRELL MELVIN TITTLE
DARRYL F TONKS
DARWIN MATHEW MEYER
DARWOOD LEE BABCOCK
DAVID BAKER
DAVID C RICHARDS
DAVID C WILLIAMS
DAVID FREDERICK BEKEMIER
DAVID FREDERICK THOMAS
DAVID GERALD CRANNEN
DAVID HENRY HALUPOWSKI
DAVID HOLLAND
DAVID J ALLGEIER

EXHIBIT A

REQUESTS FOR EXCLUSION

DAVID J WAWZYNIAK
DAVID L SCHOEWE
DAVID M ROSSI
DAVID OWEN ROBERTS
DAVID W STAGG
DAVID WILLIS HARDING
DAVIDA HENDERSON
DEAN BOWLUS
DEAN E ANDERSON
DEANA L KEENE
DEANNA FRENCH GLORIA
DEBORAH A PAROT
DEBORAH GIBBS
DEBORAH KENNEDY
DEBORAH M MILLER
DEBORAH SAGAAS
DEBRA C KUHN
DEBRA CAROL STONE
DEBRA J EDDY
DELITA THORPE BRINSON
DELORIS ANN CZECH
DELTON DAUGHERTY
DENIS E DEWING
DENISE ELIZABETH EMMES
DENNIS A DIAMONTI
DENNIS E LOMBARDI
DENNIS MACKENZIE
DENNIS RAYMOND AVENARIUS
DENNIS ROBERT DEWEY
DENNIS W HALL
DENNY COPPERNOLL
DENZIL CHISHAM
DEREK BRENNER
DIAMOND P TANNIHILLL
DIANA H BROWN
DIANA RODRIGUEZ
DIANE BURKS
DIANE DOYLE
DIANE E POWER
DIANE GRACE BESAW
DIANE R EAST

DIANE SIWINSKI
DIANE WILLARD
DIANNE LOUISE BUSH
DIANNE M FASANO
DIANNE S BENNETT
DIANNE STEPHANIE MCNAUGHTON
DIANNE WOODS
DODIE M BAILEY
DOLORES M LOOKER
DOLORES REYES
DOLORES RUTH DYER HURDON
DON E SPRANKLE
DON L GATEWOOD
DONALD C DRAGUS
DONALD F & MARY C NOWAK LIVING
TRUST
DONALD G FRITZ
DONALD G LUTZI
DONALD HUFF
DONALD I PAGE
DONALD J KLEIST
DONALD J SWEENEY
DONALD JAY BOSCH
DONALD L MECKLENBURG
DONALD LONGSTRETH
DONALD M DEVILLING
DONALD M RAGAN
DONALD P WRIGHT
DONALD RAY STEVENS
DONALD SANDERLIN
DONALD SCHOLZ
DONALD T PLESSINGER
DONALD THOMAS SHELDON
DONALD WITHERS
DONNA DIANE HADLEY
DONNA J EMERY
DONNA K BERLIN
DONNA L ROBERTS
DONNA MAE DOEGE
DONNA MAY GOULETTE
DONNA MICK

Page 5

EXHIBIT A

REQUESTS FOR EXCLUSION

| | |
|---|---|
| DONNA WARD WOOTEN | ELIZA M BRANAGAN |
| DONNABELLE MARTHA PAULL | ELIZABETH A MANLEY |
| DONNIE L ASHCROFT | ELIZABETH ANN HINDMAN |
| DOREEN J JANSSEN | ELIZABETH LEA GRONER |
| DORIS E RAPP | ELIZABETH MARIE BRUNFELT |
| DORIS POWERS | ELIZABETH MASON GIVENS |
| DORIS PRIEST BENTLEY | ELIZABETH RINCK |
| DORIS VAUGHAN MEISZER | ELLEN ANNE KRESS |
| DOROTHY ELLEN SPARKE | ELLEN MEISENHEIMER |
| DOROTHY H HENDERSHOT | ELLEN MORRIS |
| DOROTHY M MABOLD | ELLYN MARGARET HALKO |
| DOROTHY M WHITE | ELOISE H HARRIS |
| DORRIS M MELCHER | ELSIE MARIE JASINSKI |
| DOUG OPPEDAL | ELSIE ZIMMER |
| DOUGLAS ALAN HOOVER | EMELDA G SWEENEY |
| DOUGLAS C HMEL | EMIL M MATULA |
| DOUGLAS DEAN JACOBSEN | EMILY KEANEY |
| DOUGLAS E HUNSAKER | EMILY PLURKOWSKI |
| DOUGLAS FIRMAN TOWNSEND JR | EMMETT HOYLAND |
| DOUGLAS HOMANN | ERA L WRAY |
| DOYLE L CLOSSER | ERIC DWAYNE ANGTON |
| DUANE HOOVER | ERIC L GARVER |
| DUANE L BRUEGGEMAN | ERIC PARKER |
| DURA HYATT MOORE | ERIN LOPRESTI |
| DWAYNE ARTHUR PUFFER | ERNEST A HARMS |
| DWAYNE HATCH | ERVAN DOUGLAS DOWD |
| DWIGHT DUBOICE | ESMERALDA VARGAS |
| EARL LLOYD RATERINK | ESTHER I CONDEN |
| EDGAR GILBERT | ESTHER KURTH |
| EDGAR L GEHLHAUSEN | ETHAL J VANMETER |
| EDITH NEAL | ETHEL COLLINS GATES |
| EDMOND P SPAETH | ETHEL N LEHMAN |
| EDNA LEUTHEN | EUGENE D CHAPMAN |
| EDWARD F RIVAS | EUGENE FRANCIS LEHMBECKER |
| EDWARD R HAINES | EUGENE GEYER |
| EDWARD ROBERT MORRIS | EUGENE HOLQUIN |
| EDWIN DOYAL SNIDER | EUGENE J KLIMENT |
| ELAINE BRASUELL | EUGENE RICHARD GERLACH |
| ELAINE MARCOTTE | EUNICE M HAMMEL |
| ELENA MARIA RODRIGUEZ | EUNICE YVONNE SKEIE |
| ELISHA MOSER | EVA GUERRA |

# EXHIBIT A

## REQUESTS FOR EXCLUSION

EVAN BAILEY HUNT
EVELYN GLISSON
EVELYN HUGHES
EVELYN J RACINE
EVERARDO C ROMERO
F J PUTKOWSKI
FEDERICO IGNACIO DELMORAL
FLORENCE ESTELLE GOTFRYD
FLORIN BELEGU
FLOYD J MOSS
FORENTINO A FLORES
FRANCES ARLENE DURHAM
FRANCES E MOORE
FRANCES J BROWER
FRANCES J KIRVEN
FRANCES KING
FRANCES MCKINNEY
FRANCIS H MADIGAN
FRANK E TRULLENDER
FRANK P LOPE JR
FRANK WILCOX WILLIAMS
FRANKLIN K FAGERHEIM
FRED CROSBY CUNNINGHAM
FRED E LALONE
FRED HOLT
FRED RAY HAM
FREDERICK BROCKWAY
FREDERICK D CAZER
FREDERICK D HINKLE
FREDERICK E FINCH
FREDERICK NEVIN LILLY
FREDERICK SIKORSKI
FREDRICK DEAN DAVIS
FREIDA BEASLEY FIELDS
GABRIELE DUARTE
GARRETT MASCIEL
GARY DEAN GORDON
GARY I FORBUS
GARY KUECKER
GARY L EVANS
GARY LEE BREWER

GARY LEE LITTRELL
GARY M DANFORTH
GARY ROY SWANSON
GARY SCHUETTE
GARY W BORGMAN
GAVIN GRAZER
GAYLA KERN
GAYLE ANN EATON
GENE ACKMAN
GENE R ROY
GENE RAYMOND CHRISTIANSEN
GEORGE ASHING
GEORGE BOLTON CRESCENT
GEORGE G HIXON
GEORGE GERALD HELLICKSON
GEORGE H SILER
GEORGE JOHN DINGLER
GEORGE L BELL
GEORGE LEWIS EVANS
GEORGE MICHEHL
GEORGE R PARDUHN
GEORGE W COMPTON III
GEORGE WENDEL HOSTLER
GEORGETTA E KNEISLEY
GEORGIE LEE BINNS
GERALD CLARENCE STOLTZMAN
GERALD F DORRIS
GERALD JOSEPH RENAUD
GERALD L & NANCY A GEISEN
REVOCABLE LIVING TRUST
GERALD LEE JANYSEK
GERALD MICHAEL DEEGAN JR
GERALD OLESON
GERALD STARKWEATHER
GERALDINE JOHNSON WELCH
GERALDINE MARY HOOK
GERALYN CUNNINGHAM
GERARD BLAISE CUCURULLO
GERARD E BARRETTE
GERGORY W COKER
GERORGE W TOMLINSON

EXHIBIT A

REQUESTS FOR EXCLUSION

GERRY MARIE WALKO
GLADYS OLESON
GLADYS R ESPINOZA
GLEN HAROLD DANIELSON
GLEN ROSS DICK
GLENDA ERICKSON
GLENN T GIBSON
GLENNA ELIZABETH HARTFIELD
GLENROY WILLIAM BERNDT
GLORIA A WATTS
GLORIA C HENNIGAN
GLORIA D FERGUSON
GLORIA F JACKSON
GLORIA GARRISON
GLORIA LETICIA FUENTES
GODFRIED OPOKU BUGYEI
GORDON P MCCRAY
GORDON PRIEGEL
GORDON R HAUGLIE
GORDON WILSON
GREGORY EVERETT EWALD
GREGORY J CELLO
GREGORY JAMES PHILLIP
GREGORY L MARKIN
GREGORY R HEWITT
GRETE ENRIQUEZ GARCIA
GUILLERMIMA C CASALINO VILCHEZ
GUILLERMO PRECIADO
GUSTVO MARQUEZ
GWYNLYN VICTORIA ALLEN
BRADLEY
H BRETT SCHREYER
HANNAH BROWN
HANNAH LYNNE HARMAN
HANNAH TOOMEY
HAROLD CLARENCE PIFER
HAROLD E CHAMBERS
HAROLD E MCKEE
HAROLD F THOMPSON
HAROLD MILTON SPECTOR
HAROLD R SMITH

HAROLD S NATHAN
HAROLD STUBBS
HARRIET JOAN HAGGETT
HARRIET SUMMERS
HARYY KLESPER
Hazel V Beighley
HEATHER PETERS
HECTOR MANUEL RIVAS
HEIDI B LARA
HEIDI BROWN
HELEN MASCIEL
HELEN SAK
HENRY M MALOLOYON
HERMAN B WERKMAN
HILARY SCHROEDER
HILBERT VINCENT
HOMER B WILTSHIRE JR
HUNTER M HERNDON
IAN H GAAL
IGNACIO CESARIO
IMOGENE CLAUNCH
INGRID E POWELL
INGRID JANE PURK
IRIS E HOEHN
IRIS HAZEL JOHNSON
IRMA CEJA
IRVIN L HENMAN
IVA A PEVERLY
IVAN BENNING
IVAN L TRIPPLETT
IVAN LEE WADDELL
IVAN SARABIA
J ROBERT FOLSOM
J SOURS REVOC LIVING TRUST
J W KINCAID
JACINTO HERNANDEZ
JACK JOHNSTON
JACK L BENNER
JACK LEROY STEINER
JACK LEROY WARNE
JACK ROY BENCH

EXHIBIT A

REQUESTS FOR EXCLUSION

| | |
|---|---|
| JACQUELINE BLUDAU | JAMEY E SEWELL |
| JACQUELYN ANN FERSHIN | JAMIE LYNN TALASKI |
| JACQUELYN M RICHARDS | JAN L ROGERS |
| JACQUELYN V TEVIS | JAN SMITHWICK |
| JAIME LORENZO | JANE C KOMUDA |
| JAMES A SEDLACK | JANE E SNOW |
| JAMES ANDREW BROWN | JANE SLADE |
| JAMES ARCHIE BYRD | JANELL B THOMAS |
| JAMES ARTHUR BAUMAN | JANET MACIEL |
| JAMES B NOON | JANET MARIE PEARCE |
| JAMES BUSCHER | JANET V NELSEN |
| JAMES D LUKER | JANICE A FENTON |
| JAMES D SHOVLIN | JANICE CAROLINE |
| JAMES DYSART | JANICE HUDSON HALSEY |
| JAMES E BALDWIN | JANICE JARBOE |
| JAMES E LEWIS | JANICE M DILLARD |
| JAMES EDWARD FLYNN | JANICE M JEDELE |
| JAMES FREDERICK WISE | JANICE MARIE OLTMANN |
| JAMES H COCHENOUR | JANIE L BRITT |
| JAMES H HIMEBAUGH | JANIE RAE REAM |
| JAMES H RICHARDS | JANIS MCCULLOCH |
| JAMES H WHITE | JANIS P KIPPENHAN |
| JAMES HARPER | JANIS R SCHELL |
| JAMES I ADAMS | JASMINE DIAZ |
| JAMES J GRINER | JASON H BAKER |
| JAMES JOSEPH HURLBERT JR | JASON WANG |
| JAMES K SHELL | JASON WILKINSON |
| JAMES KAYSER | JEAN HAYS |
| JAMES KENDALL DUMAS | JEAN HENRIETTA ACKEY |
| JAMES KNOX POLK JR | JEAN N. WILSON |
| JAMES L DEVINEY | JEAN R HOAK |
| JAMES L WILLIAMS | JEAN V SCHAEFER |
| JAMES LOUIS GRIFFIN JR | JEANANN KIME |
| JAMES M BONO | JEANNE AUDREY KEY |
| JAMES M SMITH | JEANNE SHIRLEY |
| JAMES MISTRO | JEANNINE R SIGLER |
| JAMES ROHRER | JEFF FISHER |
| JAMES SPRINGER | JEFFERY R MCLAUGHLIN |
| JAMES TOON | JEFFREY DEMPSEY |
| JAMES V DENIKE & CONNIE DENIKE | JEFFREY J FERNANDEZ |
| JAMES WAYNE SMILEY | JEFFREY L KNOTT |

EXHIBIT A

REQUESTS FOR EXCLUSION

| | |
|---|---|
| JEFFREY LADWIG | JOAN D DERRY |
| JEFFREY LEE KERN | JOAN J BEVIRT |
| JEFFREY WAGGONER | JOAN M RUTLEDGE |
| JENNIFER ALEJANDRA GOMEZ | JOAN M SEARS |
| RENDON | JOAN MARTINA MANLEY |
| JENNIFER HARJO | JOAN MILLS |
| JENNIFER LYNN STASKO | JOAN SUMMER FLANDERS |
| JENNIFER MARIE HESLINK | JOAN WEIL |
| JENNIFER TRAN | JOANN JUANITA WHEELER |
| JERALD ROBERT SHAVER | JOANN LAMUNYON |
| JERELEA KLEIN | JOANN T SHEA |
| JEREMY C BURKEY | JOANNE A SARTOR |
| JEROLYN SCHULZE | JOANNE FRANCES HUMPAL |
| JEROME FRANKIE TYMA | JOANNE HALL |
| JEROME HOXTON | JOANNE MARIE HERUBIN |
| JEROME JOSEPH KUCERA | JOANNE MILLER |
| JEROME V DODD | JOANNE PFEIFFER |
| JERRI DEE JOHNSON | JODY AND STEVE STONER |
| JERRILYNN MINGO | JODY EMMONS |
| JERROLD SUELLA | JODY SYKORA |
| JERRY ALLEN BADEN | JOE R RICHARDSON |
| JERRY CASTELLAW | JOEL TORRES SIFUENTES |
| JERRY DEAN SCHWICHTENBERG | JOHANNA E SMITH |
| JERRY DEAN SHEALY | JOHN B HUNT |
| JERRY DENNIS | JOHN BATOT |
| JERRY G KOPSA | JOHN C LANDMAN |
| JERRY HARPER | JOHN CHARLES KUHAUPT |
| JERRY J SCHERER | JOHN CONRAD GARGANI |
| JERRY L GRACE | JOHN COOK |
| JERRY LYNN MCKINNEY | JOHN EDWARD DETWEILER |
| JESSE DANIEL GONZALEZ | JOHN H MOLCHANY |
| JESSE FRANKLIN PIERCE | JOHN HAERPTYAN |
| JESSICA GODIGKEIT | JOHN JOSEPH CORSON |
| JESSICA MARTINEZ | JOHN JOSEPH WALTERS |
| JESSICA PACHEL | JOHN K MADISON |
| JILL DI MARTINO | JOHN KWYZLA |
| JILL PEPPLE | JOHN L AGEN |
| JIMMIE D AUSTIN SR | JOHN L JOHNSON LIVING TRUST |
| JIMMIE D RAGLAND | JOHN M TAYLOR |
| JIMMY MCLEAN HYATT | JOHN P CLARK |
| JIMMY W STONE | JOHN PETRELLA |

EXHIBIT A

REQUESTS FOR EXCLUSION

JOHN R HOGLE
JOHN ROBERT DOYLE
JOHN ROBERT MCINNIS
JOHN SCOTT PRICE
JOHN T WHIPPS
JOHN TAGG HORTON
JOHN TRISLER
John V Hlubek
JOHN W SKIDMORE
JOHN WARREN NEEL
JOHNNIE HAMMEL
JONATHAN SAMUEL WAGNER
JOSE ANGEL LOPEZ
JOSE MARTINEZ
JOSE S ASTORGA
JOSEPH A LEGGE
JOSEPH E GRACHEK JR
JOSEPH G BARILLA
JOSEPH J MADAR
JOSEPH LO BIANCO
JOSEPH MALONE
JOSEPH RODE
JOSEPH RUTKOWSKI
JOSEPH T EHARDT
JOSEPHINE MADELINE FORRET
JOY E HAWK
JOYCE A ASKA
JOYCE A HOWREN
JOYCE ANDERSON
JOYCE GRIFFIN RICHTER
JOYCE L ELLISON
JUAN CARLOS GUTIERRE
JUAN J MELENDEZ
JUANITA J TRAHAN
JUANITA STANLEY
JUDITH A PRIEST
JUDITH A WIEGMAN
JUDITH ANN PATERSON
JUDITH B TUCKER
JUDITH CURRIE KERR
JUDITH K NELSON

JUDITH KAY DEMBOWSKE
JUDITH L DUBIN
JUDITH M BONNELL
JUDITH MOFFIT
JUDY A NORTON WALLACE JR
JUDY ARLENE KELLEY
JUDY EOFF
JUDY MARIE BOEBEL
JUDY MARSHALL
JULIE ANNE TEETERS
JULIE LYNN KENNEY
JUNE A MESSIER
JUNE L MANGUS
JUNE PRISCILLA BASTION
JV MARTIN
JW & ML BOUCHER/REV LIT T
K WAYNE & SHIRLEY GLASS
KAREN ANN BLACK
KAREN CLARK
KAREN D SIERACKI
KAREN DRAKE
KAREN FRISCHMANN KELLER
KAREN HATFIELD
KAREN HILLARD
KAREN JO MILLER
KAREN K HELLER
KAREN L RUDOLPH
KAREN MARIE CAMERON
KAREN PALMOUR
KAREN R DAVID
KAREN SITLER
KARL L NEAL
KARLEY YASMIN MONDRAGON
KATELYN CREASON
KATELYN HOPE AUSTIN
KATELYN M ARMISON
KATHLEEN BACHMAN
KATHLEEN BRUDZINSKI
KATHLEEN JOYCE VANN
KATHLEEN JUSTINE BETKE
KATHLEEN MARIE METZENBAUER

EXHIBIT A

REQUESTS FOR EXCLUSION

| | |
|---|---|
| KATHLEEN RATHEL | KEVIN M HOMAN |
| KATHRYN A ALDEN | KEVIN MCLARTY |
| KATHRYN MERLE MONROE | KEVIN SANDERLIN |
| KATHY ANN YOUNG | KEYSTONE PRECISION INSTRUMENTS |
| KATHY E GRAZIOSI | KIM M MAYBERRY |
| KATHY J FEELEY | KIMBERLY FIELDS |
| KATHY L BARLOW | KIMBERLY HAYES |
| KATHY L WILLIAMS | KIMBERLY KAY LYMAN |
| KATHYRYN J GRANGER | KIMBERLY M ROZANSKI |
| KATIE J STEINACHER | KIRK A NELSON |
| KAYLA BETH GOTTSHALK | KIRSTEN R DENIKE |
| KAYLA LYNN HALLANAN | KRISTA LANAE SENSENIG |
| KAYLEA M CALLAWAY | KRISTEN ELIZABETH JASPERSON |
| KAYLEE MARIE MANGOLD | L JENELL ALLEN |
| KEISHA WILLIS | LANA MARIE BERNHEISEL |
| KEITH BURLINGAME | LANCE ANTHONY SCHROEDER |
| KEITH K WHITE | LARRY ALLEN MORAVCIK |
| KEITH M GREINKE | LARRY BENNETT MARTIN |
| KELLEY BRICKER | LARRY E WHITE |
| KELLY A MARSHALL | LARRY HERGET |
| KELLY BUCHTIEN | LARRY J HASTINGS |
| KELSEY DRAGUS | LARRY LINDBERG |
| KENN SIDOREWICH | LARRY OR JUDY PULLIAM |
| KENNEDY NICOLE SCHULTZ | REVOCABLE TRUST |
| KENNETH ALLEN | LARRY PHILIP GARBER |
| KENNETH C ROBINSON | LARRY ZWERG |
| KENNETH E SMITH | LAURA B BURRIS |
| KENNETH FRENCH | LAURA DONALDSON |
| KENNETH G KNOBLESPEASE | LAURA ELIZABETH ESPINO PRIETO |
| KENNETH J BOLE | LAURA ELIZABETH NEWGENT |
| KENNETH J MENDICINO | LAURA FISH |
| KENNETH JAMES THOMPSON | LAURA MENDOZA |
| KENNETH KOEHN | LAURA POHLMAN |
| KENNETH PAUL WATSON AND | LAURA SPEICHER |
| MISTIE MARY WATSON | LAUREN COOK |
| KENNETH RODNEY ELLINGTON | LAUREN F MOTT |
| KENNETH VAN WASSENHOVE | LAURIE ANNE BLODGETT |
| KENNETH W SULZER | LAURIE CHASE |
| KERMIT HARRY HEIMANN | LAURIE SHEIBELS |
| KEVIN ANTHONY SARCHET | LAWERENCE OSER |
| KEVIN L HIGGINS | LAWRENCE J BRISBIN |

EXHIBIT A

REQUESTS FOR EXCLUSION

LAWRENCE J VANKAUWENBERG
LAWRENCE SCIPIOR
LAWRENCE STANLEY JEZOUIT
LELA E FRIESE
LEMOYNE SISK
LENORA WANDA OTOOLE
LEON J WALLIN
LEON T GENNETT JR
LEON W HOWELL
LEON WOOD
LEONARD JOSEPH MAGDA
LEONARD M AMODIO SR
LEONARD T MARKOVICH
LEONE L WOLFGANG
LEROY D WHEATLEY
LEROY J KNIGHT
LESLIE CARLINE MCCARTY
LETICIA R ALBINO
LINDA A MAREE
LINDA A POWERS
LINDA BISHOP
LINDA EARL
LINDA HARVEY
LINDA J BONNEY
LINDA JANE ALCORN
LINDA K GOOD
LINDA L BRADY
LINDA L PENCE
LINDA L REED
LINDA LA RONGE SNOW
LINDA LEE MANTINI
LINDA RAE OTHMER
LINDA RUDD REDDICK
LINDA S BRATCHER
LINDA S CUTLER
LINDA S HAMM
LINDA SUE BEAN
LINNA S BRINGE
LINTON H A & MARY 1992 TRUST
LISA A GARNAI
LISA EBBERS

LLOYD R SODERLUND
LOCHER BROS
LOGAN WILKINSON SEAFORD
LOIS ANN DRAGUS
LOIS DIANNE TANULA
LOIS HOUSE
LOIS J PINTER
LOIS M LEFKOWSKI
LOIS MARY SELL
LOLA M CLEVENGER
LONNIE GOODRICH
LORA LEE DOE
LOREEN MELLO
LORETTA BRASHER
LORI ANN SMITH
LORRAINE COLE FISHER
LORRAINE MARGARET OTTO
LORRAINE V SWEET
LORRIE S HAFNER
LOUIS A REESE
LOUIS LACAYO
LOUIS STEPHAN
LOUISE J LANE
LOUISE M CUSTIS
LOUISE M WALRATH
LOWELL E RAPP
LUCY MIRABILE
LULA B SHURTLEFF
LYDIA ANN RENTMEESTER
LYDIA M HERRINGTON
LYNN ADAMS
LYNN CIANFARANI
LYNN EARL ROY
LYNN M KEMPF
LYNN M PIONTKOWSKI-BILSKI
LYNN MEIER
LYNN ROBILLARD
LYNNE MARIE MCINTOSH
M JEAN KRESS
MADELINE HARVELL
MANUEL E MOYA

EXHIBIT A

REQUESTS FOR EXCLUSION

| | |
|---|---|
| MANUEL J DESOTO | MARISA B STAHL |
| MARALYN J SHARP | MARISELA HERNANDEZ NAVARRO |
| MARC R BEARDSLEY | MARITZA ESCOBEDO |
| MARCELINE COLE | MARJEAN M JONES |
| MARCIA C NICHOLSON | MARJORIE LEE PLEASANT |
| MARCIA GROSS | MARK A JEHLE |
| MARCIA LYNN NOLF | MARK EDWIN WASHBURNE |
| MARGARET A HAAS | MARK HUMPPHREY DELLER |
| MARGARET ANN FEAR | MARK RYAN ADAMCZAK |
| MARGARET BENEKE | MARK S BUTLER |
| MARGARET E ASBERRY | MARK S SCHULZ |
| MARGARET E LOCKHART | MARLENE CATIVO SOSA |
| MARGARET J PETUIT | MARLENE E HOBBS |
| MARGARET JEAN CRAMER | MARLENE JEAN EDGAR |
| MARGARET NAPIER ELITT | MARRY ANN MATASIC |
| MARGARET SIMONS | MARSHALL E WOLFORD |
| MARGARET T VANLOO | MARTHA H WILSON |
| MARGUERITE A PALIS | MARTHA K HAWSE |
| MARIA E FLORES | MARTIN L NEAMAN |
| MARIA GUADALUPE RUIZ | MARTIN THOMAS VANWYNSBERG |
| MARIA LUCILA TINAJERO | MARVIN E PHILPOTT |
| MARIA M GONZALEZ | MARVIN J MURRMA |
| MARIA TORRES | MARY A JONES |
| MARIAN LEUENBERGER | MARY A MARSH |
| MARIANNE MARTIN | MARY A SCHULTZ |
| MARIE BOYLE | MARY ALBERTA MARTON |
| MARIE J COMMENT | MARY ANN BRAND |
| MARIE LARGE | MARY ANN RODRIGUEZ AASLAND |
| MARIETTA M ALESCH | MARY BOS |
| MARILYN ANNETTE ARMSTRONG | MARY C QUINN |
| MARILYN BLAND PARKES | MARY CAMILLE BROWN |
| MARILYN FEST | MARY DOROTHY GORE |
| MARILYN JEANNE LEITH | MARY E VANSCHOICK |
| MARILYN K NOE | MARY E WELLS |
| MARILYN L SPRAGUE | MARY ELLEN WRIGHT |
| MARILYN L WHITNEY | MARY EUDELLA REMSCHEID |
| MARILYN LOUISE BARBER | MARY H SAMORADURAN |
| MARILYN R REUSS | MARY HALL SIMPSON |
| MARILYNN HARDING DAULT | MARY J WESTMORELAND |
| MARION DONALD VANSOELEN | MARY JO JOHNSON |
| MARISA ANN CENTURIONE | MARY JO WILLIAMS |

EXHIBIT A

REQUESTS FOR EXCLUSION

| | |
|---|---|
| MARY JOANNE MYERS | MELISSA MARY ENDERSBE |
| MARY K BOLAN | MELISSA TRACY |
| MARY K HERSCHELMAN | MELVIN HECKMAN |
| MARY KARKANEN | MELVIN KUHR |
| MARY L BURGER | MELVIN R LLOYD TRUSTEE |
| MARY L PRETZSCH | MEREDITH ESTERLINE |
| MARY L TAYLOR | MERLE DUANE BAESE |
| MARY L WILLIAMS | MERLYN EARL FRICK |
| MARY LACAYO | MERVIN H VOLKER |
| MARY LEE RADNEY | MICHAEL  D BONNEY |
| MARY LEE YOUNG | MICHAEL BORGEN |
| MARY LENORE HERRON | MICHAEL BRONKHORST |
| MARY M GOING | MICHAEL CASSADINE |
| MARY MARIE OEHLER | MICHAEL COLLINS |
| MARY P WITHERWAX | MICHAEL D CHURAS |
| MARY S DAY | MICHAEL D MCNEILL |
| MARY S THROWER | MICHAEL D SEMONES |
| MARY SCHWEISBERGER | MICHAEL D URBANEC |
| MARY SOMMERS | MICHAEL DEAN LEE |
| MARY W DEMERY | MICHAEL DLUGOPOLSKI |
| MARY WAKE | MICHAEL E LATSTETTER |
| MARYLOU E PIETRAS | MICHAEL HOLSTEIN |
| MARYLOU LEMOS | MICHAEL HULTMAN |
| MATTHEW A FERRELLI JR | MICHAEL J HODGES |
| MATTHEW DILTZ | MICHAEL JOHN BRANDSTROM |
| MATTHEW DINSLAGE | MICHAEL NANFITO |
| MATTHEW JOHN MERRILL | MICHAEL P STOELB |
| MATTHEW MICHAEL RUTLEDGE | MICHAEL S DAUGHERTY |
| MATTT W KOVACEVICH | MICHAEL SCOTT |
| MAURICE EDGAR SIMMONS | MICHAEL STEPHEN BROWN |
| MAX D SUTTER | MICHAEL T MATSKO |
| MAX WISE | MICHAEL TAYLOR |
| MAXIMIANO BALTAZAR CEJA | MICHELE MARIE STAFFORD |
| MAXINE D WHITE | MICHELLE BUCKMAN |
| MEAD FAMILY REVOCABLE TRUST | MICHELLE LYNN LEHMAN |
| MELANIE CUNNINGHAM | MICHELLE SANDERLIN |
| MELINDA L MOORE | MICHELLE STIEB |
| MELISSA A ELLENBERG | MICHELLE STOKES |
| MELISSA JOLEE EVANS | MIKE MCCHRISTIAN |
| MELISSA L EHRNMAN | MILDRED KING |
| MELISSA LEE MULLINS | MIRA ANIC |

EXHIBIT A

REQUESTS FOR EXCLUSION

| | |
|---|---|
| MITCHELL EUGENE BOONE | NORMA L HARRIS |
| MITZI SWARINGEN PHILLIPS | NORMAN ALLEN MINSHALL |
| MONICA JOY THAYER | NORMAN LANCASTER |
| MONICA LEE PHILLIPS | NYNIKKA PALMER |
| MYRA JEAN VERROS | OCTAVIO TREJO |
| MYRNA L PUSE | ODALYS GONZALEZ ALONSO |
| NANCY ANN MOORE | ORLAN KENNETH OPHEIM |
| NANCY CAROL VENGELS | OSCAR ALONSO ZAPATA |
| NANCY CUSTER | PAI LO |
| NANCY DENNIS | PAMELA BINKLEY |
| NANCY E DIEM | PAMELA KAYE MACHICA |
| NANCY G MILLER | PASQUALE MASCIO |
| NANCY GUARNIERI | PAT PORTER |
| NANCY J FALBE | PATRICIA A GROSS |
| NANCY J MCMILLEN | PATRICIA ANN HUDSON |
| NANCY J NOVACK | PATRICIA ATKINSON |
| NANCY L BAKER | PATRICIA BUZA |
| NANCY L BROWN | PATRICIA CARR CAST |
| NANCY LEE DIETEMAN | PATRICIA CREAKBAUM |
| NANCY SCHROEDER | PATRICIA D HOFFMAN |
| NANCY THERESA SELLS | PATRICIA E CHAPEK |
| NARINEH ZIRAKY | PATRICIA HOBLITZELL |
| NATALIE HENDRICK HOLDER | PATRICIA J NIENABER 1090 TRU |
| NATHAN ANDERSON | PATRICIA L LAMOTTE |
| NATHAN CLINE | PATRICIA LYNN RICHTER |
| NEFTALI ROMAN | PATRICIA M JONES |
| NELDA JO COOK | PATRICIA SMITH |
| NELLIE J PICKERING | PATRICIA W MITCHEM |
| NELLY J MARTINEZ | PATRICIA WHITNEY |
| NICHOLAS ORWAN COOPER | PATRICK GALLAGHER |
| NICHOLE A GOULD | PATRICK J FILLER |
| NILES KEVERN | PATRICK JAMES HOLLOWAY |
| NILESH KUMAR | PATRICK JOSEPH BOARIO |
| NINA HEPP | PATRICK T KEEP |
| NOE NAVA | PATSY LAWRENCE |
| NOEL NOVACK | PAUL KOTTERMAN DEC OF TRUST |
| NOLAN ARVID UNDERLEE | PAUL LOPES |
| NOLLIE MARTIN | PAUL M BROWN |
| NORM D LAMAR | PAUL MARVULLI |
| NORMA CORNEJO | PAUL PENOYER |
| NORMA JEAN PLESS | PAUL R POPOVICH |

EXHIBIT A

REQUESTS FOR EXCLUSION

| | |
|---|---|
| PAUL REYES | RANDY MCNAMER |
| PAULA BARNETT | RAY COLEMAN |
| PAULINE ROSSMAN | RAY SOCK |
| PAULINE SALYER | RAY THOMAS HOYMAN |
| PEDRO A REIS-MOURA | RAYMON CLYDE YATES |
| PEGGY A POLLARD | RAYMOND CARRON |
| PEGGY ANN WUNNEBURGER | RAYMOND DEMPSEY |
| PEGGY E FISHER | REBECCA VASS |
| PEGGY I DAVID | REBEKAH THOMAS |
| PEGGY J DRAKE | REFUIGO VAZQUEZ |
| PENNY SUE LAPERRIERE | RENITA J BREED |
| PETER J FINLEY | RETHA P BREWER |
| PHILIP DONALD WILKE | REYES YAZMIN CARRILLO |
| PHILIP L REAVES | RHONDA J LAMAR |
| PHILIP OBIEDZINSKI | RICHARD ADELBERT SEMANS |
| PHILIP W LOBES | RICHARD ALAN CHAVIERS |
| PHILLIP THOMAS GREVE | RICHARD ALBERT CARL MAURER |
| PHYLLIS A BUCKLEY | RICHARD ALLAN SIVITS |
| PHYLLIS A GARBISON | RICHARD BARTH |
| PHYLLIS ANN ANDERS | RICHARD BIRO |
| PHYLLIS ANN STEELE | RICHARD BRUCE DAVIDSON |
| PHYLLIS ARLENE CURRIE | RICHARD C SAGER |
| PHYLLIS J HORNBECK | RICHARD C WYNGAARD |
| PHYLLIS PATRICIA SELF | RICHARD COAL WAKEHAM |
| PHYLLLIS C STARLIN | RICHARD D KLINGAMAN |
| PIL J JUN | RICHARD DEAN NELSON |
| PLATINY ETIENNE | RICHARD EARL DEETER |
| POLLY MONROE TERRY | RICHARD FRANK MCCLURE |
| PRIMO J VOSIN | RICHARD FREDERICH WORM |
| QUENTIN WEBER | RICHARD J LEONARD |
| R VIRGINIA WITHEROW | RICHARD J REVELL |
| RACHEL LYN ANDRLE | RICHARD J SEVERSON |
| RACHEL MCALLISTER | RICHARD JOSEPH MCGANNON |
| RACHEL SCHNEIDER | RICHARD LEE SCOTT |
| RACHEL SIEGLE | RICHARD MARSHALL |
| RALEIGH CHARLES PARROTT | RICHARD R CARROLL |
| RALPH C RANGE | RICHARD RENUSCH |
| RALPH M GLASS JR | RICHARD RESENDEZ |
| RALPH MENDENHALL | RICHARD TRENT SCHULZ |
| RANDALL LEE MASTIN JR | RICKY R WILLIAMS |
| RANDALL M FLAMMANG | RINIKER AUTO SALES |

EXHIBIT A

REQUESTS FOR EXCLUSION

| | |
|---|---|
| RITA M BERG | ROGENE VELETTA BENTZ |
| ROBERT A FLORES | ROGER D FISHER |
| ROBERT ALEN REIS | ROGER JERNIGAN |
| ROBERT AND DONNA J VANCE | ROGER LAUBACH |
| ROBERT C BACHMAN | ROGER THOMAS |
| ROBERT C WOLFE | RONALD A DRAPER |
| ROBERT D HUBACH | RONALD C HENDRICKS |
| ROBERT D ROLLINS | RONALD D MARSHALL SR |
| ROBERT D SMITH | RONALD E PROVOST |
| ROBERT DECOTEAU | RONALD H WILSON |
| ROBERT E DAVIS | RONALD KEITH BOWE |
| ROBERT E VAN FLEET | RONALD V LIESKE |
| ROBERT F SALMI | RONALD W TICE |
| ROBERT G MILLER | RONALD WEHNERT |
| ROBERT GARY WILSON | ROSA B QUINTERO |
| ROBERT GLENN | ROSA LOPEZ |
| ROBERT HANCOCK | ROSALINDA GARCIA |
| ROBERT J FREY | ROSARIA BRISTOL |
| ROBERT J SCHROEDER | ROSE MARIE MCDOUGALL |
| ROBERT L FLODEEN | ROSE REAGAN |
| ROBERT L MAGGIOLINO | ROSE WELCH |
| ROBERT LEE VANDENBERG | ROSEMARY FLEMIN BAUGHMAN |
| ROBERT MACAULEY | ROSS LEROY |
| ROBERT P LEHMAN | ROSSANA REESE |
| ROBERT P ROWE | ROY ACKIES HICKS |
| ROBERT PAUL PIASTOWSKI | ROY ALLEN FENNIG |
| ROBERT PLURKOWSKI | ROY G POINEAU |
| ROBERT PROSEK | ROYAL F CHENEY |
| ROBERT RIGGLEMAN | ROYCE SCOTT |
| ROBERT S SISKO | RUBEN POPE |
| ROBERT SEHLMEYER | RUBY J ELLER |
| ROBERT WATSON WOLFE | RUPERT H MCDANIEL JR |
| ROBERT WILLIAM WANDERSEE | RUTH ANN LAMBERT |
| ROBERTA ALFRED JONES | RUTH ANN RAGSDALE |
| ROBERTA B KELSO | RUTH F CAMPBELL |
| ROBERTA R NELMES | RUTH I GODING |
| ROBIN FASNACHT | RUTH L HILL |
| ROBIN J FRIDY | RUTH M BEARD |
| ROBIN LYNN WEISHAIR | RUTH MILLER |
| ROCCO J JUSTICE | SALLY ANN OEHMKE |
| RODNEY BURGESS | SAMUEL BUCKMAN |

EXHIBIT A

REQUESTS FOR EXCLUSION

SAMUEL MAX WOODARD
SANDI HANSEN
SANDRA A CROSS
SANDRA BEIS
SANDRA DEMONBREUN
SANDRA HOLLAND
SANDRA J FILLA
SANDRA J PETRICEK
SANDRA K CONLEY
SANDRA L HALE
SANDRA L PERRY
SANDRA LEE MARTIN
SANJUANA RUVALCABA
SANTIAGO SOSA
SARA LEE EVANS
SARAH BUTCH
SARAH C BUCHER
SARAH G HALKYARD
SARAH L PITTMAN
SARAH LIBBRECHT
SARAH SHAPPLEY
SAUL LOPEZ
SCOTT & JAMIE AGUREDAKES
SCOTT A SMITH
SCOTT D LEWIS
SCOTT ERLENBUSCH
SCOTT HAKES
SCOTT ROBERT VANARSDALE
SCOTT WYNN KRUEGER
SHANE MORSE
SHANNON KAY LINDQUIST
SHANTE MOORE
SHARON A MOELLER
SHARON E URSO
SHARON G AND RICHARD J MORRIS
SHARON G HOFFMAN
SHARON IRENE WHITE
SHARON K COATES
SHARON KAY LARABEE
SHARON L ALCORN
SHARON L GROFF

SHARON L MARTIN ADKINS
SHARON MARLENE GUNDERSON
SHARON VASQUEZ
SHAUNI V WILLIAMS
SHAWN C MCCOSH
SHEILA ROSZMAN
SHELBY DUPRE PELLEGRIN
SHERI ANN WITT
SHERI HOMANN
SHERRI MINARD
SHERRY ANN ARMSTRONG
SHERRY L KOMUDA
SHERYL A BORGMAN
SHERYL ANN MERCORD
SHERYL DARLENE GIDDENS
SHERYL K LEHDE
SHERYL K MARIOTTI
SHIRLEY DECOURCY
SHIRLEY S CASSIDY
SHIRLEY SCOTT
SHIRLEY THOMPSON KIRSCHNER
SHONDAE R NOWICKI
SINDY TIPPEY
SOFIA E PEREZ
SPENCER/VENTURINO JOINT
REVOCABLE TRUST
STACIE JO CASTER
STANLEY HOLLAR
STARLA MARIE PLUEGER
STEPHANIE E WILLIAMS
STEPHANIE L FRANKART
STEPHANIE MAXWELL
STEPHEN E SEE
STEPHEN GILLICH III
STEPHEN J BAKITA
STEPHEN R WINSHIP
STEPHEN ROBERT MORAN
STEPHEN THOMAS RICHEY
STERLING CHURCH
STEVE MARCUM
STEVE PAKSI

EXHIBIT A

REQUESTS FOR EXCLUSION

| | |
|---|---|
| STEVEN ANDERSON VIRDEN | THEODORE J INGRAM |
| STEVEN C LAMB | THEODORE REKS |
| STEVEN CARL WHITE | THERESA KNUTSON |
| STEVEN G FERMANICH | THERESA MAE MITSCHKE |
| STEVEN GUTTERSOHN | THERON ISAAC RAVAN |
| STEVEN L FIDLER | THOMAS FRANCIS HEWITT |
| STEVEN S S SEIDEN | THOMAS L ALMOND |
| SUE ANN FISHER | THOMAS L BAKER |
| SUE GREEN | THOMAS L KENNERLY |
| SUN ZHI LIN | THOMAS L WESTOVER |
| SUSAN ALLEY | THOMAS LEONARD-WESLEY PRICE |
| SUSAN CAROL LONEY | THOMAS M CONRAD |
| SUSAN CL CAHANIN | THOMAS M KONICKI |
| SUSAN E HELSETH | THOMAS P PIZZNO II |
| SUSAN ELIZABETH CARROW | THOMAS PRESTON HENDRY |
| SUSAN F WILDERSON | THOMAS S MARSH |
| SUSAN J KINNEY | THOMAS W FIEGL |
| SUSAN KING ROBERTSON | THOMAS W OPALEWSKI |
| SUSAN L BRITTON | THOMAS WEST |
| SUSAN L WILLIAMS | THURMAN HARTER |
| SUSAN M BARON | TIFFANY MALAGARI |
| SUSAN R WEISSER | TIMOTHY ALLEN HUDSON |
| SUSAN S GREEN | TIMOTHY C MATTINGLY |
| SUZANNE DUNPHREY | TINA C TRAXLER |
| SUZI ROMERO | TINA PARISEAU |
| SYLVIA MAY SALEMI | TINA PUCCI |
| SYLVIA WILLIAMS | TITUS JAMES A BERNDT |
| TAMI JO MAK | TOLMAN U MEYERS |
| TANA RAE JENNINGS | TOM GROVER JOBE |
| TARA  L MEUNIER | TOMIKO B BARRON |
| TARYN ELYSE SMITH | TONI ST JOHN |
| TERESA ORTIZ | TRACI L FLETCHALL |
| TERESA PRUITT | TRENTON CURTIS TILLEY |
| TERESA RENEE BUDAY | TRESA HOFF CROOK |
| TERRY HERVEY | TREVOR T OSTEN |
| TERRY LEE THIEDE | TRINA C KAROL |
| THE NITA JACOBS FAMILY TRUST | TRISH TATUM |
| THE ROSINSKI FAMILY TRUST | TRISHA GROCHOWSKI-CONSTABLE |
| THEADA NESMITH | TROY LEE WELCH |
| THELMA MAY | TYLER THELEN |
| THEODORE A HAAS | VALERIE J PEAVEY |

EXHIBIT A

REQUESTS FOR EXCLUSION

VALERIE LANETTE COOPER
VANESSA A ARIAS LORD
VANESSA PIPKIN WALLS
VEDA REED
VERA J THOMAS
VERNON E PITTMAN
VERONICA REGINA BARNES
VICKEY A GARRETT
VICKIE LYNN HAWKS
VICKIE S DETTER
VICKY JUDAH
VICTOR DAVID LAIRIS
VICTOR RAY MOSS
VICTORIA ANNA KIMLER
VICTORIA M YOUNKIN
VIOLET COLYER
VIRGINIA ANN WATSON
VIRGINIA C WILEY
VIRGINIA CLAIRE NEELEY
VIRGINIA M SHERMAN
VIRGINIA R SOLE
WALLACE LEE JONES
WALTER G BANDYCH
WALTER H DIXON
WALTER J LUCKOWSKI
WALTER LEWIS ROBINSON JR
WANDA LAMPRECHT
WANDA M INGLE
WANDA UHERCIK
WARREN NATHAN PEDDYCORD JR
WAYNE DENNIS BUEHNER
WAYNE EDWARD COONLEY
WAYNE R PETERSON
WELDA S RAES
WENDELL PIGG
WILBERT SCROGGINS
WILBUR E BARDEER JR
WILDA ELBERTA NYBECK
WILLIAM ALBERTY MOREY
WILLIAM ALLEN LYMAN
WILLIAM BAKER

WILLIAM BLANCHARD SR
WILLIAM BUTCH
WILLIAM C COPELAND
WILLIAM C NICHOLS
WILLIAM DURANT
WILLIAM E DYER
WILLIAM E RUSH
WILLIAM EDWARD AUSTIN
WILLIAM EUGENE WEST
WILLIAM F SCHMIDT
WILLIAM HENRY PATTON
WILLIAM HOWARD WIESE
WILLIAM JERRY SMITH
WILLIAM JOSEPH TOOLEY
WILLIAM K LUETZOW
WILLIAM KINSEY
WILLIAM LOWELL PORTER
WILLIAM M DRAKE
WILLIAM M ENGELSMAN
WILLIAM MCGAHEE
WILLIAM MICHAEL RUSTAD
WILLIAM MORE
WILLIAM P MCHENRY
WILLIAM PAUL CHEATHAM JR
WILLIAM PAUL FAST
WILLIAM R POTTER
WILLIAM R TOWNER
WILLIAM S ROGERS
WILLIAM TMASTERS
WILLIAM W BEAVER
WILLIAMS FAMILY TRUST
WINFRED LEO STOCKMAN
WINIFRED B MOTLEY
WRIGHT JOHN LOREN
WSANDA L MOORE
YVONETTE RAE HANSFORD
ZARA MIKELLY
ZEARLINE MONROE STEWART

EXHIBIT A

REQUESTS FOR EXCLUSION – POSTMARKED AFTER DEADLINE

ANDRES PLACENCIA MUNOZ
BARBARA J HORNE
CHARLES B GOSLING
CLETUS N WELCH
DAVID KOPACZ SHAY
DONNA LANDESS
DULCE M VIGIL
HELEN DE LEON
JASMINE FORD
JERYL MOEN
MARIA I DIAZ HERNANDEZ
STEVEN M BAUNE
TIMOTHY B PITTMAN
TINA BRANCH