September 20, 2019

Clerk of Court
US District Court, Southern District of Florida
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Fort Pierce, FL 34950



Re:   Case No.:   2:18-cv-14371
                 Ellen Berman, et al. v. General Motors LLC
                 Excessive Oil Consumption – GMC Terrain
                 Claim No.:  169915121

Dear Sir/Madam:

On 09/19/18, while traveling home from Green Bay, WI to Madison, WI, that evening, my check engine light came on steady. I called the garage I regularly have my car serviced at and explained my situation. I then drove my car there rather than go home. After my car was evaluated, I was informed that a camshaft position solenoid needed to be replaced along with other affected systems. It cost **$1,182.53**.

On 01/23/19, I had the oil and filter change. Mileage was 94,604.

On 05/22/19, again, while driving at night, the check engine light came on again, except this time the lifters were very noisy and I had to add 2-3 quarts of oil to get me back to my service center. The mileage was 98,388. After they evaluated my car, I was given the news that apparently there were excessive oil consumption problems with 2011 GMC Terrains. All they knew was that a service advisory was in effect. This was the first time they heard about this. This was also the first time I heard about this. After additional servicing to get my car running again they said that there was a fix, but it was very expensive, and unless it was done, I would continue to burn/lose oil fast. I was unable to afford this so I have opted to add oil until I can afford to either fic a 2011 car or replace it. Needless to say, I was very upset. Since this wasn't considered a recall, this wouldn't be covered by GMC. This time it cost me **$821.34**.

A couple of months ago, I received a notice from GMC that there was a class action suit, but I had to have work for this problem already done and paid for. The 2011 year requirements were 7 years, 6 months or 120,000. By the time I received this notice, it was already passed the 7 years, 6 months mark. Had I known back in 2018, when my car first started having problems, I would have been within the time frame allowed for 2011 cars. Not once did my oil warning light come on. I have been having my car serviced regularly based on the recommendations of GMC. What if find disconcerting is that the dealer I bought care from never contacted me when I might have had an opportunity to fix this problem before I received a court notice well after the 2011 parameters to qualify.

I ask that that I am still included in the "remedy" of the Court's judgment. I have attached a copy of the service charges, **$2,003.87**, for the work done on my car in 2018 and 2019 that is directly related to the failure of systems that were causing excessive oil consumption and the unrealistic timeframes assigned when there was no timely notice of a problem. Thank you.

Sincerely,

Julie F. Royalton

CC:
Class Counsel:
Daniel K. Bryson, J. Hunter Bryson
Whitfield Bryson & Mason, LLP
900 W. Morgan St., Raleigh, NC 27603

Defendants Counsel:
Thomas A. Casey, Jr.
Jones Walker LLP
201 St. Charles Ave.
New Orleans, LA 70170-5100

**2.4 Liter Oil Consumption Litigation**

c/o Analytics Consulting LLC

P.O. Box 2003

Chanhassen, MN 55317-2003

**IMPORTANT COURT-ORDERED NOTICE**

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
TWIN CITIES, MN
PERMIT NO. 3648

BRM003FF07D71 - Claim Number 1699151

JULIE F ROYALTON

202 N WHITNEY WAY

MADISON WI  53705-2721

**You may be a member of a class that the Court is being asked to certify in the above-entitled class action (the "Action"). The class includes certain persons who purchased or leased new or used Chevrolet Equinox or GMC Terrain vehicles equipped with 2.4 liter Ecotec engines ("Class Vehicles") for model years 2010, 2011, 2012, as well as certain model year 2013 vehicles.**

**West Town Monona Tire**
453 S. Gammon Rd.
Madison, WI. 53719
Phone - 608-833-1735 Fax - 608-833-6898

## Customer and Vehicle Report

Print Date: 07/31/2019

**STEVE ROYALTON**
202 N WHITNEY WAY
Madison, WI, 53705

**Vehicle: 2011 GMC - Terrain SLE, 2.4L,In-Line4 (146CI) VIN(C), 585WWD**

Invoice: 183542, Posted On: 05/22/2013, SW: PIVOTTO, BRANDON

Average Daily Mileage: 41
Odometer in: 98,388 Odometer Out: 0

| Time | Description | Part No. | Category | Technician | Qty | Sale | Extd | Price | Rate |
|---|---|---|---|---|---|---|---|---|---|
| | **Notes** - Preventative Maintenance Form: https://2un.me/1c96cata | | | | | | | | |
| - | INSPECT FOR CHECK ENGINE LIGHT CAME ON, CLIENT ADDED A QUART OF OIL, WAS ABLE TO MAKE IT BACK HOME, CLIENT STARTING HEARING NOISE AGAIN AND ADDED TWO QUARTS OF OIL BUT OIL LEVEL WAS STILL LOW. INSPECT AND REPORT. LOW OIL LIGHT NEVER CAME ON. | | Engine Performance/Tune | SHAWN HEFTY | | 0.00 | 0.00 | | 139.79 |
| 1.50 | PERFORM ENGINE SYSTEMS ANALYSIS. ANALYZE AND REPORT. | | Engine Performance/Tune | SHAWN HEFTY | 1.50 | 179.95 | 179.95 | | 139.79 |

ROAD TEST VEHICLE AND TRY TO DUPLICATE CUSTOMERS CONCERN. INSPECT FOR ANY STORED SERVICE CODES IN COMPUTERS MEMORY. RECORD RESULTS. REVIEW ALL COMPUTER CONTROLLED PARAMETERS. RECORD RESULTS. CODE P0300 MULTIPLE CYLINDER MISFIRE WAS FOUND. INSPECT STARTING SYSTEM- STARTER, BATTERY TERMINALS, CABLES AND CONNECTIONS. INSPECT CHARGING SYSTEM- ALTERNATOR, VOLTAGE REGULATOR AND BATTERY. SCOPE CHECK ENGINE. INSPECT PRIMARY AND SECONDARY IGNITION SYSTEMS, CONTROL CIRCUITS AND CONNECTIONS. INSPECT ENGINE COMPRESSION, VALVES, RINGS, HEAD GASKET, VACUUM HOSES AND CONNECTIONS. INSPECT FUEL AND EMISSION SYSTEMS- FUEL INJECTORS, FUEL CONTROL VALVES, EGR, PCV, CANISTER PURGE VALVE AND CATALYTIC CONVERTER EFFICIENCY WHEN APPLICABLE. INSPECT EVAPORATIVE SYSTEM WHEN APPLICABLE, MONITOR FUEL PUMP WAVE FORM AND AMPERAGE DRAW- RECORD RESULTS. CRANKCASE PRESSURE IS NORMAL. VEHICLE WAS 1.5QTS OF OIL LOW AND OIL IS VERY DIRTY. RECOMMEND PERFORMING FUEL SYSTEM CLEAN, ENGINE OIL FLUSH, CLEANING OF THE PCV PASSAGE HOSE AND OIL CHANGE AND REPORT RESULTS BACK.

2nd time car to garage
$ 821.34

(C) 2016 Mitchell Repair Information Company, LLC custvehsum 8.19.16JD

**Customer and Vehicle Report**
Print Date: 07/31/2019

**STEVE ROYALTON**
202 N WHITNEY WAY
Madison, WI, 53705

**Vehicle: 2011 GMC - Terrain SLE, 2.4L,In-Line4 (146CI) VIN(C), 585WWD**

Invoice: 183542, Posted On: 05/22/2019, SW: PIVOTTO, BRANDON

Average Daily Mileage: 41
Odometer in: 98,388 Odometer Out: 0

| Time | Description | Part No. | Category | Technician | Qty | Sale | Extd | Price | Rate |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | VPS FUEL INJECTION SERVICE<br>CLEAN FUEL INJECTORS. CLEAN ISC/ASC MOTOR AS REQUIRED. VISUALLY INSPECT FUEL LINES AND FUEL RAIL. PRESSURE TEST FUEL PUMP. TEST AND VISUALLY INSPECT FUEL PUMP, PRESSURE REGULATOR, VACUUM LINE AND CONNECTIONS. DECARBONIZE INTAKE MANIFOLD. DECARBONIZE INTAKE RUNNERS AND EXHAUST VALVES. DECARBONIZE COMBUSTION CHAMBERS AND PISTONS. TEST EXHAUST EMISSIONS | | VPS FUEL INJECTION SI | SHAWN HEFTY | 1.00 | 139.79 | 139.79 | | 139.79 |
| - | VALVOLINE FUEL SYSTEM CLEANER KIT | VPSFUELKIT-VLP67! | Fuel System | SHAWN HEFTY | 1.00 | 88.97 | 88.97 | 88.97 | |
| 0.51 | PERFORM BG ENGINE OIL SERVICE<br>INSTALL BG ENGINE PERFORMANCE RESTORATION TO REMOVE FUEL GUM FROM PISTON RINGS AND IMPROVE COMPRESSION. INSTALL BG MOA TO PROTECT AGAINST SLUDGE BUILDUP AND OIL BREAKDOWN. INSTALL BG 44K TO KEEP FUEL SYSTEM CLEAN. TEST SYSTEM TO VERIFY PROPER OPERATION. TEST - GOOD | | OIL | SHAWN HEFTY | 0.51 | 71.29 | 71.29 | | 139.79 |
| - | BG ENGINE PERFORMANCE RESTORATION | BG6577 | OIL | SHAWN HEFTY | 1.00 | 89.28 | 89.28 | 89.28 | |
| 0.49 | CLEAN PCV PASSAGE HOSE<br>DISASSEMBLE COMPONENTS AND CLEAN PCV PASSAGE HOSE. ASSEMBLE ALL COMPONENTS AND TEST FOR PROPER OPERATION. TEST - GOOD. | | OIL | SHAWN HEFTY | 0.49 | 68.50 | 68.50 | | 139.79 |
| 0.50 | PERFORM 3,000K MILE SERVICE AND INSPECTION.<br>INSPECT PVC AND EMISSION SYSTEM, COOLANT PROTECTION AND PH BALANCE, AIR BREATHER AND FILTER, BELTS, HOSES, ENGINE COOLANT AND FAN OPERATION, SUSPENSION AND STEERING COMPONENTS, EXTERIOR AND INTERIOR LIGHTING, EXHAUST SYSTEM, BRAKE LINES AND HOSES, SUSPENSION ALIGNMENT AND TIRE WEAR, CV JOINTS AND BOOTS. | | Maintenance | SHAWN HEFTY | 0.50 | 12.50 | 12.50 | | 139.79 |
| - | OIL FILTER | JP3244 | Filters - OIL | SHAWN HEFTY | 1.00 | 6.95 | 6.95 | 6.95 | |
| - | QTS. 5W30 DEXOS FULL SYNTHETIC | Z5W30DEXOS | OIL | SHAWN HEFTY | 5.00 | 6.50 | 32.50 | 6.50 | |
| - | PREMIER 27PT COURTESY CHECK | | | SHAWN HEFTY | | 0.00 | 0.00 | | 139.79 |
| - | DRAIN AND RENEW ENGINE OIL AND FILTER | | | SHAWN HEFTY | | 0.00 | 0.00 | | 139.79 |
| - | ADJUST CLUTCH IF APPLICABLE | | | SHAWN HEFTY | | 0.00 | 0.00 | | 139.79 |

(C) 2016 Mitchell Repair Information Company, LLC custvehsum 8.19.16JD

**Customer and Vehicle Report**

Print Date: 07/31/2019

**STEVE ROYALTON**
202 N WHITNEY WAY
Madison, WI, 53705

**Vehicle: 2011 GMC - Terrain SLE, 2.4L,In-Line4 (146CI) VIN(C), 585WWD**

Average Daily Mileage: 41

Invoice: 183542, Posted On: 05/22/2019, SW: PIVOTTO, BRANDON — Odometer in: 98,388 Odometer Out: 0

| Time | Description | Part No. | Category | Technician | Qty | Sale | Extd | Price | Rate |
|---|---|---|---|---|---|---|---|---|---|
| - | VISUALLY INSPECT BRAKES AND RECORD % | | | SHAWN HEFTY | | 0.00 | 0.00 | | 139.79 |
| - | TOP OFF ALL FLUID LEVELS | | | SHAWN HEFTY | | 0.00 | 0.00 | | 139.79 |
| - | CHECK A/C AND HEATER OPERATION | | | SHAWN HEFTY | | 0.00 | 0.00 | | 139.79 |
| - | LUBRICATE SUSPENSION, DOORS AND HOOD | | | SHAWN HEFTY | | 0.00 | 0.00 | | 139.79 |
| - | ROAD TEST AND WRITTEN EVALUATION | | | SHAWN HEFTY | | 0.00 | 0.00 | | 139.79 |
| - | CHECK CABIN AIR FILTER IF APPLICABLE | | FILTERS | SHAWN HEFTY | | 0.00 | 0.00 | | 139.79 |
| - | REPLACE AIR FILTER<br>REMOVE DIRTY AIR FILTER, CLEAN DEBRIS FROM AIR BOX HOUSING. INSTALL NEW AIR FILTER, RE SECURE COVER/ OK. | | FILTERS | SHAWN HEFTY | | 0.00 | 0.00 | | 139.79 |
| - | AIR FILTER | 83727 | Filters - AIR | SHAWN HEFTY | 1.00 | 43.13 | 43.13 | 43.13 | |

| Totals for Invoice: | Parts | Labor | Discount | Subtotal | Haz Mat | Supplies | Tax | Total |
|---|---|---|---|---|---|---|---|---|
| | 260.83 | 472.03 | 0.00 | 732.86 | 20.87 | 24.79 | 42.82 | 821.34 |

Invoice: 181519, Posted On: 02/15/2019, SW: PIVOTTO, BRANDON — Odometer in: 0 Odometer Out: 0

| Time | Description | Part No. | Category | Technician | Qty | Sale | Extd | Price | Rate |
|---|---|---|---|---|---|---|---|---|---|
| - | WIPER BLADE XTRAXLEAR | XC24 | WIPERS | | 1.00 | 17.98 | 17.98 | 17.98 | |

| Totals for Invoice: | Parts | Labor | Discount | Subtotal | Haz Mat | Supplies | Tax | Total |
|---|---|---|---|---|---|---|---|---|
| | 17.98 | 0.00 | 0.00 | 17.98 | 0.00 | 0.00 | 0.99 | 18.97 |

Invoice: 180993, Posted On: 01/23/2019, SW: KAZMIERCZAK, STEPHAN — Odometer in: 94,604 Odometer Out: 0

| Time | Description | Part No. | Category | Technician | Qty | Sale | Extd | Price | Rate |
|---|---|---|---|---|---|---|---|---|---|
| | **Notes** - Preventative Maintenance Form: http://2un.me/4dv4ukuz | | | | | | | | |
| 0.20 | PERFORM 3,000K MILE SERVICE AND INSPECTION. | | Maintenance | JOSE JIMENEZ | 0.20 | 12.50 | 12.50 | | 139.79 |

(C) 2016 Mitchell Repair Information Company, LLC cuslvehsum 8.19.16JD

**Customer and Vehicle Report**

Print Date: 07/31/2019

**STEVE ROYALTON**
202 N WHITNEY WAY
Madison, WI, 53705

**Vehicle: 2011 GMC - Terrain SLE, 2.4L,In-Line4 (146CI) VIN(C), 585WWD**

Average Daily Mileage: 41

Invoice: 180993, Posted On: 01/23/2019, SW: KAZMIERCZAK, STEPHAN

Odometer in: 94,604 Odometer Out: 0

| Time | Description | Part No. | Category | Technician | Qty | Sale | Extd | Price | Rate |
|---|---|---|---|---|---|---|---|---|---|
| | INSPECT PVC AND EMISSION SYSTEM, COOLANT PROTECTION AND PH BALANCE, AIR BREATHER AND FILTER, BELTS, HOSES, ENGINE COOLANT AND FAN OPERATION, SUSPENSION AND STEERING COMPONENTS, EXTERIOR AND INTERIOR LIGHTING, EXHAUST SYSTEM, BRAKE LINES AND HOSES, SUSPENSION ALIGNMENT AND TIRE WEAR, CV JOINTS AND BOOTS. | | | | | | | | |
| - | OIL FILTER | JP3244 | Filters - OIL | JOSE JIMENEZ | 1.00 | 6.95 | 6.95 | 6.95 | |
| - | QTS. 5W30 DEXOS FULL SYNTHETIC | Z5W30DEXOS | OIL | JOSE JIMENEZ | 5.00 | 6.50 | 32.50 | 6.50 | |
| - | PREMIER 27PT COURTESY CHECK | | | JOSE JIMENEZ | | 0.00 | 0.00 | | 139.79 |
| - | DRAIN AND RENEW ENGINE OIL AND FILTER | | | JOSE JIMENEZ | | 0.00 | 0.00 | | 139.79 |
| - | ADJUST CLUTCH IF APPLICABLE | | | JOSE JIMENEZ | | 0.00 | 0.00 | | 139.79 |
| - | VISUALLY INSPECT BRAKES AND RECORD % | | | JOSE JIMENEZ | | 0.00 | 0.00 | | 139.79 |
| - | TOP OFF ALL FLUID LEVELS | | | JOSE JIMENEZ | | 0.00 | 0.00 | | 139.79 |
| - | CHECK A/C AND HEATER OPERATION | | | JOSE JIMENEZ | | 0.00 | 0.00 | | 139.79 |
| - | LUBRICATE SUSPENSION, DOORS AND HOOD | | | JOSE JIMENEZ | | 0.00 | 0.00 | | 139.79 |
| - | ROAD TEST AND WRITTEN EVALUATION | | | JOSE JIMENEZ | | 0.00 | 0.00 | | 139.79 |
| - | CHECK CABIN AIR FILTER IF APPLICABLE | | FILTERS | JOSE JIMENEZ | | 0.00 | 0.00 | | 139.79 |

| Totals for Invoice: | Parts | Labor | Discount | Subtotal | Haz Mat | Supplies | Tax | Total |
|---|---|---|---|---|---|---|---|---|
| | 39.45 | 12.50 | 0.00 | 51.95 | 3.16 | 1.00 | 3.09 | 59.20 |

Invoice: 177877, Posted On: 09/19/2018, SW: ALLING, TANYA

Odometer in: 89,402 Odometer Out: 0

| Time | Description | Part No. | Category | Technician | Qty | Sale | Extd | Price | Rate |
|---|---|---|---|---|---|---|---|---|---|

**Notes** - Preventative Maintenance Form: http://2un.me/8ke3qx2s

1st time took car to garage 9/19/18 $1182.53

(C) 2018 Mitchell Repair Information Company, LLC custvehsum 8.19.16JD

**Customer and Vehicle Report**

Print Date: 07/31/2019

**STEVE ROYALTON**
202 N WHITNEY WAY
Madison, WI, 53705

**Vehicle: 2011 GMC - Terrain SLE, 2.4L,In-Line4 (146CI) VIN(C), 585WWD**

Invoice: 177877, Posted On: 09/19/2018, SW: ALLING, TANYA

Average Daily Mileage: 41

Odometer in: 89,402 Odometer Out: 0

| Time | Description | Part No. | Category | Technician | Qty | Sale | Extd | Price | Rate |
|---|---|---|---|---|---|---|---|---|---|
| 1.50 | PERFORM ENGINE SYSTEMS ANALYSIS. ANALYZE AND REPORT;; CUSTOMER WAS DRIVING BACK FROM WAUSAU AND CHECK ENGINE LIGHT CAME ON. STEADY, NOT FLASHING. VEHICLE SEEMS TO BE DRIVING OK @ THIS TIME , DID NOT GET GAS PRIOR TO CHECK ENGINE LIGHT COMING ON. ROAD TEST VEHICLE AND TRY AND DUPLICATE CUSTOMERS CONCERN. INSPECT FOR ANY STORED SERVICE CODES IN COMPUTERS MEMORY. RECORD RESULTS CODE P0013 WAS FOUND. REVIEW ALL COMPUTER CONTROLLED PARAMETERS. RECORD RESULTS. CAMSHAFT POSITION B, ACTUATOR CIRCUIT OPEN BANK 1 WAS FOUND. INSPECT STARTING SYSTEM- STARTER, BATTERY TERMINALS, CABLES AND CONNECTIONS: INSPECT CHARGING SYSTEM- ALTERNATOR, VOLTAGE REGULATOR AND BATTERY. SCOPE CHECK ENGINE. INSPECT PRIMARY AND SECONDARY IGNITION SYSTEMS, CONTROL CIRCUITS AND CONNECTIONS. INSPECT ENGINE COMPRESSION, VALVES, RINGS, HEAD GASKET, VACUUM HOSES AND CONNECTIONS. INSPECT FUEL AND EMISSION SYSTEMS- FUEL INJECTORS, FUEL CONTROL VALVES, EGR, PCV, CANNISTER PURGE VALVE AND CATALYTIC CONVERTER EFFICIENCY WHEN APPLICABLE. INSPECT EVAPORATIVE SYSTEM WHEN APPLICABLE. MONITOR FUEL PUMP WAVE FORM AND AMPERAGE DRAW- RECORD RESULTS. DIAGNOSIS FOUND EXHAUST CAMSHAFT POSITION SOLENOID WAS FAILING AND WOULD REQUIRE REPLACEMENT. FURTHER INSPECTION FOUND INTAKE SOLENOID WAS STARTING TO FAIL AND SHOULD ALSO BE REPLACED. | | Engine Performance/Tune | SHAWN HEFTY | 1.50 | 179.95 | 179.95 | | 135.79 |
| 0.96 | REPLACE FAILING EXHAUST CAMSHAFT POSITION SOLENOID DISASSEMBLE ALL NECESSARY COMPONENTS TO GAIN ACCESS TO THE CAMSHAFT POSITION SOLENOID. REMOVE AND REPLACE FAILING SOLENOID. ASSEMBLE ALL COMPONENTS AND TEST TO VERIFY PROPER OPERATION. TEST - GOOD. | | Engine Performance/Tune | SHAWN HEFTY | 0.96 | 130.36 | 130.36 | | 135.79 |
| 0.72 | REPLACE FAILING INTAKE CAMSHAFT POSITION SOLENOID | | Engine Performance/Tune | SHAWN HEFTY | 0.72 | 97.77 | 97.77 | | 135.79 |

(C) 2016 Mitchell Repair Information Company, LLC custvehsum 8.19.16JD

# Customer and Vehicle Report

Print Date: 07/31/2019

**STEVE ROYALTON**
202 N WHITNEY WAY
Madison, WI, 53705

**Vehicle: 2011 GMC - Terrain SLE, 2.4L,In-Line4 (146CI) VIN(C), 585WWD**

Average Daily Mileage: 41

Invoice: 177877, Posted On: 09/19/2018, SW: ALLING, TANYA

Odometer in: 89,402 Odometer Out: 0

| Time | Description | Part No. | Category | Technician | Qty | Sale | Extd | Price | Rate |
|---|---|---|---|---|---|---|---|---|---|
| | DISASSEMBLE ALL NECESSARY COMPONENTS TO GAIN ACCESS TO THE CAMSHAFT POSITION SOLENOID. REMOVE AND REPLACE FAILING SOLENOID. ASSEMBLE ALL COMPONENTS AND TEST TO VERIFY PROPER OPERATION. TEST - GOOD. | | | | | | | | |
| - | CAMSHAFT POSITION SOLENOID | 12679099 | Engine Performance/Tune | SHAWN HEFTY | 1.00 | 85.68 | 85.68 | 85.68 | |
| - | CAMSHAFT POSITION SOLENOID | 12679100 | Engine Performance/Tune | SHAWN HEFTY | 1.00 | 85.68 | 85.68 | 85.68 | |
| 0.15 | REPLACE CABIN AIR FILTER | | | SHAWN HEFTY | 0.15 | 20.37 | 20.37 | | 135.79 |
| | REMOVE DIRTY CABIN AIR FILTER, CLEAN DEBRIS FROM CABIN AIR BOX HOUSING. INSTALL NEW CABIN AIR FILTER, RE SECURE COVER/ OK. | | | | | | | | |
| - | INTERIOR VENT FILTER | CF132 | | SHAWN HEFTY | 1.00 | 27.83 | 27.83 | 27.83 | |
| 0.20 | PERFORM 90,000K MILE SERVICE AND INSPECTION. | | Maintenance | SHAWN HEFTY | 0.20 | 12.50 | 12.50 | | 135.79 |
| | INSPECT PVC AND EMISSION SYSTEM, COOLANT PROTECTION AND PH BALANCE, AIR BREATHER AND FILTER, BELTS, HOSES, ENGINE COOLANT AND FAN OPERATION, SUSPENSION AND STEERING COMPONENTS, EXTERIOR AND INTERIOR LIGHTING, EXHAUST SYSTEM, BRAKE LINES AND HOSES, SUSPENSION ALIGNMENT AND TIRE WEAR, CV JOINTS AND BOOTS. | | | | | | | | |
| - | OIL FILTER | JP3244 | Filters - OIL | SHAWN HEFTY | 1.00 | 6.95 | 6.95 | 6.95 | |
| - | QTS. 5W30 DEXOS FULL SYNTHETIC | Z5W30DEXOS | OIL | SHAWN HEFTY | 5.00 | 6.50 | 32.50 | 6.50 | |
| - | PREMIER 27PT COURTESY CHECK | | | SHAWN HEFTY | | 0.00 | 0.00 | | 135.79 |
| - | DRAIN AND RENEW ENGINE OIL AND FILTER | | | SHAWN HEFTY | | 0.00 | 0.00 | | 135.79 |
| - | ADJUST CLUTCH IF APPLICABLE | | | SHAWN HEFTY | | 0.00 | 0.00 | | 135.79 |
| - | VISUALLY INSPECT BRAKES AND RECORD % | | | SHAWN HEFTY | | 0.00 | 0.00 | | 135.79 |
| - | TOP OFF ALL FLUID LEVELS | | | SHAWN HEFTY | | 0.00 | 0.00 | | 135.79 |
| - | CHECK A/C AND HEATER OPERATION | | | SHAWN HEFTY | | 0.00 | 0.00 | | 135.79 |
| - | LUBRICATE SUSPENSION, DOORS AND HOOD | | | SHAWN HEFTY | | 0.00 | 0.00 | | 135.79 |
| - | ROAD TEST AND WRITTEN EVALUATION | | | SHAWN HEFTY | | 0.00 | 0.00 | | 135.79 |

(C) 2016 Mitchell Repair Information Company, LLC custvehsum 8.19.16JD

# Customer and Vehicle Report

Print Date: 07/31/2019

**STEVE ROYALTON**
202 N WHITNEY WAY
Madison, WI, 53705

**Vehicle: 2011 GMC - Terrain SLE, 2.4L,In-Line4 (146CI) VIN(C), 585WWD**

Average Daily Mileage: 41

Invoice: 177877, Posted On: 09/19/2018, SW: ALLING, TANYA

Odometer in: 89,402 Odometer Out: 0

| Time | Description | Part No. | Category | Technician | Qty | Sale | Extd | Price | Rate |
|---|---|---|---|---|---|---|---|---|---|
| - | CHECK CABIN AIR FILTER IF APPLICABLE | | FILTERS | SHAWN HEFTY | | 0.00 | 0.00 | | 135.79 |
| 0.50 | SERVICE FRONT DIFFERENTIAL FLUID<br>DRAIN OUT OLD FLUID, FLUSH OUT DIFFERENTIAL HOUSING, ADD NEW FLUID, TOP OFF AS NEEDED, VERIFY PROPER OPERATION AND RECHECK WITH ROAD TESTING/ OK | | Diff / Trans Case Service | SHAWN HEFTY | 0.50 | 67.90 | 67.90 | | 135.79 |
| - | TRANSFER CASE FLUID | 88861950 | Diff / Trans Case Service | SHAWN HEFTY | 1.00 | 26.20 | 26.20 | 45.85 | |
| 0.50 | SERVICE TRANSFER CASE FLUID.<br>DRAIN OUT OLD FLUID, FLUSH OUT TRANSFER CASE HOUSING, ADD NEW FLUID, TOP OFF AS REQUIRED AND RECHECK WITH ROAD TESTING/ OK | | Diff / Trans Case Service | SHAWN HEFTY | 0.50 | 67.90 | 67.90 | | 135.79 |
| - | GEAR LUBE LB. 75W90 SYNTHETIC | SHGLS | Clutch/Transmission/Axle: | SHAWN HEFTY | 0.50 | 9.25 | 4.63 | 9.25 | |
| 1.00 | BG FUEL INJECTION SERVICE<br>CLEAN FUEL INJECTORS. CLEAN ISC/ASC MOTOR AS REQUIRED. VISUALLY INSPECT FUEL LINES AND FUEL RAIL. PRESSURE TEST FUEL PUMP. TEST AND VISUALLY INSPECT FUEL PUMP, PRESSURE REGULATOR, VACUUM LINE AND CONNECTIONS. DECARBONIZE INTAKE MANIFOLD. DECARBONIZE INTAKE RUNNERS AND EXHAUST VALVES. DECARBONIZE COMBUSTION CHAMBERS AND PISTONS. TEST EXHAUST EMISSIONS | | VPS FUEL INJECTION SI | SHAWN HEFTY | 1.00 | 135.79 | 135.79 | | 135.79 |
| - | INDUCTION SERVICE KIT | 2901BG | VPS FUEL INJECTION SI | SHAWN HEFTY | 1.00 | 88.97 | 88.97 | 88.97 | |

| Totals for Invoice: | Parts | Labor | Discount | Subtotal | Haz Mat | Supplies | Tax | Total |
|---|---|---|---|---|---|---|---|---|
| | 358.44 | 712.54 | 0.00 | 1,070.98 | 25.11 | 24.79 | 61.65 | 1,182.53 |

Invoice: 175511, Posted On: 06/13/2018, SW: PIVOTTO, BRANDON

Odometer in: 84,784 Odometer Out: 0

| Time | Description | Part No. | Category | Technician | Qty | Sale | Extd | Price | Rate |
|---|---|---|---|---|---|---|---|---|---|
| | **Notes** - Preventative Maintenance Form: http://2un.me/2z5kx | | | | | | | | |
| - | PERFORM COMPLETE BRAKE INSPECTION | | Brake System | BRANDON SMITH | | 0.00 | 0.00 | | 133.79 |

(C) 2016 Mitchell Repair Information Company, LLC custvehsum 8.19.16JD

Julie Royalton
202 N. Whitney Way
Madison, WI 53705

1000

34950

U.S. POSTAGE
FCM LG ENV
MADISON, WI
53705
SEP 25, 19
AMOUNT
$1.30
R2304M109970-

Clerk of Court
US District Court, Southern District of Florida
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Fort Pierce, FL 34950

...IVED
...03 2019
FTP
...EARED X-RAY



