# EXHIBIT A

## SECOND NOTICE AND CLAIM FORM FOR 2010 MODEL CLASS VEHICLES

## NOTICE OF APPROVAL OF CLASS ACTION SETTLEMENT AND CLAIM FORM

Dear General Motors Customer:

We are pleased to advise you that the class action settlement in *Berman et al v. General Motors LLC* has been approved by the Court.

As you may know, GM issued a Special Coverage Adjustment ("SCA") for your vehicle that permitted owners to submit requests for reimbursement of prior payments for repair and/or replacement of components where the repairs or replacement were caused solely by excessive oil consumption due to piston ring wear.

Although the original deadline to submit reimbursement claims has expired, the settlement creates another opportunity for you to submit within 120 days of the date of this Notice a reimbursement claim for payments that you previously made for repairs and/or replacement of piston assemblies and other engine components that were performed within both the time and mileage limits of the original SCA (ten years and 120,000 miles).  To be reimbursed the repairs or component replacement must have been required and caused solely by excessive oil consumption caused by excessive piston ring wear.  You may also claim reimbursement for reasonable rental vehicle charges that you incurred while such eligible repairs were being performed.

To submit a reimbursement claim, please complete the attached Claim Form and include supporting repair documentation showing your payment(s) and that document that the repairs were required and caused solely by excessive oil consumption.  Note, the deadline for submitting a reimbursement claim is [insert date 120 days from the date of this letter].

Please return your Claim Form and supporting documentation by mail to the address given below:

> 2.4 Liter Oil Consumption Litigation
> c/o Analytics Consulting LLC
> P.O. Box 2003
> Chanhassen, MN 55317-2003

The right to submit reimbursement claims is provided by GM solely in the interest of customer satisfaction and is personal to vehicle owners and lessees who previously paid for repairs within the time and mileage limits of this Special Coverage ("Customers"). **Customers may not assign and GM does not consent to any assignment of any Customer's right to submit reimbursements claims, or to receive reimbursement, or any other rights granted by this Special Coverage to any third party, including but not limited to service contract providers, and this Special Coverage is not intended to and does not confer any third party beneficiary, subrogation or contribution rights, or any other rights to**

{N3901068.1}

**reimbursement, against GM, whether in law, equity or otherwise, in favor of any third parties.**

If you have any questions, please contact Analytics at [insert its (800) number]

                              Sincerely,
                              GENERAL MOTORS LLC

{N3901068.1}

**CLAIM FORM FOR PRIOR ENGINE REPAIRS SOLELY CAUSED BY EXCESSIVE OIL CONSUMPTION RESULTING FROM PISTON RING WEAR**

Your name: _____

Address: _____
(Street and Unit/Apartment Number)

_____
(City)                                                      (State)  (Zip Code)

VEHICLE IDENTIFICATION NUMBER (17 Digits): _____

Date of Prior Repair/Payment: _____

Repairing GM Dealer or Other Repair Facility: _____

Address of Dealer or Repair Facility: _____
(Street and Unit/Apartment Number)

_____
(City)                                                     (State) (Zip Code)

Total Amount of Repair and Rental Vehicle Payment(s): _____

**IMPORTANT:**  BE SURE TO INCLUDE COPIES OF ALL PERTINENT REPAIR ORDERS, RENTAL VEHICLE INVOICES AND/OR OTHER DOCUMENTATION OF YOUR OUT-OF-POCKET PAYMENTS.  YOUR CLAIM CANNOT BE EVALUATED WITHOUT THIS SUPPORTING DOCUMENTATION.

*Return your Claim Form and Supporting Documentation by first-class mail no later than [120 days from the date of this letter] to the following address*:

**2.4 Liter Oil Consumption Litigation
c/o Analytics Consulting LLC
P.O. Box 2003**

{N3901068.1}

**Chanhassen, MN 55317-2003**

If your claim is approved you will receive a reimbursement check within approximately 90 days.

{N3901068.1}