# EXHIBIT D

## NOTICE TO OPT-OUTS AND CLAIM FORM FOR 2010-2012 MODEL CLASS VEHICLES

## NOTICE OF (1) OPPORTUNITY TO WITHDRAW REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT AND (2) CLAIM FORM

Dear General Motors Customer:

We are pleased to advise you that the class action settlement in *Berman et al v. General Motors LLC* has been approved by the Court.

You previously exercised your right to exclude yourself from the settlement. This is to advise you that plaintiffs, General Motors and the Court, as part of the final approval of the proposed class action settlement, have agreed upon certain clarifying language confirming that the settlement includes reimbursement for repairs and/or replacement of engine components that are required and solely caused by excessive oil consumption due to piston ring wear.

The Court has also directed that you be advised of this clarification and be allowed to withdraw your request for exclusion in order to submit reimbursement claims and to receive the same settlement benefits as class members who did not request exclusion.  Please review the Notice of Opportunity To Withdraw Request for Exclusion and Claim Form below that allows you to withdraw your Request for Exclusion and also includes a duplicate of the reimbursement request that is included in the Claim Form that has been sent to class members.

If, after review, you decide to withdraw your Request for Exclusion, please sign and date your withdrawal request where indicated and return the Notice and Claim Form by [insert 120 days of the date of this letter] to the address provided at the end of the Notice and Claim Form.  You may also use the Notice and Claim Form to submit a reimbursement request by including the required information and documentation indicated therein.

{N3901068.1}

**REQUEST FOR WITHDRAWAL OF REQUEST FOR EXCLUSION AND CLAIM FORM FOR PRIOR ENGINE REPAIRS SOLELY CAUSED BY EXCESSIVE OIL CONSUMPTION RESULTING FROM PISTON RING WEAR**

Your name: _____

Address: _____
(Street and Unit/Apartment Number)

_____
(City)                                                            (State)  (Zip Code)

VEHICLE IDENTIFICATION NUMBER  (17 Digits): _____

**I HAVE READ THE NOTICE ABOVE AND HEREBY WITHDRAW MY REQUEST FOR EXCLUSION FROM THE CLASS ACTION SETTLEMENT.**

Signature   _____        Dated: _____

**REIMBURSEMENT CLAIM (optional)**

Date of Prior Repair/Payment: _____

Repairing GM Dealer or Other Repair Facility: _____

Address of Dealer or Repair Facility: _____
(Street and Unit/Apartment Number)

_____
(City)                                                            (State) (Zip Code)

Total Amount of Repair and Rental Vehicle Payment(s): _____

{N3901068.1}

**IMPORTANT:**  BE SURE TO INCLUDE COPIES OF ALL PERTINENT REPAIR ORDERS, RENTAL VEHICLE INVOICES AND/OR OTHER DOCUMENTATION OF YOUR OUT-OF-POCKET PAYMENTS.  YOUR CLAIM CANNOT BE EVALUATED WITHOUT THIS SUPPORTING DOCUMENTATION.

*Please Return This Request for Withdrawal of Request for Exclusion and Claim Form and, if you are submitting a reimbursement claim, Documentation supporting your claim by first-class mail no later than [120 days from the date of this letter] to the following address*:

2.4 Liter Oil Consumption Litigation
c/o Analytics Consulting LLC
P.O. Box 2003
Chanhassen, MN 55317-2003

If your claim is approved you will receive a reimbursement check within approximately 90 days.

{N3901068.1}