18cv14371

FILED BY_____ D.C.

NOV 05 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

Dear Judge Rosenberg:

On October 18, 2018, my engine malfunction dashboard light came on. My nearest Chevy dealer was closed so I took it to Advanced Auto where they used their diagnostic tool and the code "P0014 Camshaft Position B Timing Over Advanced or System Performance Bank 1" appeared. The guy asked if I changed my oil recently and I said I was doing it that weekend. I follow the maintenance manual and change my oil every 3000 miles or every 3 months.

I changed my oil but the warning light was still lit on the dashboard. I took it the Chevy dealer that Monday. He said the auto needed an intake camshaft accuator or solenoid vvt and exhaust camshaft accuator solenoid WT. I had my mechanic do the work because he could do it cheaper. On October 26, 2018, I paid $312.34. I drove it away and went to the store and when I left the store light came back on.

I called the mechanic and brought the car back. I did that the next day and he called me stating he had bad news; that the engine had blown. I was without a car for several weeks. After the engine was taken out of the car, the mechanic examined it and showed me how half the engine inside was burnt and the other half was clean.

I bought the car in December 2013 and it had 1000 miles on it. I followed the maintenance schedule. The car's warning light never came on until it was too late to make repairs.

It cost me $312.34 for the first repair and the new engine cost me $7037.87. My local GM Chevy dealer had nothing to say about this and they insisted that they never knew of any problems with the engine.

Conclusion: Please insist that Chevy reimburse the owners for the full cost of replacing their engines after they tried to enlist the help of Chevy to address the engine problem and were denied any kind of financial or mechanical assistance.

Sincerely,

Marguerite Parrilli
706 S. Euclid Ave.
Villa Park, Illinois 60181

Marguerite Farrell
706 S. Euclid Ave.
Villa Park, IL 60181

RECEIVED
NOV 05 2019
FTP
CLEARED X-RAY

CAPITOL STREAM IL 601
02 NOV 2019 PM 11
Illinois1818

Judge Robin Rosenberg
U.S. Courthouse
101 South U.S. Highway 1, Room 4008
Ft. Pierce, FL 34950

34950-420901