18cv14371




Ed & Kim Weber
640 W. Karen Ct.
Decatur, IL 62526
(636) 358-6233
EdWeber@WeberEnterprises.Com

**CONTESTING CLAIM DENIAL**
of Claims **2728628** (Two Claims)
In Response to Settlement in
*Berman v General Motors, LLC*
Case No. 2:18-cv-14371

November 18, 2020

To:

| **Claims Processing – Office of the Settlement Administrator** |
|---|
| 2.4 Liter Oil Consumption Litigation<br>c/o Analytics Consulting LLC<br>P.O. Box 2003<br>Chanhassen, MN 55317-2003 |

With Copy To:

| **Class Counsel** | **Defendant's Counsel** | **Court** |
|---|---|---|
| Daniel K. Bryson<br>J. Hunter Bryson<br>Whitfield Bryson & Mason LLP<br>900 W. Morgan St.<br>Raleigh, NC 27603 | Thomas A. Casey, Jr.<br>Jones Walker LLP<br>201 St. Charles, Ave.<br>New Orleans, LA 70170-5100 | Clerk of the Court<br>United States District Court<br>Southern District of Florida<br>Alto Lee Adams, Sr.<br>United States Courthouse<br>101 South US. Highway 1<br>Fort Pierce, FL 34950 |

RE: **Contesting Claim Denials of Claim # 2728628 (Two Claims)** submitted appropriately in Response to Settlement in *Berman v General Motors, LLC* Case No. 2:18-cv-14371

Greetings:

We are in receipt of the **Notice of Claim Denial** for Claim number **2728628** dated November 10, 2020, copy of which is included in Appendix A as required. This letter was postmarked 11/12/2020 as per the copy of the envelope included in Appendix B, but not received in our home until 11/16/2020. This notice was addressed to my wife, Kimberlee A. Weber at our current permanent home address.

The purpose of this letter is to serve as our formal contesting of the claim denial and this letter and its supporting documentation and required copies are being sent within ten (10) business days of our receipt of the letter as is required. Pursuant to the instructions in the Notice we are submitting this detailed written statement, which includes our claim number with the reasons and the grounds for contesting the denial of the claims. Each section below corresponds to the various reasons and grounds as to why the claims are valid and cannot be denied, as well as the supporting documentation which are included and referenced as Appendices.





Ed & Kim Weber
640 W. Karen Ct.
Decatur, IL 62526
(636) 358-6233
EdWeber@WeberEnterprises.Com

**CONTESTING CLAIM DENIAL**
of Claims **2728628** (Two Claims)
In Response to Settlement in
*Berman v General Motors, LLC*
Case No. 2:18-cv-14371

**(1) Background:**

On September 18, 2019, we submitted our **Objections** to the Proposed Settlement in *Berman v General Motors, LLC* Case No. 2:18-cv-14371 (hereinafter Settlement) which was a seven page letter with additional appendices referenced and attached. By submitting this Objection letter, we confirmed that we were still considered members of this class regardless of those objections and remained fully entitled to any and all benefits awarded as class members. Several of our objections specifically predicted the issues now being asserted for the denial of our claims.

**(2) Statements and Support which Confirm and Validate our Claims:**

The following details the reasons why our claims (two repairs on one claim form) are both valid due to excessive oil consumption:

The settlement language stated, *"Further, if you previously paid for diagnosis or piston assembly replacement within both or* [sic] *these time and mileage limits, you will be able to file a claim for reimbursement for repairs related to this oil consumption issue."*

As you will see from the following narrative, the losses we have already incurred were as a direct result of the failures caused by excessive piston ring wear.

On December 17, 2018, I took my vehicle to Miles Chevrolet for repair. At that time I described the engine problems I was experiencing. Specifically, there was a consistent noise coming from the engine that was noticeable in low gears and when coasting. Please see Appendix C for a copy of the repair order and the details of the rest of this **first** repair. On section A of Appendix C, the Miles Chevrolet personnel recorded my complaint as "CUSTOMER STATES STARTING OFF DRIVING IN 1ST AND 2D GEAR THERE IS A FLAPPING , CLICKING NOISE COMING FROM THE FORNT [sic] END POSSIBLY UNDER THE HOOD ALSO DOES IT WHEN COASTING FROM R[sic]"

What is missing from this repair order is that I clearly identified to the service personnel that my vehicle's Check-Engine lamp and Check-Oil lamp regularly illuminated when I turned the vehicle on (as they are supposed to do to show that they are working) but these indicators *never came on to indicate any engine problem at all*! It was only by my hearing a problem that I was bringing the vehicle in for service. I also informed them that I have my oil changed and vehicle routinely serviced as indicated by my owner's manual *at their institution* and my service records can be verified within their systems.

The last two sentences of section A of Appendix C stated the service technician's findings, "FOUND ENGINE TO BE NOISY AND TO BE 3 QUARTS LOW ON OIL

Ed & Kim Weber
640 W. Karen Ct.
Decatur, IL 62526
(636) 358-6233
EdWeber@WeberEnterprises.Com



RECOMMEND REPLACING TIMING CHAIN FOR NOISY [sic] AND OIL CHANGE"

Upon hearing this recommendation, I asked the Chevrolet service manager to explain *why* my engine oil was so low considering that they were the only ones who ever service it and the fact that I have no indications of leaking oil (e.g. oil spots on the ground beneath my vehicle when parked) and no indication of burning oil (e.g. blue smoke from the exhaust, etc.) *and, most importantly, why did no indicator lights come on if my engine was down to less than ½ of the required engine oil?* The service manager did not have a good answer for me, but I needed to get the vehicle repaired, so I authorized the replacement parts and repairs. This constitutes the **first of two claims both submitted under claim number 2728628.**

The actual repairs that were required per sections B, C, and D of Appendix C indicated "MULTIPOINT INSPECTION", "LUBE OIL AND FILTER CHANGE", and "REPLACE TIMING CHAINS AND GEAR". These repairs were directly caused by excessive piston ring wear – which was failed to be diagnosed at this incident and which subsequently caused the *second* engine failure detailed below.

In my objection letter, I had noted the following:

> Settlement Section 6 sub-section B specifically defined "*... piston assembly replacement ...*" and only generally defines "*... repairs related to this oil consumption issue.*" If GM was not willing to even admit this was a problem, they cannot be trusted to properly recognize that this engine repair was a direct result of their engine failure. Nowhere in the proposed Settlement does it state who will be the parties responsible for correctly making the determination of what will be recognized as "*... repairs related to this oil consumption issue.*" In other words, I am concerned that this first of our at least 2 claims could be rejected because the repair work didn't specifically enumerate "piston assembly replacement" nor does the repair work admit that the cause of this repair was the known engine failure.

So, as anticipated, the Settlement Administrator is incorrectly attempting to deny this first of our two claims because the specific repair did *not include the piston ring assembly* when it actually *should have* because the engine failure was a direct result of oil loss due to excessive piston ring wear.

**The total amount of this first repair was $1,177.66 and was incurred as a direct result of the engine failure at subject in this action. One of my expectations is to be fully reimbursed for this amount as my <u>FIRST</u> claim for Settlement Benefits.**

Subsequent to this repair in December of 2018, I experienced a *second engine failure just under 6 months later.* On June 6, 2019, I was required once again to take my vehicle into my Chevrolet dealer for engine service. At that time, I describe a noise similar to that which I had just had repaired less than

Ed & Kim Weber
640 W. Karen Ct.
Decatur, IL 62526
(636) 358-6233
EdWeber@WeberEnterprises.Com



6 months prior and I noted that, once again, there was no "Check-Engine" light and no "Oil Change" light coming on to tell me there was any issue. I also informed them that there was no indication of oil loss or oil burning and I was still having my engine serviced by them according to the manufacturer's recommendations.

Please see Appendix D for a copy of the repair order and the details of the rest of this **second** repair. On section A of Appendix D, the Miles Chevrolet personnel recorded my complaint as "CUSTOMER HAS STATED THAT THEIR [sic] IS A RATTLE NOISE FROM THE ENGINE AREA AFTER BEING DRIVEN AND ON ACCELERATION ALSO SURGES SLOWING DOWN AND SITTING AT IDLE IN GEAR CHECK AND ADV. E[sic]"

Once again like last time, what is missing from this second repair order is that I again clearly identified to the service personnel that my vehicle's Check-Engine lamp and Check-Oil lamp regularly illuminate when I turn the vehicle on (as they are supposed to do to show that they are working) but these indicators *never came on to indicate any engine problem at all*! It was only by my hearing a problem and experiencing the engine lurching that I was bringing the vehicle in for service. I also informed them that I continue to have my oil changed and vehicle routinely serviced as indicated by my owner's manual *at their institution* and my service records can, once again, be verified within their systems.

For this engine failure, the Cause was stated in Section A of Appendix D as, "PISTON RINGS SEIZED TO PISTONS, NECESSARY TO REPLACE 4066890 PISTON, CONNECTING ROD, AND BEARING REPLACEMENT". Further in the details of that section A, it states, "PERFORMED PRELIMINARY INSPECTION AND FOUND OIL LEVEL TO BE 2.75 QTS LOW." Further it stated, "TOPPED OFF ENGINE OIL, TESTED AND VERIFIED PROPER OPERATION OF ACTUATOR SYSTEM RESTORED BUT ENGINE NOISE STILL PRESENT DUE TO WORN TIMING CHAIN AND TENSIONER AS WELL AS BALANCE CHAIN AND TENSIONER, DAMAGE DUE TO LOW OIL LEVEL. LAST LOF AT 95522, OIL CONSUMPTION EVALUATION DETERMINED EXCESSIVE CONSUMPTION RATE OF 1 QT EVERY 953 MILES DUE TO WORN/STICKING OIL CONTROL RINGS OF PISTON ASSEMBLIES. NO EXTERNAL LEAK PRESENT."

This repair clearly corresponds with the details of this class action and **should not be questioned in any way**.

**The total amount of this second repair was $1,146.13 and was incurred as a direct result of the repeated engine failure at subject in this action. Another one of my expectations is to be fully reimbursed for this amount as my SECOND claim for Settlement Benefits.**

Ed & Kim Weber
640 W. Karen Ct.
Decatur, IL 62526
(636) 358-6233
EdWeber@WeberEnterprises.Com

**CONTESTING CLAIM DENIAL**
of Claims **2728628** (Two Claims)
In Response to Settlement in
*Berman v General Motors, LLC*
Case No. 2:18-cv-14371

**(3) Notice of requested support from Defense Attorneys and the Court:**

Per section 11 of the Proposed Settlement Court-Ordered Notice entitled, *Do I have a lawyer in this case?* it states, "Yes. These lawyers are referred to as Class Counsel or Plaintiffs' Counsel:" That section then goes on to list the specific law firms and lawyers and continues by saying, "You will not be charged for these lawyers." The following section 12 of the Court-Ordered Notice entitled, *Should I get my own lawyer?* states, "You do not need to hire your own lawyer because the Class Counsel are working on your behalf." To confirm that Class Counsel would **fully represent our interests as members of the class who have objections**, I specifically asked this question of the Plaintiff's Counsel when they returned our phone call seeking additional information. We were told that once they received our letter of objections that fulfill the requirements as stipulated in the Court-Ordered Notice, then they, as our lawyers, would **fully represent our objections and ensure that the court is understanding the nature of these objections and would work fully on our behalf as their clients.** I specifically asked Plaintiff's Counsel to keep us directly informed when they receive this letter and acknowledge their role in fully representing our interests.

To that end, this letter is being copied to both the Attorneys of record for this case as well as the Clerk of the Court. This letter confirms that my objections, as presented in the court proceedings, were fully justified and actually realized in the Settlement Administrator's initial Denial of our valid claims.

The first repair identified on the claim form is being denied because the mechanic at the GM dealership failed to properly identify, document, and correct the excessive piston ring wear which caused the excessive oil consumption which led to the engine failure and required repair costs. This claim must be approved because the root cause of the failure was the excessive oil consumption caused by the undiagnosed and uncorrected worn piston ring failures.

The second repair identified on the claim form specifically includes the fact that it was "...DUE TO WORN/STICKING OIL CONTROL RINGS OF PISTON ASSEMBLIES." This second claim is also 100% a valid claim under all terms and conditions of the settlement and must also be approved.

Finally, it is apparent and clear that the Claim Administrator is either not acting in good faith in its responsibility to review these claims or is exhibiting exceptional inattention to details. Specifically:

1. The Claim Administrator has failed to review **all** of the previously submitted court documents which outline the information contained herein.
2. The Claim Administrator has failed to fully review **all** of the details of the single claim number **2728628** which includes **two (2) separate incidents which are fully documented**. Had they done this, they would have recognized that these incidents and invoices have absolutely no valid reason for being denied.

Ed & Kim Weber
640 W. Karen Ct.
Decatur, IL 62526
(636) 358-6233
EdWeber@WeberEnterprises.Com

**CONTESTING CLAIM DENIAL**
of Claims **2728628** (Two Claims)
In Response to Settlement in
*Berman v General Motors, LLC*
Case No. 2:18-cv-14371

3. The Claim Administrator is requiring the Claimants to fully repeat information that was previously supplied to the court and to the Claim Administrator and is requiring response within ten (10) days – at our own time and expense – while subsequently declaring that they may not respond to us for up to an additional 45 days.
4. The Claim Administrator has failed to fully read and understand that there are **two incidents being reported on this single claim form** (as per the Claim Administrators verbal instructions via phone call in May 2020). And because of this we are, once again, attaching additional copies of the two-page claim form as Appendix E.

**(4) Signatures of the Claimants**

11/18/2020 — Edward V. Weber, Date

11/18/2020 — Kimberlee A. Weber, Date

**(5) Copies of Documents Supporting the Contesting of Claim Denial**

Appendix A – Copy of the Claim Denial letter as required
Appendix B – Copy of envelope showing postmark date on Claim Denial Letter
Appendix C – Copy of paid-in-full receipt for **first** engine failure diagnosis and repairs
Appendix D – Copy of paid-in-full receipt for **second** engine failure diagnosis and repairs
Appendix E – Copies of the **two-page** single claim form # **2728628** for the two valid incident claims

This concludes our letter to Contest the Claim Denial with all of the requirements fully satisfied. I can be reached via Email at EdWeber@WeberEnterprises.Com or via cell phone at 636-358-6233 if additional clarification is required or if any additional information is needed.



**2.4 Liter Oil Consumption Litigation**
c/o Analytics Consulting LLC
P.O. Box 2003
Chanhassen, MN 55317-2003

## NOTICE OF CLAIM DENIAL

BRM007C227F21
KIMBERLEE A WEBER
640 W KAREN CT
DECATUR, IL 62526-1428

Claim Number: 2728628

Today's Date: November 10, 2020

Dear Kimberlee A Weber:

This letter applies to your vehicle, **VIN: 2GNFLNEK0D6231770**.

We have received and reviewed the claim form and documentation you submitted in conjunction with your claim for expense reimbursement in the Berman oil consumption settlement.

As set forth in the notice of settlement you received, in order to be eligible for reimbursement, the repair or rental vehicle expenses sought must be due to engine oil consumption caused by excessive piston ring wear. The documentation provided with your claim does not reference or provide any indication that the expense reimbursement sought in your claim was due to engine oil consumption caused by excessive piston ring wear. Accordingly, the expenses you sought in your claim are not eligible for reimbursement and your claim is denied.

If you wish to contest the denial of your claim, within ten (10) business days of your receipt of this letter you must mail (via the United States Postal Service to the address listed below) a detailed written statement, including your claim number (which is in the upper right corner of this letter), with the reasons and grounds for contesting the denial of your claim. Your written submission must also include a copy of this letter and any documentation which supports your request for further review of the denial of your claim. Your written submission will be further reviewed and you will be advised in writing of the results of that review within approximately 45 days of the date we receive your submission.

All correspondence regarding the denial of your claim must be mailed to the following address within ten (10) business days of your receipt of this letter.

2.4 Liter Oil Consumption Litigation
c/o Analytics Consulting LLC
P.O. Box 2003
Chanhassen, MN 55317-2003

Sincerely,

Office of the Settlement Administrator

**2.4 Liter Oil Consumption Litigation**
c/o Analytics Consulting LLC
P.O. Box 2003
Chanhassen, MN 55317-2003

**IMPORTANT COURT-ORDERED NOTICE**




62526$1428 C087

CUSTOMER #: 257956

858765

INVOICE




150 WEST PERSHING ROAD
P.O. BOX 3160
DECATUR, ILLINOIS 62524-3160
SERVICE DIRECT LINE
(217) 877-4294
www.mileschevrolet.com

ED WEBER
640 W KAREN CT
DECATUR, IL 62526-1428
HOME:636-358-6233 CONT:636-358-6233
BUS: 636-358-6233 CELL:636-358-6233

PAGE 1

SERVICE ADVISOR: 2653 NICHOLAS MINNIS

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| GREEN | 13 | CHEVROLET EQUINOX | 2GNFLNEK0D6231770 | | 95522/95522 | T613 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 15DEC12 DD | | | 17:00 18DEC18 | | 0.00 | DIS | 18DEC18 |

| R.O. OPENED | READY | OPTIONS: ENG:2.4_Liter_SIDI_DOHC |
|---|---|---|
| 08:48 17DEC18 | 10:59 18DEC18 | |

```
LINE OPCODE TECH TYPE HOURS                              LIST      NET     TOTAL
A CUSTOMER STATES STARTING OFF DRIVING IN 1ST AND 2ND GEAR THERE IS A
        FLAPPING , CLICKING NOISE COMING FROM THE FORNT END POSSIBLY
        UNDER THE HOOD ALSO DOES IT WHEN COASTING FROM R
     1001 ENGINE DIAGNOSIS
          3146  CPC                                                79.99     79.99
 95522 COMPLETED 1.00
 FOUND ENGINE TO BE NOISY AND TO BE 3 QUARTS LOW ON OIL
 RECOMMEND REPLACING TIMING CHAIN FOR NOISY AND OIL CHANGE
          ****************************************************
B MULTIPOINT INSPECTION
     MPI MULTIPOINT INSPECTION
          3146  IPS                                                          (N/C)
 95522 COMPLETED
          ****************************************************
C** LUBE OIL AND FILTER CHANGE (DEXOSI 1 )SET TIRE PRESSURE TOP OFF ALL
        FLUIDS.
     1SA LUBE OIL AND FILTER CHANGE (DEXOSI 1 )SET
         TIRE PRESSURE TOP OFF ALL FLUIDS.
          3146CPLOF                                        20.79     20.79
        1 12605566 (S)FILTER                                          7.20
        5 88865635 OIL                                               22.00
 95522 COMPLETED 0.30 CHANGED ENG OIL AND FILTER
          ****************************************************
D** REPLACE TIMING CHAINS AND GEAR
     S40 REPALCED TIMING CHAINS AND GEAR
          3146  CPC                                       605.99    605.99
        1 12680750 (S)CHAIN PKG                                     168.60
        1 12609291 (S)GASKET KIT                                     30.96
        1 24435052 (S)GASKET                                         26.49
        1 12635427 (S)CHAIN                                          25.93
        1 12649233 (S)TENSIONER                                      30.84
        1 12621505 (S)ACTUATOR                                      147.13
 95522 COMPLETED 5.00 REPLACED BOTH TIMING CHAINS AND EXHAUST
 CAMSHAFT GEAR
```

*Thank You!*








**Certified Service**

DISCLAIMER OF WARRANTY

MILES CHEVROLET, INC. MAKES NO WARRANTY OF ANY KIND WHATEVER, EXPRESS OR IMPLIED, WITH RESPECT TO ANY LABOR OR MATERIALS FURNISHED BY IT. ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE HEREBY DISCLAIMED BY MILES CHEVROLET, INC. AND EXCLUDED FROM THIS AGREEMENT. FACTORY WARRANTIES ARE NOT EFFECTED BY THIS STATEMENT.

TERMS STRICTLY CASH UNLESS ARRANGEMENTS MADE

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| ENVIRO/DIS/MAT FEE | |
| TOTAL CHARGES | |
| DISCOUNT/LESS INS | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Copyright 2014 CDK Global, LLC SERVICE INVOICE TYPE 2 - S12C - IMAGING

CUSTOMER COPY

CUSTOMER #: 257956

858765

INVOICE




150 WEST PERSHING ROAD
P.O. BOX 3160
DECATUR, ILLINOIS 62524-3160
SERVICE DIRECT LINE
(217) 877-4294
www.mileschevrolet.com

ED WEBER
640 W KAREN CT
DECATUR, IL 62526-1428
HOME:636-358-6233 CONT:636-358-6233
BUS: 636-358-6233 CELL:636-358-6233

PAGE 2

SERVICE ADVISOR: 2653 NICHOLAS MINNIS

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| GREEN | 13 | CHEVROLET EQUINOX | 2GNFLNEK0D6231770 | | 95522/95522 | T613 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 15DEC12 DD | | | 17:00 18DEC18 | | 0.00 | DIS | 18DEC18 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 08:48 17DEC18 | 10:59 18DEC18 | ENG:2.4_Liter_SIDI_DOHC |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| 10L 10% off labor any service (WCD001) | | | |
| CMPPS | | -70.68 | -70.68 |
| HAZARDOUS WASTE,SHOP | | | 39.95 |

*IMPORTANT MESSAGE*
YOU MAY RECEIVE A SURVEY FROM YOUR MANUFACTURING CO, INREFERENCE TO YOUR SERVICE VISIT, FOR ANY REASON YOU CANNOT GRADE US COMPLETELY SATISFIED. PLEASE CONTACT OUR SERVICE MANAGER. AT 217-872-2060
THANK YOU

5963615
MILES CHEVROLET SERVICE
150 W PERSHING RD
DECATUR, IL 62526
(217) 877 4440

Term ID: 001 Ker #: 000

Sale

XXXXXXXXXXXX 3648
DISCOVER Entry Method: Chip

12/18/18 11:50:36
Inv #: 000008 Appr Code: 01875B
Batch#: 352001

Total: $ 1,177.66

Discover Credit
AID: A0000001523010
TSI: E800
TVR: 0000008000

Customer Copy
THANK YOU!




Thank You!









Certified Service

DISCLAIMER OF WARRANTY

MILES CHEVROLET, INC. MAKES NO WARRANTY OF ANY KIND WHATEVER, EXPRESS OR IMPLIED, WITH RESPECT TO ANY LABOR OR MATERIALS FURNISHED BY IT. ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE HEREBY DISCLAIMED BY MILES CHEVROLET, INC. AND EXCLUDED FROM THIS AGREEMENT, FACTORY WARRANTIES ARE NOT EFFECTED BY THIS STATEMENT.

TERMS STRICTLY CASH
UNLESS ARRANGEMENTS MADE

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 706.77 |
| PARTS AMOUNT | 459.15 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| ENVIRO/DIS/MAT FEE | 39.95 |
| TOTAL CHARGES | 1205.87 |
| DISCOUNT/LESS INS | 70.68 |
| SALES TAX | 42.47 |
| PLEASE PAY THIS AMOUNT | 1177.66 |

CUSTOMER COPY

APPENDIX D

CUSTOMER #: 257956

865716

INVOICE




150 WEST PERSHING ROAD
P.O. BOX 3160
DECATUR, ILLINOIS 62524-3160
SERVICE DIRECT LINE
(217) 877-4294
www.mileschevrolet.com

ED WEBER
640 W KAREN CT
DECATUR, IL 62526-1428
HOME:636-358-6233 CONT:636-358-6233
BUS: 636-358-6233 CELL:636-358-6233

PAGE 1

SERVICE ADVISOR: 3193 MELVIN L BIZZELL

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| GREEN | 13 | CHEVROLET EQUINOX | 2GNFLNEK0D6231770 | | 99095/99095 | T1770 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 15DEC12 DD | | | 10:30 10JUN19 | | 0.00 | DIS | 12JUN19 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 10:57 06JUN19 | 15:11 12JUN19 | ENG:2.4_Liter_SIDI_DOHC |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

A CUSTOMER HAS STATED THAT THEIR IS A RATTLE NOISE FROM THE ENGINE AREA
AFTER BEING DRIVEN AND ON ACCELERATION ALSO SURGES SLOWING DOWN
AND SITTING AT IDLE IN GEAR CHECK AND ADV.E
CAUSE: PISTON RINGS SEIZED TO PISTONS, NECESSARY TO REPLACE
4066890 PISTON, CONNECTING ROD, AND BEARING
REPLACEMENT
464WPCGW (N/C)
1 12683595 (S)PISTON (N/C)
1 12637166 (S)GASKET KIT (N/C)
1 12609291 (S)GASKET KIT (N/C)
8 11570825 (S)BOLT (N/C)
1 12680750 (S)CHAIN PKG (N/C)
1 12649233 (S)TENSIONER (N/C)
1 12635427 (S)CHAIN (N/C)
2 11588844 (S)BOLT (N/C)
5 88865635 OIL (N/C)
1 12605566 (S)FILTER (N/C)
1 12346290 COOLANT (N/C)
1 88864346 SEALANT (N/C)
1 24435052 (S)GASKET (N/C)
FC: 3073 PART#: COUNT:
CLAIM TYPE:
AUTH CODE:

CUSTOMER PAY DEDUCTIBLE FOR LINE A 1082.77
99095 PISTON/RING 12.80 VERIFIED CUSTOMER CONCERN. PERFORMED
DIAGNOSTIC SYSTEM CHECK AND FOUND CODE P0014 00 SET. PERFORMED
PRELIMINARY INSPECTION AND FOUND OIL LEVEL TO BE 2.75 QTS LOW. TOPPED
OFF ENGINE OIL, TESTED AND VERIFIED PROPER OPERATION OF ACTUATOR SYSTEM
RESTORED BUT ENGINE NOISE STILL PRESENT DUE TO WORN TIMING CHAIN AND
TENSIONER AS WELL AS BALANCE CHAIN AND TENSIONER, DAMAGE DUE TO LOW OIL
LEVEL. LAST LOF AT 95522, OIL CONSUMPTION EVALUATION DETERMINED
EXCESSIVE CONSUMPTION RATE OF 1 QT EVERY 953 MILES DUE TO WORN/STICKING
OIL CONTROL RINGS OF PISTON ASSEMBLIES. NO EXTERNAL LEAK PRESENT.

*Thank You!*










GMC

**Certified Service**

DISCLAIMER OF WARRANTY

MILES CHEVROLET, INC. MAKES NO WARRANTY OF ANY KIND WHATEVER, EXPRESS OR IMPLIED, WITH RESPECT TO ANY LABOR OR MATERIALS FURNISHED BY IT. ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE HEREBY DISCLAIMED BY MILES CHEVROLET, INC. AND EXCLUDED FROM THIS AGREEMENT. FACTORY WARRANTIES ARE NOT EFFECTED BY THIS STATEMENT.

TERMS STRICTLY CASH
UNLESS ARRANGEMENTS MADE

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| ENVIRO/DIS/MAT FEE | |
| TOTAL CHARGES | |
| DISCOUNT/LESS INS | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER #: 257956

865716

INVOICE




150 WEST PERSHING ROAD
P.O. BOX 3160
DECATUR, ILLINOIS 62524-3160
SERVICE DIRECT LINE
(217) 877-4294
www.mileschevrolet.com

ED WEBER
640 W KAREN CT
DECATUR, IL 62526-1428
HOME:636-358-6233 CONT:636-358-6233
BUS: 636-358-6233 CELL:636-358-6233

PAGE 2

SERVICE ADVISOR: 3193 MELVIN L BIZZELL

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| GREEN | 13 | CHEVROLET EQUINOX | 2GNFLNEK0D6231770 | | 99095/99095 | T1770 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 15DEC12 DD | | | 10:30 10JUN19 | | 0.00 | DIS | 12JUN19 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 10:57 06JUN19 | 15:11 12JUN19 | ENG:2.4_Liter_SIDI_DOHC |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

REMOVED AND REPLACED FAILED PISTONS AND RING ASSEMBLIES OF ALL CYLINDERS USING NEW CONNECTING ROD BOLTS. INSTALLED ALL COMPONENTS USING NEW HEAD GASKET,HEAD BOLTS, BALANCE CHAIN AND TENSIONER, TIMING CHAIN, TENSIONER AND GUIDES, CAMSHAFT ACTUATOR BOLTS, FRONT COVER SEAL AND VALVE COVER GASKET. CHANGED ENGINE OIL AND FILTER. FILLED AND BLED COOLING SYSTEM. TESTED AND VERIFIED PROPER OPERATION. CONTINUE OIL CONSUMPTION TEST TO VERIFY REPAIR

*****************************************************

B MULTIPOINT INSPECTION
MPI MULTIPOINT INSPECTION
464 IPS (N/C)

*****************************************************

*IMPORTANT MESSAGE*
YOU MAY RECEIVE A SURVEY FROM YOUR MANUFACTURING CO, INREFERENCE TO YOUR SERVICE VISIT, FOR ANY REASON YOU CANNOT GRADE US COMPLETELY SATISFIED. PLEASE CONTACT OUR SERVICE MANAGER. AT 217-872-2060
THANK YOU

MILES CHEVROLET SERVICE
150 W PERSHING RD
DECATUR, IL 62526
(217) 877 4440
Term ID: 001 Ref #: 020
Sale
XXXXXXXXXXXX9648
DISCOVER Entry Method: Chip
06/12/19 14:51:31
Inv #: 000020 Appr Code: 01267B
Batch#: 163002
Total: $ 1,146.13
Customer Copy
THANK YOU

JUN 12 2019

Thank You!










GMC

Certified Service

DISCLAIMER OF WARRANTY

MILES CHEVROLET, INC. MAKES NO WARRANTY OF ANY KIND WHATEVER, EXPRESS OR IMPLIED, WITH RESPECT TO ANY LABOR OR MATERIALS FURNISHED BY IT. ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE HEREBY DISCLAIMED BY MILES CHEVROLET, INC. AND EXCLUDED FROM THIS AGREEMENT. FACTORY WARRANTIES ARE NOT EFFECTED BY THIS STATEMENT.
TERMS STRICTLY CASH UNLESS ARRANGEMENTS MADE

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| ENVIRO/DIS/MAT FEE | 1082.77 |
| TOTAL CHARGES | 1082.77 |
| DISCOUNT/LESS INS | 0.00 |
| SALES TAX | 63.36 |
| PLEASE PAY THIS AMOUNT | 1146.13 |

Copyright 2014 CDK Global, LLC SERVICE INVOICE TYPE 2 - S12C - IMAGING

CUSTOMER COPY

APPENDIX E

**2.4 Liter Oil Consumption Litigation**
c/o Analytics Consulting LLC
P.O. Box 2003
Chanhassen, MN 55317-2003

# CLAIM FORM FOR PRIOR ENGINE REPAIRS SOLELY CAUSED BY EXCESSIVE OIL CONSUMPTION RESULTING FROM PISTON RING WEAR

Page 1 of 2

BRM0074A17A00

Claim Number: 2728628

VIN: 2GNFLNEK0D6231770

KIMBERLEE A WEBER
640 W KAREN CT
DECATUR IL 62526-1428

*(Please Print Clearly or Type)*

Your Name
First: KIMBERLEE Middle: A Last: WEBER

Address (*Street and Unit/Apartment Number, if necessary*): 640 W KAREN CT

City: DECATUR State: IL Zip Code: 62526

Date of Prior Repair/Payment: 12 18 2018

Repairing GM Dealer or Other Repair Facility: MILES CHEVROLET

Address of Dealer or Repair Facility (*Street and Unit/Apartment Number, if necessary*): 150 WEST PERSHING RD

City: DECATUR State: IL Zip Code: 62526

Total Amount of Repair and Rental Vehicle Payment(s): 1177 66 ⟸ this claim only.

Signature: [signature]

Date Signed: MM 05 DD 06 YYYY 2020

**IMPORTANT:** BE SURE TO INCLUDE COPIES OF ALL PERTINENT REPAIR ORDERS, RENTAL VEHICLE INVOICES AND/OR OTHER DOCUMENTATION OF YOUR OUT-OF-POCKET PAYMENTS. YOUR CLAIM CANNOT BE EVALUATED WITHOUT THIS SUPPORTING DOCUMENTATION.

***Return your Claim Form and Supporting Documentation by first-class mail no later than May 16, 2020 to the following address:***

**2.4 Liter Oil Consumption Litigation**
**c/o Analytics Consulting LLC**
**P.O. Box 2003**
**Chanhassen, MN 55317-2003**

If your claim is approved, you will receive a reimbursement check within approximately 90 days after the claim filing deadline. With this timing, we expect reimbursement checks to be mailed in mid-August 2020.

**2.4 Liter Oil Consumption Litigation**
c/o Analytics Consulting LLC
P.O. Box 2003
Chanhassen, MN 55317-2003

# CLAIM FORM FOR PRIOR ENGINE REPAIRS SOLELY CAUSED BY EXCESSIVE OIL CONSUMPTION RESULTING FROM PISTON RING WEAR

Page 2 of 2

BRM0074A17A00

Claim Number: 2728628

VIN: 2GNFLNEK0D6231770

KIMBERLEE A WEBER
640 W KAREN CT
DECATUR IL 62526-1428

*(Please Print Clearly or Type)*

Your Name
First: KIMBERLEE Middle: A Last: WEBER

Address (*Street and Unit/Apartment Number, if necessary*): 640 W KAREN CT

City: DECATUR State: IL Zip Code: 62526

Date of Prior Repair/Payment: 06-12-2019

Repairing GM Dealer or Other Repair Facility: MILES CHEVROLET

Address of Dealer or Repair Facility (*Street and Unit/Apartment Number, if necessary*): 150 WEST PERSHING RD

City: DECATUR State: IL Zip Code: 62526

Total Amount of Repair and Rental Vehicle Payment(s): 1146.13 ← this claim only.

[signature]
Signature

MM DD YYYY: 05 06 2020
Date Signed

**IMPORTANT:** BE SURE TO INCLUDE COPIES OF ALL PERTINENT REPAIR ORDERS, RENTAL VEHICLE INVOICES AND/OR OTHER DOCUMENTATION OF YOUR OUT-OF-POCKET PAYMENTS. YOUR CLAIM CANNOT BE EVALUATED WITHOUT THIS SUPPORTING DOCUMENTATION.

***Return your Claim Form and Supporting Documentation by first-class mail no later than May 16, 2020 to the following address:***

**2.4 Liter Oil Consumption Litigation**
**c/o Analytics Consulting LLC**
**P.O. Box 2003**
**Chanhassen, MN 55317-2003**

If your claim is approved, you will receive a reimbursement check within approximately 90 days after the claim filing deadline. With this timing, we expect reimbursement checks to be mailed in mid-August 2020.

Ed & Kim Weber
640 W. Karen Ct.
Decatur, IL 62526

UNITED STATES POSTAL SERVICE.

F

US POSTAGE PAI

$4.00

Orig
11/
162

FIRST-CLASS PKG SVC - R

0 L

SHIP
TO:
Fort Pierce FL 34950

USPS TRACKING® NUMBER

9500 1135 9941 0324 4452 8

Clerk of the Court
United States District Court
Southern District of Florida
Alto Lee Adams, Sr.
United States Courthouse
101 South US. Highway 1
Fort Pierce, FL 34950